# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HERBASWAY LABORATORIES, LLC,
                Plaintiff

v.

HEBA LABORATORIES, LLC,
HERBAMEDICINE, LLC AND
HERBASCIENCE AND TECHNOLOGIES, LLC,
                Defendants

## APPEARANCE

FILED
2004 OCT 14 P 2:49

CASE NUMBER: 3:02cv1382(AHN)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

Heba Laboratories, LLC, Herbamedicine, LLC and Herbascience & Technologies, LLC

---

10/10/03
**Date**

ct23776
**Connecticut Federal Bar Number**

860.275.6700
**Telephone Number**

860.724.3397
**Fax Number**

jdedonato@mccarter.com
**E-mail address**

*Signature*

James F. DeDonato
**Print Clearly or Type Name**

McCarter & English, LLP
**Address**

CityPlace I, 185 Asylum Street
Hartford, CT  06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Carmody & Torrance
P. O. Box 1110
Waterbury, CT  06721-1110

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001