UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES LLC, ) | |
| HERBAMEDICINE, LLC, HERBASCIENCE ) | |
| AND TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants ) | November 7, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OBJECT TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1(b), Defendants Heba Laboratories LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants"), respectfully request a two week extension of time, up to and including November 24, 2003, in which to serve their answers and objections to Plaintiff HerbaSway Laboratories, LLC's ("Plaintiff") First Set of Interrogatories and Document Requests, dated October 6, 2003. Defendants' answers and objections are currently due on November 10, 2003.

Defendants request this extension in order to have adequate time to compile the responsive documents and information. This is the first extension of time with respect to discovery that Defendants have requested.

Counsel for Plaintiff, John Horvack, Jr., Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Extension of Time to Answer or Object to Plaintiff's First Set of Interrogatories and Document Requests up to and including November 24, 2003.

THE DEFENDANTS,
HEBA LABORATORIES LLC,
HERBAMEDICINE, LLC, HERBASCIENCE
AND TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com
        -and-
MARK D. GIARRATANA (CT 10401)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com

SO ORDERED:

_____          _____
Date                                United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS has been mailed, postage prepaid, this 7th day of November, 2003 to:

JOHN R. HORVACK, JR., ESQ.
Carmody & Torrance
50 Leavenworth Street
Waterbury, CT  06721

ALEXANDRA B. STEVENS

HARTFORD: 602270.01