disk

#34

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 10 A 10: 01
US DISTRICT COURT
BRIDGEPORT CT

HERBASWAY LABORATORIES, LLC )
)
Plaintiff, ) CIVIL ACTION NO. 3:02-CV-1382 (AHN)
v. )
)
HEBA LABORATORIES LLC, )
HERBAMEDICINE, LLC, HERBASCIENCE )
ID TECHNOLOGIES, LLC, )
)
Defendants ) November 7, 2003

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk

By: _____
Deputy Clerk

FILED
2003 NOV 13 A 8:07
US DISTRICT
BRIDGEPORT

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OBJECT TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule

)1(b), Defendants Heba Laboratories LLC, HerbaMedicine, LLC, and HerbaScience and

:hnologies, LLC ("Defendants"), respectfully request a two week extension of time, up to and

luding November 24, 2003, in which to serve their answers and objections to Plaintiff

·baSway Laboratories, LLC's ("Plaintiff") First Set of Interrogatories and Document

|uests, dated October 6, 2003. Defendants' answers and objections are currently due on

November 10, 2003.

Defendants request this extension in order to have adequate time to compile the

responsive documents and information. This is the first extension of time with respect to

discovery that Defendants have requested.