FILED

2003 DEC 18  P 12: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1382 (AHN) |
| | : | |
| v. | : | |
| | : | |
| HEBA LABORATORIES, LLC | : | |
| HERBAMEDICINE, LLC, and | : | |
| HERBASCIENCE AND | : | |
| TECHNOLOGIES, LLC, | : | |
| | : | |
| Defendant. | : | December 17, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b) and 9(b) of the Local Rules of Civil Procedure, the plaintiff, HerbaSway Laboratories, LLC ("HerbaSway"), respectfully moves this Court for an extension of time to and including January 9, 2004 for filing HerbaSway's objections and responses to defendants' First Set of Interrogatories and Requests for Production dated November 18, 2003 in the above-captioned action. HerbaSway represents as follows:

1.  undersigned counsel has contacted counsel for the defendants, Alexandra Stevens, and represents that Attorney Stevens does not object to the granting of this motion;

2.  no prior motions for extension of time have been filed with respect to this deadline; and

3. HerbaSway does not request oral argument on this motion.

Wherefore, HerbaSway respectfully requests this Court to extend the deadline to and including January 9, 2004 for filing the objections and responses to defendants' First Set of Interrogatories and Requests for Production.

>
> Respectfully submitted,
> THE PLAINTIFF,
> HERBASWAY LABORATORIES, LLC
>
> BY _____
> FATIMA LAHNIN
> Federal Bar No. ct24096
> JOHN R. HORVACK, JR.
> Federal Bar No. ct12926
> Carmody & Torrance LLP
> 50 Leavenworth Street
> P.O. Box 1110
> Waterbury, CT 06721-1110
> Phone: 203 573-1200
> Fax: 203 575-2600
> Email: flahnin@carmodylaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
Cummings & Lockwood LLC
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495
Phone: 860 275-6700
Fax: 860 724-3397

Alexandra B. Stevens, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Phone: 203 327-1700
Fax: 203 351-4535

_____
Fatima Lahnin
John R. Horvack, Jr.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110