\#36

FILED
02CV1382 MEXTTIME
2003 DEC 18 P 12:21

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1382 (AHN) |
| | : | |
| v. | : | |
| | : | |
| HEBA LABORATORIES, LLC | : | |
| HERBAMEDICINE, LLC, and | : | |
| HERBASCIENCE AND | : | |
| TECHNOLOGIES, LLC, | : | |
| | : | |
| Defendant. | : | December 17, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b) and 9(b) of the Local Rules of Civil Procedure, the plaintiff, HerbaSway Laboratories, LLC ("HerbaSway"), respectfully moves this Court for an extension of time to and including January 9, 2004 for filing HerbaSway's objections and responses to defendants' First Set of Interrogatories and Requests for Production dated November 18, 2003 in the above-captioned action. HerbaSway represents as follows:

1. undersigned counsel has contacted counsel for the defendants, Alexandra Stevens, and represents that Attorney Stevens does not object to the granting of this motion;

2. no prior motions for extension of time have been filed with respect to this deadline; and

CARMODY & TORRANCE LLP    50 Leavenworth Street
{W0910791} Attorneys at Law    Post Office Box 1110
                                Waterbury, CT 06721-1110
                                Telephone: 203 573-1200