UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES LLC, | ) |
| HERBAMEDICINE, LLC, HERBASCIENCE | ) |
| AND TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants | ) December 30, 2003 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the Parties respectfully request a two-month extension of time of the remaining deadlines set forth in the 26(f) Report of Parties' Planning Meeting ("26(f) Report") [Dkt. # 27], so ordered by this Court on August 5, 2003 [Dkt. # 27-1].

The Parties request this extension of time in order to have adequate time to address outstanding discovery issues. The Parties are negotiating various discovery disputes. Further, Plaintiff has filed an extension of time up and until January 9, 2004 to respond to Defendant's discovery requests.

This is the first extension of time with respect to the deadlines set forth in the 26(f) Report that the Parties have requested. The current deadlines and the requested extensions are set forth below:

ORAL ARGUMENT NOT REQUESTED

|  | **Current Schedule** | **Requested Extensions** |
|---|---|---|
| Plaintiff designates experts and provides expert reports | January 7, 2004 | March 8, 2004 |
| Damages analysis provided by any party | January 7, 2004 | March 8, 2004 |
| Defendants designate experts and provide expert reports | February 2, 2004 | April 2, 2004 |
| Depositions of all experts concluded | February 27, 2004 | April 27, 2004 |
| Fact deposition concluded | February 27, 2004 | April 27, 2004 |
| Close of discovery | February 27, 2004 | April 27, 2004 |
| Dispositive motions filed | March 31, 2004 | June 1, 2004 |

WHEREFORE, the Parties respectfully request that the Court grant their Motion for Extension of Time of two months as to all remaining deadlines set forth in their 26(f) Report.

THE DEFENDANTS,
HEBA LABORATORIES LLC,
HERBAMEDICINE, LLC, HERBASCIENCE
AND TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com
-and-

MARK D. GIARRATANA (CT 10401)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com

SO ORDERED:

_____      _____
Date                             United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing JOINT MOTION FOR EXTENSION OF has been mailed, postage prepaid, this 30th day of December, 2003 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

HARTFORD: 605356.01