#39

FILED
2004 JAN -5 A 11: 17

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES LLC, | ) |
| HERBAMEDICINE, LLC, HERBASCIENCE | ) |
| AND TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants | ) December 30, 2003 |

FILED 2004 JAN 13 P 3
US DISTRICT COURT
BRIDGEPORT CT

Motion Granted.
Discovery cutoff date  4·27·04
Dispositive Motions due by  6-1-04
SO ORDERED
 1/13/04

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the Parties respectfully request a two-month extension of time of the remaining deadlines set forth in the 26(f) Report of Parties' Planning Meeting ("26(f) Report") [Dkt. # 27], so ordered by this Court on August 5, 2003 [Dkt. # 27-1].

The Parties request this extension of time in order to have adequate time to address outstanding discovery issues. The Parties are negotiating various discovery disputes. Further, Plaintiff has filed an extension of time up and until January 9, 2004 to respond to Defendant's discovery requests.

This is the first extension of time with respect to the deadlines set forth in the 26(f) Report that the Parties have requested. The current deadlines and the requested extensions are set forth below:

**ORAL ARGUMENT NOT REQUESTED**