UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>HEBA LABORATORIES LLC, )<br>HERBAMEDICINE, LLC, HERBASCIENCE )<br>AND TECHNOLOGIES, LLC, )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN)<br><br><br><br><br><br><br><br>FEBRUARY 23, 2003 |

**DEFENDANTS' CONSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1(b), Defendants Heba Laboratories LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants"), respectfully request a two-and-a-half-week extension of time, up to and including March 12, 2004, in which to serve their answers and objections to Plaintiff HerbaSway Laboratories, LLC's ("Plaintiff") Second Set of Interrogatories and Document Requests, dated January 19, 2004. Defendants' answers and objections are currently due on February 23, 2004.

Defendants request this extension in order to have adequate time to compile the responsive documents and information. This is the first extension of time with respect to Defendants' Second Set of Interrogatories and Requests for Documents that Defendants have requested.

Counsel for Plaintiff, Fatima Lahnin, Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Defendants respectfully request that the Court grant their Consented to Motion for Extension of Time to Answer or Object to Plaintiff's Second Set of Interrogatories and Document Requests up to and including March 12, 2004.

        THE DEFENDANTS,
        HEBA LABORATORIES LLC,
        HERBAMEDICINE, LLC, HERBASCIENCE
        AND TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com
       -and-
MARK D. GIARRATANA (CT 10401)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com

SO ORDERED:

_____      _____
Date                                                  United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' CONSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS has been mailed, postage prepaid, this 23rd day of February, 2004 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance
50 Leavenworth Street
Waterbury, CT 06721

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

HARTFORD: 609282.01