38

FILED

2003 DEC 30 P 12:09

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HERBASWAY LABORATORIES, LLC    )
                               )
                     Plaintiff,)  CIVIL ACTION NO. 3:02CV1382 (AHN)
          v.                   )
                               )
HEBA LABORATORIES LLC,         )
HERBAMEDICINE, LLC, HERBASCIENCE )
AND TECHNOLOGIES, LLC,         )
                               )
                    Defendant. )  DECEMBER 29, 2003

### MOTION TO WITHDRAW APPEARANCE OF JACQUELYN CONLON

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Jacquelyn Conlon hereby moves to withdraw her appearance filed on behalf of Defendants Heba Laboratories, LLC, Herbamedicine, LLC, Herbascience and Technologies, LLC ("Defendants"), in the above-captioned matter. Attorney Mark D. Giarratana and Eric E. Grondahl, principals of the firm of McCarter & English, LLP, and Attorney Alexandra B. Stevens, an associate of that firm, have appearances in this matter. As indicated in the attached certification, the undersigned has sent a copy of this motion to Defendants.

WHEREFORE, the undersigned moves that her Appearance be withdrawn.

**ORAL ARGUMENT NOT REQUESTED**

2/17/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

Respectfully submitted,

By _____
JACQUELYN CONLON (CT 17397)
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120
(203) 327-1700 (telephone)
(203) 351-4534 (facsimile)

SO ORDERED:

_____          _____
Date                                United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE OF JACQUELYN CONLON was mailed, postage prepaid, this 29th day of December, 2003 to:

ALEXANDRA B. STEVENS, ESQ.
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

HEBA LABORATORIES, LLC
460 Smith Street, B2
Middletown, CT 06457

_____
JACQUELYN CONLON

.NhvLib1:130192.1 12/29/03