FILED

2004 FEB 23 P 12: 45

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| Plaintiff, | : : : | CIVIL ACTION NO. 302CV1382 (AHN) |
| v. | : : | |
| HEBA LABORATORIES, LLC HERBAMEDICINE, LLC, and HERBASCIENCE AND TECHNOLOGIES, LLC, | : : : : : | |
| Defendant. | : | FEBRUARY 20, 2004 |

### **APPEARANCE**

Please enter the appearance of the undersigned on behalf of Herbasway Laboratories, LLC in the above-captioned matter.

Respectfully submitted,

THE PLAINTIFF,

HERBASWAY LABORATORIES, LLC

BY _____
FATIMA LAHNIN
Federal Bar No. ct24096
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP    50 Leavenworth Street
{W1289013}Attorneys at Law    Post Office Box 1110
                             Waterbury, CT 06721-1110
                             Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495
Phone: 860 275-6700
Fax: 860 724-3397

Alexandra B. Stevens, Esq.
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Phone: 203 324-1800
Fax: 203 323-6513

_/s/ Fatima L._
Fatima Lahnin
John R. Horvack, Jr.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

{W1289013}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
2