#41

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 FEB 23 P 2: 11

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, HERBASCIENCE | ) | |
| AND TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | FEBRUARY 23, 2003 |

### DEFENDANTS' CONSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1(b), Defendants Heba Laboratories LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants"), respectfully request a two-and-a-half-week extension of time, up to and including March 12, 2004, in which to serve their answers and objections to Plaintiff HerbaSway Laboratories, LLC's ("Plaintiff") Second Set of Interrogatories and Document Requests, dated January 19, 2004. Defendants' answers and objections are currently due on February 23, 2004.

Defendants request this extension in order to have adequate time to compile the responsive documents and information. This is the first extension of time with respect to Defendants' Second Set of Interrogatories and Requests for Documents that Defendants have requested.

2/25/04. GRANTED. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.