UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| | ) | |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | March 5, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the Parties respectfully request a three-month (90-day) extension of time of the remaining deadlines set forth in the Joint Motion for Extension of Time dated December 30, 2003, so ordered by this Court on January 13, 2004.

The Parties request this extension of time in order to have adequate time to address outstanding discovery issues. In addition, several new issues have arisen from information obtained during depositions, and the plaintiff will require additional time to develop these issues through discovery.

{W1290749}

The current deadlines and the requested extensions are set forth below:

Plaintiff's Damages Analysis: June 7, 2004 (current date March 8, 2004);
Plaintiff's Expert Reports: June 7, 2004 (current date March 8, 2004);
Defendants' Damages Analysis: July 1, 2004 (current date March 8, 2004);

Defendants' Expert Reports: July 1, 2004 (current date April 2, 2004);
Deposition of all Experts: July 26, 2004  (current date April 27, 2004)
Discovery (including fact and expert witnesses): July 26, 2004 (current date April 27, 2004);
Dispositive Motions:  August 30, 2004 (current date June 1, 2004).

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion to extend the discovery period.

                    THE PLAINTIFF,
                    HERBASWAY LABORATORIES, LLC


BY_____
        FATIMA LAHNIN
        Federal Bar No. ct24096
        Carmody & Torrance LLP
        50 Leavenworth Street
        P.O. Box 1110
        Waterbury, CT 06721-1110
        Phone: 203 573-1200
        Fax: 203 575-2600
        Email:  flahnin@carmodylaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on the above date, to:

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

 

Fatima Lahnin
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

{W1290749}