FILED

2004 MAR -8  A 11: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| | ) | |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | March 5, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b), the Parties respectfully request a three-month (90-day) extension of time of the remaining deadlines set forth in the Joint Motion for Extension of Time dated December 30, 2003, so ordered by this Court on January 13, 2004.

The Parties request this extension of time in order to have adequate time to address outstanding discovery issues. In addition, several new issues have arisen from information obtained during depositions, and the plaintiff will require additional time to develop these issues through discovery.

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law                     Post Office Box 1110
                                              Waterbury, CT 06721-1110
                                              Telephone: 203 573-1200

---

Motion Granted.
Discovery cutoff date 7-26-04
Dispositive Motions due by 8-30-04
SO ORDERED
3/15/04
FILED  ALAN H. NEVAS, U.S.D.J.

2004 MAR 19 P 3:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN.