```
                                                    FILED

                                                2004 JUN -3  P 12: 40

          UNITED STATES DISTRICT COURT          U.S. DISTRICT COURT
                DISTRICT OF CONNECTICUT          BRIDGEPORT, CONN
```

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:02-CV-1382(AHN) |
| ) | |
| v. ) | |
| ) | |
| HEBA LABORATORIES LLC, ) | |
| HERBAMEDICINE, LLC, ) | |
| HERBASCIENCE AND ) | |
| TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants ) | JUNE 2, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the plaintiff, HerbaSway Laboratories, Inc., respectfully requests a three-month (90-day) extension of time to file its damages analysis and expert reports set forth in the Joint Motion for Extension of Time dated March 5, 2004, so ordered by this Court on March 15, 2004.

Although the plaintiff has retained an expert in this matter, that expert has recently informed undersigned counsel that he is suffering from a medical condition and is scheduled to undergo emergency surgery which will prevent him from completing his analysis and producing his expert report by the date required under the

CARMODY & TORRANCE LLP     50 Leavenworth Street
Attorneys at Law            Post Office Box 1110
                            Waterbury, CT 06721-1110
                            Telephone: 203 573-1200

current scheduling order. Therefore, the plaintiff respectfully requests additional time to produce its damages analysis and expert reports.

The current deadlines and the requested extensions are set forth below:

Plaintiff's Damages Analysis: September 9, 2004 (current date June 7, 2004);
Plaintiff's Expert Reports: September 9, 2004 (current date June 7, 2004);
Defendants' Damages Analysis: October 1, 2004 (current date July 1, 2004);
Defendants' Expert Reports: October 1, 2004 (current date July 1, 2004);
Deposition of all Experts: October 27, 2004 (current date July 26, 2004)
Discovery (including fact and expert witnesses): October 27, 2004 (current date July 26, 2004);
Dispositive Motions: November 30, 2004 (current date August 30, 2004).

**Counsel for the Defendants consents to the granting of this Motion.**

WHEREFORE, the Plaintiff respectfully requests that this Court grant this Motion for Extension of Time.

            THE PLAINTIFF,
            HERBASWAY LABORATORIES, LLC

            BY _____
            FATIMA LAHNIN
            Federal Bar No. ct24096
            Carmody & Torrance LLP
            50 Leavenworth Street
            P.O. Box 1110
            Waterbury, CT 06721-1110
            Phone: 203 573-1200
            Fax: 203 575-2600
            Email: flahnin@carmodylaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on June 2, 2004, to:

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Fatima Lahnin
　　　　　　　　　　　　　　　　　　　Carmody & Torrance LLP
　　　　　　　　　　　　　　　　　　　50 Leavenworth Street
　　　　　　　　　　　　　　　　　　　P.O. Box 1110
　　　　　　　　　　　　　　　　　　　Waterbury, CT 06721-1110