FILED

2004 JUN -3 P 12: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -9 A 11: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:02-CV-1382(AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES LLC, ) | |
| HERBAMEDICINE, LLC, ) | |
| HERBASCIENCE AND ) | |
| TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants ) | JUNE 2, 2004 |

Motion Granted.
Discovery cutoff date 10-27-04
Dispositive Motions due by 11-30-04
SO ORDERED
6/8/04
ALAN H. NEVAS, U.S.D.J.

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the plaintiff, HerbaSway Laboratories, Inc., respectfully requests a three-month (90-day) extension of time to file its damages analysis and expert reports set forth in the Joint Motion for Extension of Time dated March 5, 2004, so ordered by this Court on March 15, 2004.

Although the plaintiff has retained an expert in this matter, that expert has recently informed undersigned counsel that he is suffering from a medical condition and is scheduled to undergo emergency surgery which will prevent him from completing his analysis and producing his expert report by the date required under the

{W1303581} CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200