UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HEBA LABORATORIES, LLC, )<br>HERBAMEDICINE, LLC, and )<br>HERBASCIENCE and TECHNOLOGIES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN)<br><br><br><br><br><br><br><br>SEPTEMBER 10, 2004 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, Herbamedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully requests a two-month extension of time of the parties' discovery schedule as set forth in Plaintiff's Motion for Extension of Time dated June 3 [Dkt. # 48], so ordered by this Court on June 9, 2004 [Dkt. # 49].

Defendants seek this extension, in which Plaintiff HerbaSway Laboratories, LLC ("Plaintiff") joins and consents, for the following reasons:

1. At the request of Judge Peck who is presiding over the state litigation between the parties, the parties are scheduling a settlement conference with Judge Alander of the Connecticut Superior Court, Complex Litigation Docket, for later this month or early next month.

2. Counsel for Defendants are currently scheduled for trial in the United States District Court for the District of Rhode Island from October 18, 2004 through November 5, 2004.

3. Plaintiff's expert is currently recovering from medical treatments and is in need of additional time to complete his expert report.

The current deadlines and the requested extensions are set forth below:

- Plaintiff's Damages Analysis: October 29, 2004 (current date September 9, 2004);
- Plaintiff's Expert Reports: October 29, 2004 (current date September 9, 2004);
- Defendants' Damages Analysis: December 1, 2004 (current date October 1, 2004);
- Defendants' Expert Reports: December 1, 2004 (current date October 1, 2004);
- Deposition of all Experts: December 31, 2004 (current date October 27, 2004)
- Discovery (including fact and expert witnesses): December 31, 2004 (current date October 27, 2004);
- Dispositive Motions: January 31, 2005 (current date November 30, 2004).

WHEREFORE, Defendants respectfully requests that this Court grant this Consented to Motion for Extension of Time.

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC,
        HERBAMEDICINE, LLC, and
        HERBASCIENCE and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By _/s/ Alexandra B. Stevens_
        ALEXANDRA B. STEVENS (CT 20300)
        Four Stamford Plaza
        107 Elm Street
        Stamford, CT 06902
        (203) 965-0823
        (203) 323-6513 (fax)
        astevens@mccarter.com

                    -and-
MARK D. GIARRATANA (CT 10410)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com

SO ORDERED:

_____         _____
Date                                                 District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 10th day of September, 2004, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

HARTFORD: 622682.01