# United States District Court

## DISTRICT OF CONNECTICUT

HERBASWAY LABORATORIES, LLC
        Plaintiff

**APPEARANCE**

v.

HEBA LABORATORIES, LLC
HERBAMEDICINE, LLC, and
HERBASCIENCE and TECHNOLOGIES, LLC
        Defendants

CASE NUMBER: 3:02-CV-1382 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    HEBA LABORATORIES, LLC
    HERBAMEDICINE, LLC, and
    HERBASCIENCE and TECHNOLOGIES, LLC

FILED 2004 DEC -7 A 11: 53 U.S. DISTRICT COURT BRIDGEPORT, CO

December 6, 2004
Date

[Signature]
Signature

Seth M. Wilson
Print Name

CT 22171
Bar number

MCCARTER & ENGLISH, LLP
Address
CityPlace I
185 Asylum Street

(860) 724-3397
Fax Number

| City | State | Zip Code |
| --- | --- | --- |
| Hartford | CT | 06103 |

smwilson@mccarter.com
E-mail Address

(860) 275-6700
Phone Number

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE was sent via regular mail, postage prepaid, on this 6th day of December, 2004 to:

>JOHN R. HORVACK, JR., ESQ.
>FATIMA LAHNIN, ESQ.
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT  06721-1110
>
>KRISTA DOTSON O'BRIEN, ESQ.
>SHEILA J. HALL, ESQ.
>Gesmonde, Pietrosimone & Sgrignari, LLC
>3127 Whitney Avenue
>Hamden, CT  06518-2344

_____
Seth M. Wilson

HARTFORD-628223-v1-THE HARTFORD Heba - SMW Appearance.DOC