UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES, LLC, | ) | |
| HERBAMEDICINE, LLC, and | ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | DECEMBER 17, 2004 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a two (2) month extension of time of the parties' discovery schedule as set forth in Plaintiff's Motion for Extension of Time dated September 10, 2004 [Dkt. # 50] and so ordered by this Court on November 24, 2004 [Dkt. # 51].

Defendants seek this extension, in which Plaintiff HerbaSway Laboratories, LLC ("Plaintiff") consents, for the following reasons:

1. The need for additional time for discovery has become apparent through recent depositions taken by Defendants' counsel.

2. Plaintiff recently produced numerous documents in response to an October 14, 2004 request by Defendants' counsel and Defendants need the additional time to review the documents and Plaintiff's written response to Defendants' request to determine the additional discovery that is now necessary.

3. The extension of time will not impact the disclosure of the parties' experts and their reports. Pursuant to the current scheduling order, Plaintiff served its expert report on October 29, 2004 and Defendants served their expert report on December 1, 2004. Defendants are currently scheduled to take the deposition of Plaintiff's expert on December 22, 2004 and Plaintiff is scheduled to take the deposition of Defendants' expert on December 29, 2004. The parties have therefore been diligently attending to expert discovery in this case.

This is the second request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

Discovery: February 28, 2005 (current deadline is December 31, 2004);

Dispositive Motions: March 31, 2005 (current deadline January 31, 2004).

WHEREFORE, Defendants respectfully requests that this Court grant this Consented to Motion for Extension of Time.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
SETH M. WILSON (CT 22171)
MARK D. GIARRATANA (CT 10410)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
smwilson@mccarter.com

SO ORDERED:

_____          _____
Date                                                                  District Court Judge / Clerk of Court

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 17th day of December, 2004, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
SETH M. WILSON

THE HARTFORDHeba  Motion for Extension of Discovery Deadlines.doc