UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 302CV1382 (AHN) |
| : | |
| v. : | |
| : | |
| HEBA LABORATORIES, LLC, : | |
| HERBAMEDICINE, LLC, and : | |
| HERBASCIENCE AND : | |
| TECHNOLOGIES, LLC : | |
| : | |
| Defendants. : | JANUARY 28, 2005 |

## MOTION FOR LEAVE TO AMEND

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff, **HerbaSway Laboratories, LLC**, respectfully moves for leave to file an Amended Complaint in the above-captioned matter. In accordance with Local Rule 9, a Memorandum of Law in support of this Motion is attached hereto as Exhibit A.

Wherefore, the plaintiff respectfully requests that the Court grant this Motion.

{W1342585}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Seth M. Wilson
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

_____
Fatima Lahnin
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY _____
JOHN R. HORVACK, JR.
Federal Bar No. ct12926
FATIMA LAHNIN
Federal Bar No. ct24096
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: jhorvack@carmodylaw.com
Email: flahnin@carmodylaw.com

{W1342585}                    2

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

# A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, : | |
|           Plaintiff, : | CIVIL ACTION NO. 302CV1382 (AHN) |
| v. : | |
| HEBA LABORATORIES, LLC, : | |
| HERBAMEDICINE, LLC, and : | |
| HERBASCIENCE AND : | |
|  TECHNOLOGIES, LLC : | |
|           Defendants. : | JANUARY 28, 2005 |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

I.  **INTRODUCTION**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff, **HerbaSway Laboratories** ("HerbaSway"), has moved for leave to amend its complaint. HerbaSway seeks to amend its complaint in two respects: (1) to supplement its allegations with respect to the defendants' illegal use of the internet to confuse and deceive consumers; and (2) to add a count for copyright infringement based upon a copyright registration that was recently issued to HerbaSway on January 7, 2005.

HerbaSway seeks to amend its complaint to clarify its contentions and to conform the allegations to the evidence that it has discovered through discovery and depositions.  First, HerbaSway seeks to include allegations that relate to the defendants' attempts to divert Internet traffic to its website.  In this regard, HerbaSway's original complaint already includes allegations concerning the defendants use of HerbaSway's trademark and product name in the source code (metatags) of its website.  The new allegations clarify the allegations and add new trademarks and product names used by the defendant to divert internet traffic.  The amendments conform the pleadings to the evidence that has been discovered in this matter.

Second, HerbaSway seeks leave to amend the complaint to include one additional count against the defendants.  The additional count is based on a claim for copyright infringement related to the reproduction, distribution and displaying of HerbaSway's copyrighted photographs without its consent or permission. (See, Amended Complaint, Fifth Count).  HerbaSway received the copyright registration for this cause of action on January 7, 2005.  Moreover, the copyrighted photos are already the subject of this lawsuit because the photos are contained in the defendants' brochures and marketing materials, which are the focus of the original copyright count in the complaint.

HerbaSway's Motion to Amend does not seek to expand the factual basis of the complaint in a manner that would require new or different

{W1342583;2}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

2

discovery. Nor will the amendment delay the trial of this matter, or unfairly prejudice the defendant. The interests of justice would, thus, be served by the Court's granting of this Motion.

## II.  LEGAL STANDARD

The decision to grant or deny a motion for leave to amend a complaint rests within the Court's decision. Forman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15. The Supreme Court has stressed that amendments should normally be permitted, and has stated that refusal to grant leave without justification is "inconsistent with the spirit of the Federal Rules." Forman, 371 U.S. at 182. Therefore, in the absence of unusual circumstances such as undue delay, bad faith or dilatory motive, leave to amend should be "freely given." Id. Indeed, the Second Circuit has held that a party should be allowed to amend his pleadings "in the absence of a showing by the nonmovant of prejudice or bad faith." Block v. First Blood Assocs., 988 F.2d 344, 350 (2d Cir. 1993); see also State Teachers Retirement Board v. Fluor Corp., 654 F.2d 843, 856 (2d Cir. 1981) ("Mere delay, . . . absent a showing of bad faith or undue prejudice, does not provide a basis for a district court to deny the right to amend"). In determining whether the nonmoving party would be prejudiced, the Court should consider whether the amendment would require the opposing party to

{W1342583;2}  CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
3

expend significant additional resources to conduct discovery or to prepare for trial or would substantially delay resolution of the dispute. Brock, 988 F 2d. at 350.

### III.  STATEMENT OF LEGAL POSITION

#### A.  Clarifications to Conform the Complaint Allegations to the Evidence Discovered to Date.

As noted, HerbaSway seeks to amend the complaint to clarify, and conform the complaint allegations, to the evidence discovered. Through discovery and depositions, HerbaSway has learned that the defendants not only used the trademark HERBASWAY and the product name HerbaCafe in the source code (metatags) of its website, as alleged in the original complaint, but have also used the trademark HERBAGREEN and the product names Herbasweet, Liver Enhancer, and Vitaliza. While HerbaSway's original complaint includes allegations concerning the defendants use of the trademark HERBASWAY and the product name Herbacafe in the source code (metatags) of its website, HerbaSway now seeks to include the additional trademark and product names used by the defendant in its attempts to divert internet customers. As such, the amended complaint seeks to conform the complaint allegations to the evidence already gathered to date.

{W1342583;2}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

4

**B.    The Amendment seeks to add one count claiming copyright infringement based on the defendants' reproduction, distribution and displaying of HerbaSway's copyrighted photographs without its consent or permission.**

Certain photographs taken on behalf of HerbaSway by a professional photographer are currently being used by the defendants in connection with the marketing and selling of defendants' products. HerbaSway has acquired the copyrights to these photographs. Now, HerbaSway seeks to add one count based upon Copyright Infringement based on defendants' reproduction, distribution and displaying of the copyrighted photographs without its or the photographer's consent or permission. The addition of this count does not expand the scope of discovery, since the photographs are in the defendants' marketing materials and those marketing materials are already the focus of the existing copyright count in the complaint. The amendment will not delay trial. Nor will it unfairly prejudice the defendants. Moreover, allowing HerbaSway to amend its Complaint to add this count in this case avoids the necessity of commencing an entirely new action, and thus prevents piecemeal litigation and preserves judicial resources. Under these circumstances, leave to amend should be "freely given."

{W1342583;2}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                      Post Office Box 1110    5
                                                  Waterbury, CT 06721-1110
                                                  Telephone: 203 573-1200

## IV. CONCLUSION

For all of the foregoing reasons, HerbaSway's Motion for Leave to Amend should be granted.

                THE PLAINTIFF,
                HERBASWAY LABORATORIES, LLC

BY  _/s/ Fatima Lahnin_
        FATIMA LAHNIN
        Federal Bar No. ct24096
        JOHN R. HORVACK, JR.
        Federal Bar No. ct12926
        Carmody & Torrance LLP
        50 Leavenworth Street
        P.O. Box 1110
        Waterbury, CT 06721-1110
        Phone: 203 573-1200
        Fax: 203 575-2600
        Email: jhorvack@carmodylaw.com
        Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP  50 Leavenworth Street
{W0342683;2} Attorneys at Law  Post Office Box 1110  6
  Waterbury, CT 06721-1110
  Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Seth M. Wilson
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

_____
Fatima Lahnin
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110