A

**Int. Cls.: 5 and 30**

**Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52**

## United States Patent and Trademark Office

**Reg. No. 2,349,787**

**Registered May 16, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## HERBASWAY

HERBASWAY LABORATORIES L.L.C. (CON-
NECTICUT LIMITED LIABILITY COMPANY)
342 QUINNIPIAC STREET
BUILDING 8A
WALLINGFORD, CT 06491

FOR: HERBAL SUPPLEMENTS, DIETARY
SUPPLEMENTS AND HERBAL TEAS FOR ME-
DICINAL PURPOSES, IN CLASS 5 (U.S. CLS. 6,
18, 44, 46, 51 AND 52).
FIRST USE 6-0-1996; IN COMMERCE
6-0-1996.

FOR: HERBAL TEAS FOR FOOD PURPOSES
AND BEVERAGES, NAMELY, LIQUID TEA
CONCENTRATE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-0-1996; IN COMMERCE
6-0-1996.

SER. NO. 75-638,636, FILED 2-11-1999.

KELLY L. WILLIAMS, EXAMINING ATTOR-
NEY

B

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,376,958
Registered Aug. 15, 2000

### TRADEMARK
### PRINCIPAL REGISTER

### HERBAGREEN

HERBASWAY LABORATORIES LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
342 QUINNIPIAC STREET
BUILDING 8A
WALLINGFORD, CT 06491

FOR: HERBAL TEAS FOR MEDICINAL PURPOSES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

SER. NO. 75-638,722, FILED 2-11-1999.

KELLY L. WILLIAMS, EXAMINING ATTORNEY

C



# D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-285-956**

JAN 0 7 2005
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Photographs of Dr James Zhou

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Photographs of Dr. James Zhou

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

**a** Al Ferreira Photography, Ltd

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ U S A

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1997
This information must be given in all cases.
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 8    Day 11    Year 1997
U S A    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Herbasway Laboratories, LLC
101 North Plains Road
Wallingford, CT 06492

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of Copyright

APPLICATION RECEIVED
JAN 0 7 2005
ONE DEPOSIT RECEIVED
JAN 0 7 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 8 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

'Amended by C O , on authority of Arthur Schaier, per phone call on 1/12/05

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is 'Yes,  why is another registration being sought? (Check appropriate box )  ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form

b.  ☐ This is the first application submitted by this author as copyright claimant

c.  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates  ▼

b. Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

**a**

See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

    Arthur G  Schaier
    Carmody & Torrance LLP
    50 Leavenworth Street - P O  Box 1110
    Waterbury, CT  06721-1110

Area code and daytime telephone number ►  (203) 575-2629            Fax number    (203 ) 575-2600

Email

**b**

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Herbasway Laboratories, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date ▼

    Arthur Schaier                                    Date  1/5/05

Handwritten signature (X) ▼

x

**CERTIFICATION** section handwritten signature

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
    Arthur G  Schaier, Carmody & Torrance LLP

Number/Street/Apt ▼
    50 Leavenworth Street - P O  Box 1110

City/State/ZIP ▼
    Waterbury, CT  06721-1110

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to  Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper                U S Government Printing Office 2003-496-605/60 029

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively If you need more space, use additional Forms GR/PPh/CON

Copyright fees are subject to change For current fees, check the Copyright Office website at *www.copyright.gov* write the Copyright Office or call (202) 707 3000

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REC

**VA 1-285-956**

VAU001285956

EFFECTIVE DATE OF REGISTRATION

**JAN 07 2005**

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __8__ pages

---

### DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT**  Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form  The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author ___ **Al Ferreira** ___

Name of Copyright Claimant ___ **Herbasway Laboratories, LLC** ___

---

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS**  To make a single registration for a group of works by the same individual author all published within 1 calendar year (*see instructions*)  give full information about each contribution If more space is needed  use additional Forms GR/PPh/CON Number the boxes

**1**
Title of Photograph  **Photograph of Dr  James Zhou**
Date of First Publication __8__ __11__ __1997__   Nation of First Publication ___ **U.S.A.** ___
                          (Month)  (Day)  (Year)
Description of Photograph ___
                          (Optional)

**2**
Title of Photograph  **Photograph of Dr  James Zhou**
Date of First Publication __8__ __11__ __1997__   Nation of First Publication ___ **U S A** ___
                          (Month)  (Day)  (Year)
Description of Photograph ___
                          (Optional)

**3**
Title of Photograph  **Photograph of Dr  James Zhou**
Date of First Publication __8__ __11__ __1997__   Nation of First Publication ___ **U.S.A.** ___
                          (Month)  (Day)  (Year)
Description of Photograph ___
                          (Optional)

**4**
Title of Photograph  **Photograph of Dr  James Zhou**
Date of First Publication __8__ __11__ __1997__   Nation of First Publication ___ **U.S.A.** ___
                          (Month)  (Day)  (Year)
Description of Photograph ___
                          (Optional)

**5**
Title of Photograph  **Photograph of Dr. James Zhou**
Date of First Publication __8__ __11__ __1997__   Nation of First Publication ___ **U S A** ___
                          (Month)  (Day)  (Year)
Description of Photograph ___
                          (Optional)

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| **6** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **7** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **8** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U.S.A. |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **9** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U.S.A. |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **10** | Title of Photograph | Photograph of Dr.  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **11** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **12** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **13** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **14** | Title of Photograph | Photograph of Dr.  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U.S.A. |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| **15** | Title of Photograph | Photograph of Dr  James  Zhou |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year)  Nation of First Publication  U S A |
| | Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office Website at www.copyright.gov or call (202) 707-3000.

