**F**

Case 3:02-cv-01382-AHN   Document 55-4   Filed 01/31/2005   Page 1 of 12

{W1317820}

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____ VA _____ VAU
EFFECTIVE DATE OF REGISTRATION

_____
Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼
Photograph of Dr. James Zhou

NATURE OF THIS WORK ▼ See Instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
**a** Al Ferreifa Photography, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in U.S.A.

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
1997     Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 8   Day 11   Year 1997
U.S.A.                                      Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Herbasway Laboratories, LLC
101 North Plains Road
Wallingford, CT 06492

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of Copyright

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a
*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Arthur G. Schaier
Carmody & Torrance LLP
50 Leavenworth Street - P.O. Box 1110
Waterbury, CT  06721-1110
Area code and daytime telephone number   (203) 575-2629     Fax number   (203) 575-2600
Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Herbasway Laboratories, LLC**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ARTHUR SCHAIER     Date 1/5/05
Handwritten signature (X) ▼
X  *[signature]*

| Certificate will be mailed in window envelope to this address: | Name ▼ Arthur G. Schaier, Carmody & Torrance LLP |
|---|---|
| | Number/Street/Apt ▼ 50 Leavenworth Street - P.O. Box 1110 |
| | City/State/ZIP ▼ Waterbury, CT  06721-1110 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029







**LAW OFFICES**
CARMODY & TORRANCE LLP
50 LEAVENWORTH ST
WATERBURY, CT 06702

WEBSTER BANK
WATERBURY, CT

166772

DATE January 04, 2005

**Thirty & 00/100**

PAY

AMOUNT **$30.00**

TO THE ORDER OF

REGISTER OF COPYRIGHTS

VOID IF NOT CASHED WITHIN 1 YEAR
TWO SIGNATURES REQUIRED FOR AMOUNTS EXCEEDING $5,000.00

⑪ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑪

⑈166772⑈  ⑉211170101⑉:10  0008816496⑈

---

**LAW OFFICES**
01/04/2005 Check Number 166772 Check Amount **$30.00**
REGISTER OF COPYRIGHTS

166772

| Voucher Date | Vendor ID | Voucher # | Voucher Description | Voucher Amt |
|---|---|---|---|---|
| 1/4/2005 | | | COPYRIGHT APPLICATIONS | 30 |

# G

| Home | About Us | Order Now | Products | What's New | Contact Us | FAQ |

**HEBA Medicine**
THE HERB MASTER

Protect & Restore your liver with patented Liver Energy™!

**BUY 2 GET 1 FREE Special extended to July 31, 2002, due to overwhelming demand!!**
Order below to take advantage.

## Product Detail

🛒 CART/CHECKOUT

***HebaGreen*™ Tea** - All the benefits of our *GreenPlus*™ Tea enriched with <u>L-theanine</u>: a powerful, rejuvenating, and health-promoting amino acid for fighting Stress, Anxiety, Panic Attacks, Depression and High Blood Pressure (hypertension)!

**Features:**
15 X more potent strength than a regular tea bag
5,000 <u>ORAC</u>+ guaranteed for DNA and cell protection
Enriched with 80% Catechins and 20% Theanine™
Better Taste



Order now!
60 servings per bottle.

**Benefits of Concentrated Green Tea:**

- Weight Loss
- Boost Immune Function
- Fight Infections & Flu
- Reduces risk of Cancer, Heart Attack, Stroke, Diabetes, and Heavy Metal Toxicity
- Fights Aging including skin ailments and dental decay
- Most Powerful Anti-Oxidant on the market at 5000 <u>ORAC</u> daily value
- Cleanses arteries by preventing fat and cholesterol buildup.

**Benefits of *HebaGreen*™ Tea enhanced with <u>L-theanine</u>:**

All of the above health benefits PLUS...

- Fights stress
- Lowers blood pressure (hypertension)
- Promotes relaxation, mental clarity
- Diminishes anxiety

<u>Sign up for FREE Green Tea Research Literature</u>

**As Seen in TIME Magazine!**
Green Tea is one of the 10 Best Foods for Your Health! See for yourself at
http://www.time.com/cover/greentea

Your Herb Master
Search by ailment name A-Z
-- select an ailment for help -- ▼
Search by product
-- select a product to order --- ▼

Health Promotion & Prevention Programs
<u>Anti Aging Program</u>
<u>General Health</u>
<u>Man's Health</u>
<u>Woman's Health</u>
<u>Children' Health</u>

