UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*2005 FEB 11  P 12: 24*

HERBASWAY LABORATORIES, LLC,           )
                                       )
                           Plaintiff,  )   CIVIL ACTION NO. 3:02-CV-1382 (AHN)
        v.                             )
                                       )
HEBA LABORATORIES, LLC,                )
HERBAMEDICINE, LLC, and                )
HERBASCIENCE and TECHNOLOGIES, LLC, )
                                       )
                           Defendants. )   FEBRUARY 10, 2005

*U.S. DISTRICT COURT
BRIDGEPORT, CONN*

## **CONSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1,

Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and

Technologies, LLC ("Defendants") respectfully request a thirty (30) day extension of time of the

parties' discovery schedule as set forth in Plaintiff's Motion for Extension of Time dated

December 17, 2004 [Entry # 53] and so ordered by this Court on December 22, 2004 [Entry #

54].

Defendants seek this extension, in which Plaintiff HerbaSway Laboratories, LLC

("Plaintiff") consents, for the following reasons:

1.    The need for additional time for discovery has become apparent through

recent depositions taken by Defendants' counsel.

2.    Plaintiff intends to introduce a large number of witnesses purporting to

allege confusion, which have not yet been identified and will require depositions.

3.     The plaintiff has recently moved to amend its complaint to add a new copyright claim which will require additional discovery if the motion to amend is granted. The parties continue to diligently pursue both fact and expert discovery in this matter.

This is the third request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: March 30, 2005 (current deadline is February 28, 2005);
- Dispositive Motions: April 30, 2005 (current deadline March 31, 2005).

WHEREFORE, Defendants respectfully requests that this Court grant this Consented to Motion for Extension of Time.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
SETH M. WILSON (CT 22171)
MARK D. GIARRATANA (CT 10410)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
smwilson@mccarter.com

SO ORDERED:

_____         _____
Date                         District Court Judge / Clerk of Court

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR

EXTENSION OF TIME has been mailed, postage prepaid, this 10th day of February, 2005, to:


        JOHN R. HORVACK, JR., ESQ.
        FATIMA LAHNIN, ESQ.
        Carmody & Torrance LLP
        50 Leavenworth Street
        P.O. Box 1110
        Waterbury, CT  06721-1110

        KRISTA A. DOTSON, ESQ.
        SHEILA J. HANLEY, ESQ.
        Gesmonde Pietrosimone & Sgrignari LLC
        3127 Whitney Avenue
        Hamden, CT 06518-2344


SETH M. WILSON


HARTFORD: 632789.01

3