UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES, LLC, | ) | |
| HERBAMEDICINE, LLC, and | ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | FEBRUARY 11, 2004 |

### Affidavit of Carrie Webb Olson, Esq.

I, Carrie Webb Olson, being over the age of 18 and believing in the obligations of an oath hereby depose and say:

1. I am an associate with the Stamford office of Edwards & Angell.

2. In October of 2002 I was an associate with the law firm of Cummings & Lockwood and in that capacity represented the defendants in the above captioned matter.

3. During the course of my representation of the defendants, and particularly in the fall of 2002, I discussed the contents of defendants' brochure extensively with John Horvack, counsel for plaintiff, in order to be sure defendant had ceased use of any text, photographs, coloration or other aspects of the brochure that the plaintiffs considered objectionable.

4. On October 29, 2002 I federal expressed the letter attached as **Exhibit A**, attaching to it the brochure as revised to address all of plaintiff's previous objections and complaints.

5. The letter read in pertinent part "It is now our understanding that all outstanding issues relating to this brochure have now been addressed. Unless we hear from you otherwise, before **Monday, November 4, 2002**, we will assume that we have HerbaSway's approval and will advise our client to proceed with publication."

6. The stock photograph of Dr. Zhou that appeared on page 1 of the brochure appeared in every edition of the brochure that we discussed.

7.  On October 30, 2002, in response to my letter and brochure, I received the email from Attorney Horvack attached as **Exhibit B**. It did not object to any photograph, only asking for a printed copy to be sure of label background color.

8.  Never once after I received this email did Attorney Horvack or any of plaintiff's counsel ever make any further objection to this brochure, defendants' use of the brochure or any of its contents.

9.  As a result I understood that the brochure and its contents, including the stock photograph of Dr. Zhou on page 1 of the brochure, no longer presented any copyright issues.

10. I have reviewed the photograph attached as Exhibit F to Plaintiff's proposed Amended Complaint dated January 28, 2005 and it appears identical to the stock photograph of Dr. Zhou on page 1 of the brochure I sent Attorney Horvack and attached hereto at **Exhibit A**.

STATE OF CONNECTICUT)
                     ) ss: HARTFORD
COUNTY OF HARTFORD   )

_____ Dated February 11, 2005
Carrie Webb Olson


STATE OF CONNECTICUT)
                     ) ss: HARTFORD
COUNTY OF HARTFORD   )

The foregoing instrument was subscribed and sworn to before me this 11 day of February, 2005.

_____
Notary Public
Commissioner of the Superior Court
My commission expires: 4/30/07

2