| Number | | | | | |
|---|---|---|---|---|---|
| 16 | Title of Photograph | Photograph of Dr  James  Zhou | | | B |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| 17 | Title of Photograph | Photograph of Dr  James  Zhou | | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| 18 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 19 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 20 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 21 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 22 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 23 | Title of Photograph | Photograph of Dr. James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 24 | Title of Photograph | Photograph of Dr  James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U.S.A. |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 25 | Title of Photograph | Photograph of Dr. James  Zhou | | |
| | Date of First Publication | 8 (Month)  11 (Day)  1997 (Year) | Nation of First Publication | U S A |
| | Description of Photograph (Optional) | | | |

| Certificate will be mailed in window envelope in this address: | Name ▼ | | C |
|---|---|---|---|
| | Number/Street/Apt ▼ | | |
| | City/State/Zip ▼ | | |

| Number | | |
|---|---|---|
| 26 | Title of Photograph ___ **Photograph of Dr  James Zhou** | **B** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A | |
| | Description of Photograph ___ | |

| Number | | |
|---|---|---|
| 27 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 28 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 29 | Title of Photograph ___ **Photograph of Dr. James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 30 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 31 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 32 | Title of Photograph ___ **Photograph of Dr. James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 33 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 34 | Title of Photograph ___ **Photograph of Dr  James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

| Number | |
|---|---|
| 35 | Title of Photograph ___ **Photograph of Dr. James Zhou** |
| | Date of First Publication ___ 8 ___ 11 ___ 1997 ___ Nation of First Publication ___ U S A |
| | Description of Photograph ___ |

**Certificate will be mailed in window envelope to this address**

Name ▼

Number / Street / Apt ▼

City / State / Zip ▼

**C**

| Number | | |
|---|---|---|
| 36 | Title of Photograph __Photograph of Dr  James Zhou__ | **B** |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | Registration for Group of Published Photographs (continued) |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 37 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 38 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 39 | Title of Photograph __Photograph of Dr. James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 40 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 41 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U.S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 42 | Title of Photograph __Photograph of Dr. James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 43 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 44 | Title of Photograph __Photograph of Dr. James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| 45 | Title of Photograph __Photograph of Dr  James Zhou__ | |
| | Date of First Publication __8__ __11__ __1997__   Nation of First Publication __U S A__ | |
| | Description of Photograph _____ (Optional) | |

| Certificate will be mailed in window envelope to this address | Name ▼ | Complete all necessary spaces Sign your application | **C** |
|---|---|---|---|
| | Number / Street / Apt ▼ | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material | |
| | City / State / Zip ▼ | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

June 2002 — 20,000   Web June 2002   ● Printed on recycled paper

| Number | | |
|---|---|---|
| 46 | Title of Photograph | Photograph of Dr James Zhou |
| | Date of First Publication | 8 (Month) 11 (Day) 1997 (Year)   Nation of First Publication   U S A |
| | Description of Photograph (Optional) | |

**B**
Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| 47 | Title of Photograph | Photograph of Dr James Zhou |
| | Date of First Publication | 8 (Month) 11 (Day) 1997 (Year)   Nation of First Publication   U S A |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 48 | Title of Photograph | Photograph of Dr James Zhou |
| | Date of First Publication | 8 (Month) 11 (Day) 1997 (Year)   Nation of First Publication   U S A |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication (Month) (Day) (Year)   Nation of First Publication | |
| | Description of Photograph (Optional) | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Arthur G  Schaier, Carmody & Torrance LLP

**Number/Street/Apt ▼**
50 Leavenworth Street - P O  Box 1110

**City/State/Zip ▼**
Waterbury, CT  06721-1110

**C**

Complete all necessary spaces
Sign your application

- Application form
- Nonrefundable filing fee in check or money order payable to Register of Copyrights
- Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 2002 — 20,000   Web June 2002   ⊕ Printed on recycled paper

# E

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____    VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

Photograph of Dr. James Zhou

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

A1 Ferreifa Photography, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____U.S.A._____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
1997
This information must be given Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ___8___ Day ___11___ Year ___1997___
_____U.S.A._____
Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Herbasway Laboratories, LLC
101 North Plains Road
Wallingford, CT  06492

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of Copyright

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Arthur G. Schaier
Carmody & Torrance LLP
50 Leavenworth Street - P.O. Box 1110
Waterbury, CT  06721-1110
Area code and daytime telephone number  (203) 575-2629          Fax number  (203) 575-2600
Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Herbasway Laboratories, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Arthur Schaier          Date 1/5/05

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:
Name ▼
Arthur G. Schaier, Carmody & Torrance LLP
Number/Street/Apt ▼
50 Leavenworth Street - P.O. Box 1110
City/State/ZIP ▼
Waterbury, CT  06721-1110

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.







THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

LAW OFFICES
CARMODY & TORRANCE LLP
50 LEAVENWORTH ST
WATERBURY, CT 06702

WEBSTER BANK
WATERBURY, CT

51-7010/2111

166771

DATE

January 04, 2005

PAY        **Thirty & 00/100**

AMOUNT
**30.00**

REGISTER OF COPYRIGHTS

TO THE
ORDER
OF

VOID IF NOT CASHED WITHIN 1 YEAR
TWO SIGNATURES REQUIRED FOR AMOUNTS
EXCEEDING $5,000.00

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈166771⑈ ⑆211170101⑆10 000881G49G⑈

LAW OFFICES
01/04/2005 Check Number 166771 Check Amount **30.00**
REGISTER OF COPYRIGHTS

166771

| Voucher Date | Vendor ID | Voucher# | Voucher Description | Voucher Amount |
|---|---|---|---|---|
| 1/4/2005 | | | 256142111 | 30.00 |