**Shipping Rates**

$1 to $50 ........$5.90
$51 to $199 .......$7.90
$200 and up ......FREE

Express Shipping
UPS Next Day ...$22.95

<u>Usage Instructions</u>
**30 DAY SATISFACTION GUARANTEE**
<u>Disclaimer</u>

http://www.hebamedicine.com/ebiz/hebagreentea.asp                    8/8/02

- Improves sleep
- Eliminates symptoms of PMS
- Increases learning ability, concentration, & performance
- Improves chemo efficacy while protecting healthy cells
    - Enhances therapetic efficacy of chemo agent (doxorubicin)
    - Decreases bone marrow toxicity caused by chemo agent (idarubicin)
- Takes effect within 30 minutes after consumption
- No known cautions or drug interactions

**More about *HebaGreen*™ Tea:**

People have been drinking green tea for more than 10,000 years. Caffeine free, *HebaGreen*™ Tea is concentrated using early-spring organic tea leaves from a monastery in the mystic West Mountain in Southern China. *HebaGreen*™ Tea has enriched catechins (80%) and L-theanine (20%), which is 15X more than the contents of a regular tealeaf.

**Consumer Alert!! Green tea differs in various brands and quality!!** A low grade of green tea can be as cheap as a dollar per pound, while precious green tea can cost as much as a few hundred dollars per pound. It is difficult for consumers to identify a good cup of green tea. *HebaGreen*™ Tea stands out from the crowd by assuring you of the highest quality tealeaves anywhere!

**The POWER of Green Tea Anti-Oxidants combined with L-theanine:**

Scientific evidence supports the finding that the benefits of green tea depend on the right amount of catechins and the balance of L-theanine with caffeine. Most tea bags found in supermarkets are low priced and use low-grade tealeaves that contain a very little amount of L-theanine (less than 1%) and a high amount of caffeine (more than 3%). L-theanine is a unique free form amino acid that is found only in tea plants and certain mushrooms. It perfectly compliments green tea's many health benefits by increasing your alpha waves...the mechanism, which produces mental and physical relaxation to decrease stress and anxiety.

For free information on scientific **studies** about green tea, catechins, and L-theanine, send an Email to



Heba™ liquid herbal concentrates use only organic, handpicked herbs from the mountains of China.

Right now you can get a **60 serving** bottle for as low as ~~$29.95~~ **$24.95**. That's less than .42 cents per cup!

Take advantage of our **BUY 2 GET 1 FREE** Special and Save up to $35.

That's less than .42 cents a serving to ensure your body's optimal health and longevity!! **HebaGreen™ Tea** is health insurance the way nature intended!

**Throw Away Those Tea Bags!**

Just 1 serving of *HebaGreen*™ Tea is up to 15X stronger than green tea brewed using tea bags!

**And without the caffeine!**

It has been scientifically documented that much of the benefits of green tea are lost when leaves or tea bags are used to brew a regular cup of green tea. In addition, bleached tea bags, which are more widely used in the US, may actually have dioxin contamination. Dioxins are known to be cancer causing. *HebaGreen*™ Tea has made the use of tea bags obsolete!

*HebaGreen*™ Tea

http://www.hebamedicine.com/ebiz/hebagreentea.asp                    8/8/02

[herbs@hebamedicine.com](mailto:herbs@hebamedicine.com) or call Toll Free 800-965-1408.

**Natures own Health Insurance!**

The powerful combination of L-theanine with concentrated polyphel-catechin has resulted in a health product designed to truly maximize your health and longevity naturally and safely:

## HebaGreen™ Tea!

Order Now!

Enjoy it hot or cold, "on the rocks" or from the stove!

30 day Risk Free Money Back Guarantee!

Limited Time Offer Extended: **BUY 2 GET 1 FREE!!**

Multiple quantities accepted!

## Maximize Your Health and Longevity with Great Tasting HebaGreen™ Tea!

| Product Name | Size | Quantity | Price |
|---|---|---|---|
| HebaGreen Tea™ | 2 oz. bottle (60 servings) | 1 | 24.95 |
| Add to Basket ||||
| To take advantage of our Buy 2 get 1 Free special, type 3 in the quantity field. Multiple specials may be purchased by typing in the total number of bottles you wish to receive, i.e., type 9 in the quantity field to take advantage of a Buy 6 get 3 Free special ||||

*These statements have not been evaluated by the FDA. These products are not intended to diagnose, treat, cure or prevent any disease.

  

Home | About Us | Order | Products | News | Contact Us | Faq

Copyright © 2001, HebaMedicine, LLC.

http://www.hebamedicine.com/ebiz/hebagreentea.asp                                    8/8/02

H

