# Exhibit A

# CUMMINGS & LOCKWOOD LLC

October 29, 2002

Carrie Webb Olson

203.351.4176 Direct
203.708.3835 Fax
colson@cl-law.com

Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
203.327.1700 Phone
203.351.4535 Fax
www.cl-law.com

**Via FedEx**

John R. Horvack, Jr., Esq.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

Re:    **Herbasway, LLC v. Heba Laboratories, LLC, et al.
          Civil Action No. 302CV1382 (AHN)
          Our Ref.:  483715.0016**

Dear John:

Please find the enclosed color copy of the latest revised Heba promotional brochure.

In order to move this issue forward, and pending our resolution of the disputed copyright issues, Dr. Zhou has elected to use in this draft of the brochure a different photograph of lo han.  In addition, the revised brochure includes a photograph of the tea cup that you inquired about last week.

It is our understanding that all outstanding issues relating to this brochure have now been addressed.   Unless we hear from you otherwise, before **Monday, November 4, 2002**, we will assume that we have HerbaSway's approval and will advise our client to proceed with publication.

Sincerely,

*Carrie W. Olson*

Carrie Webb Olson

CWO:cl
Enclosures

cc:    Dr. James Zhou
          Lawrence Sgrignari, Esq.
          Mark D. Giarratana, Esq.

.StmLib1:981131.1 10/29/02

## Discover the Way to Health

Some centuries ago, while using the wisdom found in 5,000 years of Traditional Chinese Medicine, the Taoists discovered that we are born with the privilege of health, and that it can be preserved well into our hundreds.

Have you ever questioned why body disharmonies such as cardiovascular and degenerative diseases, cancer and diabetes have come to be associated with an unhealthy aging process?

Have you ever wondered how to protect yourself and those you love from the environmental and psychological stress that gives rise to disease?

The Taoists knew how.

Dr. Zhou* would like you to know, too.

Taoism teaches us how to use our bodies, minds and lifestyle in a way that preserves health and promotes longevity.

The Taoist experience came early to young Zhou. After the death of his father by the Red Guard in the 1960s, he was taken to the remote mountains of southern China to be safely cared for by Taoist monks. Before the relaxation of the political climate, Zhou was not allowed to attend public school because of his family's previous bourgeois affiliations. The Taoist masters used this discrimination to teach him the ancient traditions of Qigong, Tai Chi and Kung Fu, and most particularly, the centuries-old theories of Yin/Yang and the Five Elements.



Before leaving for Beijing where he earned an undergraduate degree in agriculture and a master's degree in plant genetics, Zhou, at 16, was a leader, overseeing the growing and harvesting of crops while simultaneously, serving as a "barefoot doctor," providing for the health needs of 75 families in his village.

Dr. James Zhou, (Ph.D.) Chairman of Scientific Advisory Board at Heba® Laboratories, Scientist at Yale University School of

After receiving a doctorate in genetics and biochemistry at Iowa State, and after spending seven years as a cancer research scientist and a faculty member in the Department of Pharmacology at the Yale School of Medicine, Dr. Zhou returned to his role as healer and educator, his first and greatest passion.

*pronounced "zoe"

**1**

# Helping Your Body Heal Itself

At Heba® Laboratories, we teach that health is cumulative. In other words, what we do for our body's well-being today, tomorrow, next week, or next month will have a large impact upon our future health.

Every day, the internal microcosm we know as the organ system, works to maintain internal balance by cleansing, detoxifying and regulating bodily processes. Unfortunately, environmental toxins that are ingested from food, air, or water often overburden the body's ability to maintain itself.

To help prevent disease and maintain health, and to stimulate the body's own capacity for healing, Dr. Zhou has formulated a variety of concentrated herbal combinations based upon the ancient theories of Yin/Yang and the Five Elements which have been generationally passed into his care. The herbs within our formulas have been used for thousands of years to help humankind overcome physical and mental afflictions. Our herbal supplements are synergistically combined to provide the highest therapeutic value possible.

Herbal supplements are the world's first food supplements, and as such are regulated by the Dietary Supplement Health and Education Act (DSHEA) of 1994, an umbrella agency of the United States Food and Drug Administration. Our products are not pharmaceuticals, and are not regulated by the FDA, although Heba® Laboratories strictly adheres to, and exceeds, the guidelines set down by DSHEA when formulating and marketing our herbal products.

We welcome your questions and comments, so call or email often, but be warned - we often rhapsodize about the unique qualities found in our herbal concentrates!

Thank you for giving us an opportunity to serve you. Our purpose is to help you experience the benefits found in the traditional Chinese way to health.

**James H. Zhou, Ph.D.**

Heba® Laboratories, LLC
Middletown, CT 06457

800-965-1408 or 860-635-6200
Fax 860-632-9503

www.hebalab.com

❷



Luo Han Kuo, or Fruit of Paradise™, is from the Curcubitacea/melon family. It grows and is used abundantly in the mystic mountains of southwest China, where it is called the longevity fruit because the people there reach well into their old years.

For your enjoyment, its fruit-sweet pleasures are added to all our herbal concentrates.

❸

## The Ancient Art of Tea Therapy

Chinese historical documentation has provided the West with over 5,000 years of practical, grassroots usage that has culminated in our current understanding of the healing properties within hundreds of herbs. The integration of the Chinese healing arts with science is even more amazing when considering today's synthetic pharmaceuticals that primarily address only the symptoms. For centuries, tea, or the infusion of herbs into water, has been used for therapeutic purposes. Today, it remains the most popular healthcare choice in China.

It was originally understood that tea therapy, an integral part of Traditional Chinese Medicine, always indicated the addition of green tea to a combination of herbs in order to enhance its healing capacity. In today's world, the concept of tea therapy is an indication of synergistically combined herbs that attain to the highest possible standards and values. The intended focus of tea therapy and TCM is upon creation of wholeness in the body through internal balancing.

In the following pages, you will be introduced to the benefits of tea therapy found in Heba® Laboratories' herbal concentrates. Formulated in the tradition of the Taoist masters, our products, using the much-revered tonic herbs, are organic, non-caloric, caffeine- and alcohol-free, and are fully standardized to assure consistency. You will find an understanding of the Yin/Yang methods of herbal balancing that also incorporate the Five Elements.

Before time's memory, the daily use of tea for health and comfort were at the center of Chinese homes where it is customary to offer the best tea to loved ones, to friends, and to visitors. In the spirit of that respect and friendship, we, at Heba® Laboratories, offer the benefits of our herbs to all those wishing to create health for themselves and for those they love.



**4**

PRODUCTS OF HEBA® LABORATORIES

# Herbal Tea Primer

New and Improved
HERBAL TEA CONCENTRATES

DentaSweet™ (Luo Han Kuo Fruit Concentrate)
- Non-glycemic, non-caloric, sugar replacement, 7 drops per serving.
- Advanced technology allows enriched dental beneficial components from Luo Han Kuo, commonly called Fruit of Paradise™.
- Prevents teeth from dental decay and gum inflammation.
- Sweetens breath.

GreenPlus™ Tea
- New, improved green tea concentrate, caffeine-free, powerful antioxidant, concentrated catechins from the mature green tea leaf.
- Accurate measurement of ORAC* antioxidant value.
- Concentrated catechins beneficially remove free radicals
  and heavy metal toxicity
- One cup of GreenPlus™ Tea offers the therapeutic value
  of 15 traditional tea bags

GingerPlus™ Tea
- New, improved ginger tea formula with concentrated Gingerol™ from our proprietary process.
- Improves warmth and circulation.
- GingerPlus™ is beneficial for fighting nausea.
- One cup of GingerPlus™ Tea offers the therapeutic value
  of 15 traditional tea bags.

GinsengPlus™ Tea
- New, improved ginseng and diabetic tea formula.  The best formula to fight stress and chronic fatigue.
- Synergistic combination of American, Siberian and Panax
  Ginseng for better balance and sustained energy.
- Improves sugar metabolism, helps balance blood sugar.

Spring™ Green Tea (formerly Heba brand Green Tea)

❺

PRODUCTS OF HEBA® LABORATORIES

- Contains enriched catechins and increased levels of theanine from the spring green tea leaves.
- Fights stress, insomnia, depression, panic attacks and anxiety.
- Guaranteed 1,000 ORAC* antioxidant units per serving/dropper to protect cellular DNA.
- Reduces the risk of cancer, heart attack, hypertension, stroke and diabetes.
- Promotes mental clarity and relaxation.
- Theanine in Spring™ Green Tea may improve chemo efficiency while protecting healthy cells.
- Fifteen times more potent than ordinary green tea bags.
- Caffeine-free and mild-tasting.

*ORAC: Oxygen Radical Absorption Capacity


New and Improved
COFFEE REPLACEMENTS

VitaCafe™ Concentrate
- Delivers more antioxidants to protect brain cells, cleanses
  and elasticizes brain blood vessels.
- Nurtures brain, cardiovascular and kidney systems.
- Offers longer sustained energy.
- Improved taste, caffeine-free.

HornyCafe™ Concentrate
- Libido booster for men and women.
- Delivers more antioxidants to protect brain and cardio-vascular systems.
- Provides sustained harmony for women.
- Improved taste, caffeine-free.


New and Improved
THERAPEUTIC HERBAL COMBINATIONS

Alleraza™ Formula
- Improves cellular energy to eliminate allergies and congestion.
- Balances excess stomach acid, which causes acid reflux
  and stomach bloating



PRODUCTS OF HEBA® LABORATORIES

CardioMax™ Formula
• Strengthens heart muscle.
• Cleanses arteries and promotes blood vessel elasticity.
• Balances blood pressure and cholesterol.
• Supports blood flow to the heart.

Cureal™ Formula
• Powerful antioxidants enhance the immune system's
  cancer fighting abilities.
• Increased potency fights infections, inflammation,
  parasites, fungus, yeast.
• Cleanses arteries and improves circulation.

LiverEnergy™ Formula
• Enhances the liver's biochemical abilities.
• Detoxifies and cleanses the liver.
• Promotes the immune system to fight cancer, Hepatitis
  A, B, C and fatty liver.

Metagiza™ Formula
• Balances excess stomach acid, which causes acid
  reflux
  and stomach bloating.
• Harmonizes the digestive system by improving cellular
  metabolism and absorption.
• Cleanses the colon by balancing and regulating intes-
  tinal
  movement.

VitaLusta™ (Kidney Enhancing Formula)
• Nurtures kidneys to moisturize skin, prevent wrinkles
  and
  encourage more youthful skin.
• Provides sustained sexual interest and energy.
• A powerful anti-aging formula.

HebaSoy™ Formula
• Contains natural water-soluble soy-isoflavone, which is
  4,000 times safer and 4 times more effective than
  water-insoluble soy-isoflavones.
• Reduces the risk of breast and prostate cancer.
• Increases bone density and reduces the risk of osteo-
  poro-
  sis, artherosclerosis and rheumatoid arthritis.
• Balances hormones to relieve symptoms of peri-, post-
  and menopausal women, as well as premenstrual
  syndrome.

❼

PRODUCTS OF HEBA® LABORATORIES

# Description and Uses

### HERBAL TEA CONCENTRATES

**DentaSweet™ (Luo Han Kuo Fruit Concentrate)**
Relaxing, cooling and cleansing our Fruit of Paradise™ concentrate, extracted from the Luo Han Kuo fruit, is 250 times sweeter than refined sugar. It's actually low-glycemic, non-caloric, and a marvelous sugar substitute that is particularly appropriate for diabetics. Fondly called the "longevity fruit," it has been used for thousands of years to detoxify the blood by the people of China, who have also benefited from its magical ability to lubricate and soften the skin.  Its cooling properties soothe coughs, sore throats and irritated lung tissue. By enhancing bacterial flora in the digestive tract, the cleansing properties of DentaSweet™ deter diarrhea and alleviate constipation.  With an obesity epidemic in the United States, the effects of a sugar-laden diet are sadly affecting our quality of life. Ninety-five percent of senior citizens suffer from gum disease and tooth loss, and diseases that often lead to excess stomach and oral acid, foul breath, sore throat, brain inflammation and/or cardio infection. DentaSweet™ is a proprietary sugar replacement derived from a proprietary fruit extraction process.  Only very small amounts of DentaSweet™ are needed when replacing dietary sugar. You can experience this natural fruit taste in all of Heba® Laboratories' herbal liquid concentrates.

**Standardized Herbal Extracts:**  Fruit of Paradise™ (Luo Han Kuo/Cucurbitacea fruit)



**GreenPlus™ Tea**
Fights toxins and daily oxidation.*  This great -tasting caffeine-free, green tea concentrate delivers many health benefits. Over a thousand research articles have documented that compounds called polyphenols/catechins, in the green tea leaf actually do prevent and/or inhibit cancer cell growth, reduce the risk of heart attack and stroke, lower cholesterol by cleaning up fat and plaque, clean up toxins that are ingested from air, food and water, elevate the immune system, and neutralize intestinal



PRODUCTS OF HEBA® LABORATORIES

microbes. Polyphenol compounds promote dental health by blocking bacterial growth, and, also help with weight loss by balancing carbohydrates. Forty times stronger than Vitamin E, the strongest antioxidant among vitamins, the polyphenols go directly into your system, cleaning up free radicals before damage can occur. We use proprietary extracting methods to 1) concentrate polyphenols/catechins from organically grown green tea leaves and, 2) to remove caffeine using Organic Absorption Affinity Technology. As a specialized technology, Oxygen Radical Absorption Capacity (ORAC), not only allows the preservation of the natural properties, but after caffeine removal, it also accurately measures and guarantees the amount of active antioxidant in every tea serving. Consider the following: It takes 15 traditional tea bags to equal the health benefits found in one serving of our concentrated green tea, with many tea bags often contaminated with a carcinogenic bleaching residual known as dioxin. The good news: our easy to use liquid concentrated GreenPlus™ Tea has made tea bags obsolete!

**Standardized Herbal Extracts:** Green Tea, Chinese Blackberry and Fruit of Paradise™

Spring™ Green Tea (formerly Heba brand Green Tea)
Calming, cleansing, fighting free radical oxidation.* This extraordinarily effective concentrated green tea will give you the same benefits as our GreenPlus™ Tea, but, to help calm and de-stress body and mind, we've enriched it with an increased level of L-theanine.



Just when they are flushing out in early spring, baby tea leaves are found to contain the highest amount of a beneficial substance called theanine. Scientific research has found that theanine stimulates alpha-waves in the brain, giving a sense of harmony and relaxation without drowsiness, or inertia, much like waking from a restful night's sleep. Theanine's tranquility will help manage high blood pressure, too. Spring™ Green Tea is beneficial for those of us who spend our days accomplishing the impossible. For insomniacs, it's indispensable!



**9**

## Guaranteed

Highest Potency

Organically-grown Herbs

Standardized

Alcohol-free

No Preservatives

Sugar-free

Caffeine-free

No fillers

Great-tasting!

❶

PRODUCTS OF HEBA® LABORATORIES

In addition to calming stress and anxiety and offering the same health benefits as polyphenols/catechins in our GreenPlus™ Tea, research has found that theanine also facilitates the destruction of cancer cells during chemotherapy. For those persons overcoming cancer, we are glad to offer green tea's well-documented ability to inhibit the growth of tumors and, now, the added support of theanine found in Spring™ Green Tea.

**Standardized Herbal Extract:**  Concentrated Organic Green Tea picked in early spring, Fruit of Paradise™ (Luo Han Kuo, Curcubitaceae), and Extract of Blackberry

GingerPlus™ Tea
Warms and relaxes while improving circulation.*  Useful for symptoms of stagnant Chi, or poor circulation, that include cold hands and feet, low back stiffness, poor digestion, and the common cold.  It can be used alone, or with our JOINTea™, to help relieve joint and muscle discomfort associated with rheumatoid and osteoarthritis.

An unusually advanced technology, using a low temperature extraction process, allows Heba® Laboratories to concentrate the most beneficial components of ginger into Gingerol™, a product made from organically-grown ginger roots.

The Gingerol™ in GingerPlus™ Tea provides super antioxidant protection, improves circulation, relieves chills and helps alleviate nausea, diarrhea and indigestion. GingerPlus™ Tea is particularly supportive of the spleen and lungs.  Green tea lends even more antioxidant protection, while Chinese blackberry calms inflammation while nourishing the liver and kidneys.  Fruit of Paradise™ gives its properties of longevity and its coolness to balance the Yang (heat) of ginger.

**Standardized Herbal Extracts:**  Ginger (concentrated Gingerol™), Green Tea, Chinese Blackberry and Fruit of Paradise™ (Luo Han Kuo, Cucurbitaceae)

GinsengPlus™ Tea
Energizes cells, increases carbohydrate metabolism, counters effects of diabetes and daily stress.* Ginseng is a tonic for the entire body.  The consistent use of GinsengPlus™ Tea will help restore energy to the five organ systems.

**11**

PRODUCTS OF HEBA® LABORATORIES

Ginger synergistically enhances this formula's "ginseng effect" because it improves circulation. Panax ginseng enhances the system while giving "Yang" energy. Siberian ginseng, a powerful anti-stressor, helps the body resist and overcome pathogens that lead to disease, while American ginseng tonifies the system while giving "Yin" energy. Beneficial to diabetics, the ginsenosides in GinsengPlus™ balance blood sugar by stimulating the efficient burning of glucose at the cellular level. Chinese blackberry, as we have seen, nourishes the liver and kidneys. Fruit of Paradise™ gives a cooling, or yin, balance while moistening the internal organs.

This great-tasting, balanced and energizing tea gives the maximum benefits of ginseng.

**Standardized Herbal Extracts:** Ginger, Panax Ginseng, Siberian Ginseng, American Ginseng, Blackberry, and Fruit of Paradise™

### THERAPEUTIC HERBAL CONCENTRATES

Alleraza™ Formula
Alleviates allergies, allowing comfort during allergy season.* Relieves disharmonies and congestion due to environmental and food allergens.

Bitter orange and ginger work with kudzu to expel negative Qi, or the congestion that usually accumulates in the sinuses or lungs, to the outer body, thereby allowing healing and relief. Bitter orange supplies cold energy, while Panax ginseng balances in by supplying warm energy. Licorice regulates Qi and soothes the lung and sinus tissue. A recent Japanese study found that Chinese blackberry, in addition to nurturing the liver and kidneys, also lessens allergies and inflammation. Fruit of Paradise™ is a cooling nurture to kidneys, liver and spleen.

We smilingly remember the delight of one customer who told us, excitedly, that she drank Alleraza™ and had "immediate relief!"

**Standardized Herbal Extracts:** Bitter Orange, Ginger, Panax Ginseng, Chinese Blackberry, Licorice (reduced glycyrrhizic acid), Kudzu, and Fruit of Paradise™

Special Instructions: First adult serving should not be more than 15 drops. Second adult serving to follow within 4 hours, 30 drops.



PRODUCTS OF HEBA® LABORATORIES

CardioMax™ Formula
Protects the heart, cleanses and builds arteries, balances cholesterol and blood pressure, increases blood circulation.* Rigidness and blockages in blood vessels are the major causes of heart attack, stroke, high blood pressure and other cardiovascular problems. Designed to strengthen the heart muscle, CardioMax™ cleanses and builds elastic arteries, unblocks plaque (stagnant qi), and benefits all organs with increased blood flow.

CardioMax™ delivers historically and clinically-proven cardio-beneficial herbs. Studies document that green tea, salvia, pueraria, ligusticum and notoginseng are effective for helping angina, high blood pressure, high cholesterol and triglyceride levels.

Between 1981 and 1994, the results of thirteen double blind clinical studies suggested that Hawthorn is an effective treatment for congestive heart failure.

**Standardized Herbal Extracts:** Green Tea, Hawthorn, Salvia (Dan-shen), Ligusticum, Chuanxiong, Pueraria, Notoginseng, Chinese Blackberry and Fruit of Paradise™

Cureal™ Formula
Natural antibiotic properties fight infections, eliminate bacteria, viruses, parasites, yeast and fungus, control inflammation, and powerful antioxidants provide anti-cancer benefits.* This formula effectively reduces swelling, fever blisters and the herpes virus. When used with LiverEnergy™, it successfully manages Hepatitis A, B, and C. It eliminates excess heat, while cleansing the entire body.



The strongly antiseptic, phyto-compounds in scutellaria baicalensis are responsible for inhibiting a variety of viral, bacterial, parasitic and fungal growths. Scutellaria, along with cassia tora, supply a cooling energy to the vital organs, protecting against infection. Chinese knotweed contributes balanced energy to the lungs and kidneys, reducing inflammation and allowing the body to heal from infections and balancing the immune system. Kudzu reduces internal heat by cooling the spleen and muscles.

**❸**

PRODUCTS OF HEBA® LABORATORIES

Licorice helps deliver all of the herbs' beneficial energies to the body's meridians and organs. Chinese blackberry and Fruit of Paradise™ are cooling to the internal system.

**Standardized Herbal Extracts:** Cassia Tora, Kudzu, Scutellaria, Chinese Knotweed, Licorice (reduced glycyrrhizic acid), Chinese Blackberry, and Fruit of Paradise™

LiverEnergy™ Formula (U.S. Patent No. 5,939,072) Cleanses and detoxifies the liver, boosts immunity, fights cancer and Hepatitis A, B, and C, eliminates blood fats, balances blood sugar and cholesterol, aids in weight loss, and reduces risk of heart attack and stroke.* The Chinese recognize the Spleen as a major player in the regulation of immune functioning and, in turn, the Spleen's higher power is the liver. LiverEnergy™ nurtures and detoxifies liver cells while protecting the liver from damage associated with auto-immunity, inflammation, free radicals, and harmful chemicals that include heavy metals. It helps restore healthy blood pressure and cholesterol levels while interacting with other body energies to balance the digestive system, and to control micro-circulation, immune functioning and neuro-transmission. It effectively manages the hepatitis viruses and has been clinically proven to reduce psoriasis.

Tested in a clinical trial in China with 100 people, this herbal formula demonstrated a 63% success rate in reducing and eliminating HBV surface antigen in the blood.

LiverEnergy™ derives its healing power from immune protection and regulation provided by the historically proven edible, precious and beneficial mushrooms that include reishi, poria, cordyceps, maitake, shiitake and hericium Protecting Qi, astragalus energizes while strengthening the metabolic, respiratory and digestive functions. Schisandra calms and, along with milk thistle, purifies the blood and detoxifies the liver. In addition to cheerfulness, lycium lends its phyto-nutrient and anti-oxidant properties, too.



PRODUCTS OF HEBA® LABORATORIES

**Standardized Herbal Extracts:** Polysaccharides derived from Reishi, Cordyceps, Maitake, Shiitake, Schisandra, Astragalus, Lycium, Milk Thistle, Chinese Blackberry and Fruit of Paradise™

MetaGiza™ Formula

Increases energy, cleanses and strengthens the digestive system, maximizes efficient absorption of nutrients.* This formula balances the digestive tract by cleansing the colon and helping with digestive distress, including acid reflux, stomach bloating, indigestion, heartburn, diarrhea, and constipation. MetaGiza™ stimulates the body's ability to secrete digestive enzymes leading to efficient nutrient absorption. This herbal formula gives energy without affecting the nervous system and will not keep you awake when you need a good night's sleep.

Bitter orange regulates energy flow, allowing increased energy over a long period of time. Balanced by the cooling energy of Kudzu and Fruit of Paradise™, Panax ginseng, Siberian ginseng, schisandra, astragalus and ginger increase Qi circulation to the spleen, lungs, pancreas, stomach, kidneys, liver, heart, and muscles. Chinese blackberry and Licorice participate in the delivery of Qi to all cells.

**Standardized Herbal Extracts:** Bitter Orange, Panax Ginseng, Siberian Ginseng, Schisandra, Astragalus, Ginger, Chinese Kudzu, Chinese Blackberry, Cassia Tora, Licorice (reduced glycyrrhizic acid) and Fruit of Paradise™

VitaLusta™ (Kidney-Enhancing Formula)

Promotes longevity and vital energy for both men and women; provides moisture and a more youthful appearance.* Balances and restores the kidneys' ability to absorb calcium and minerals and then participates in the re-routing of electrolytes to the bones and heart. This formula is particularly effective for balancing hormones during menopause, moistening skin from the inside out, alleviating vaginal and skin dryness, and premature wrinkles. It restores sexual vitality and helps overcome chronic fatigue. For thousands of years, the herbs in VitaLusta™ have increased longevity by improving kidney energy.

**⑮**

PRODUCTS OF HEBA® LABORATORIES

A kidney/yang herb, horny goat weed increases sex drive, dilates capillaries and larger vessels and regulates blood pressure. The blood tonic herbs, dong quai and he sho wu (foo-ti), nurture the liver and kidneys and also darken hair and reduce wrinkles by moistening the body and skin.  Orange peel and ginger support the digestive system, while ginseng, lycium and schisandra kindly promote detoxification, Qi circulation and immunity.

**Standardized Herbal Extracts:**  Horny Goat Weed, Dong Quai, He Sho Wu, Orange Peel, Panax Ginseng, Rehmannia, Ginger, Pericarpium, Lycium, Schisandra, Chinese Blackberry, and Fruit of Paradise™

HebaSoy™ Formula
Protects against breast and prostate cancer, offers heart protection, and helps transition the menopausal woman.* Studies indicate that a daily intake of 20-40 mg of soy-isoflavones reduces the risk of breast and prostate cancer, decreases risk of atherosclerosis, improves heart and kidney function, helps with rheumatoid arthritis and alleviates peri- post- and menopausal syndromes such as hot flashes, hormonal imbalances and osteoporosis.  When used daily, HebaSoy™ is an anti-aging drink that also balances the internal organs.

HebaSoy™ consists of water-soluble soy-isoflavones and is 4000 times safer than the controversial water-insoluble soy-isoflavones.

**Standardized Herbal Extracts:**  Organic and Genetically-unmodified Soybeans, Chinese Blackberry and Fruit of Paradise™

Echinacea (Dr. Zhou's Formula)
Balances the immune system, protects and cleanses the body, prevents colds and flu, and provides outstanding antioxidant action.*  Daily use of this unusually great-tasting Echinacea during the cold and flu season helps keep a cold away. Combining with a little water and using as a gargle is nice kindness for sore throats.  When the seasons change, particularly from Fall to Winter, you might consider using Echinacea to cleanse and boost your immune system.

It is well known that long-term use of Echinacea dries the



PRODUCTS OF HEBA® LABORATORIES

lungs, causing an unpleasant cough.  Our synergistically designed Echinacea™ eliminates this side effect by using ginger to dispel cold from the lungs and Fruit of Paradise™ to moisten the lungs.  Green tea serving as antioxidants, along with our concentrated catechins, add power to immune functioning when you most need it.

**Standardized Herbal Extracts:**  Echinacea, Green Tea, Ginger, Chinese Blackberry and Fruit of Paradise™

MoodBalancer™ Formula
Protects brain cells and neurotransmitters from degeneration, alleviates depression and improves spiritual vitality.*  Scientific studies in the West have discovered that St. John's Wort relieves depression, but alone can't give the kind of spiritual vitality and energetic renewal found in our synergistically combined MoodBalancer™.  The Chinese have been treating imbalances in the liver, or liver fire, as the cause of depression for centuries.  Our herbal formula helps tonify the liver by cleansing the blood and by conditioning the blood vessels while simultaneously balancing brain chemistry in men and women.

Ginkgo biloba, horny goat weed, rehmannia, he sho wu and dong quai interface with the properties of St. John's Wort to create mental and physical balance.  Astragalus and lycium improve immunity and strengthen blood.  Schisandra and scutellaria balance the nervous system, with kudzu and knotweed aiding in circulation.

**Standardized Herbal Extracts:**  St. John's Wort, Ginkgo biloba, He Sho Wu, Rehmannia, Dong Quai, Horny Goat Weed, Schisandra, Chinese Knotweed, Astragalus, Lycium, Scutellaria, Chinese Blackberry, Kudzu and Fruit of Paradise™

COFFEE REPLACEMENTS

VitaCafe™ Concentrate
Delivers powerful antioxidants to protect brain and heart cells; enhances memory, alertness and energy.  An excellent caffeine-free coffee alternative.*  Degeneration of cell neurons is the major cause of Alzheimer's, Parkinson's, dementia, memory loss and other age-related brain diseases. By conditioning and toning the blood and blood vessels,

**❶❼**

PRODUCTS OF HEBA® LABORATORIES

VitaCafe™ increases both Qi and blood circulation, allowing greater oxygen flow to the brain. Our herbal blend gives the alertness associated with coffee without stressing the adrenals with caffeine, even when you're suffering from a hangover! Ginkgo is popularly known for its memory enhancing properties, but did you know the Chinese have used ginkgo biloba in combination with other herbs to slow the aging process and balance the entire body for over 5,000 years? Along with Pueraria, it helps elasticity of blood vessels.

Catechins and resveratrol antioxidants cleanse blood and blood vessels, improve circulation and prevent brain cell degeneration. Polysaccharides, Panax and Siberian Ginseng protect internal organs from daily stress while strengthening the immune system.

**Standardized Herbal Extracts:** Ginkgo Biloba, Catechins, Resveratrol, Pueraria, Panax Ginseng, Siberian Ginseng, Polysaccharides, and Fruit of Paradise™

HornyCafe™ Concentrate
A libido booster that provides antioxidant protection to the brain and heart cells while enhancing memory, alertness, and energy levels. An excellent coffee alternative, but without the caffeine.* Your love life can be improved! Horny energy in a bottle will boost your sexual vitality while protecting your heart and brain cells from damage. Degeneration of brain cells is the major cause of Alzheimer's Parkinson's, dementia, memory loss, and other age-related diseases. By toning and conditioning the blood and blood vessels, HornyCafe™ increases blood circulation in the genital area.

Scientific research has proven that Ginkgo biloba, horny goat weed (Epidmedium) and Cordyceps will improve libido. About 5,000 years ago, Chinese herbalists recognized that Ginkgo biloba slows the aging process and balances the entire body, and when combined with Pueraria will provide elasticity to blood vessels. Catechins and resveratrol are powerful antioxidants that protect brain cell degeneration while cleansing blood and



CHINESE HERBAL MEDICINE
IN THE TAOIST TRADITION

# The Importance of Balancing
# Yin and Yang



Yin and Yang are the Chinese expressions used to describe the intricate fineness of the body's energy system.

Do you remember those times when you just didn't feel well? You may have had a severe, unexplained headache, experienced unusual fatigue, tension and/or irritability? These common symptoms of body imbalances are clues that the internal organs are struggling to keep up. Our internal organs are interdependent, so the healthy functioning of one is crucial to the overall well-being of the others. For example, the liver is considered the seat of emotion - when we are under stress, our liver works overtime to assure the continuation of biochemical activities that are necessary for good health. Overtime activities of the liver compromise other organs, giving a feeling of malaise.

Scientific research has substantiated that a powerful link exists between what we do and the health of our bodies. The Chinese have always recognized that a vital energy flows throughout the entire body. Chi (pronounced chee) is associated with the proper physiological functioning of our internal organ system. Imbalance and disease occur because of Chi deficiencies, or blockages.

The age-old benchmarks for balancing Chi are found in the theory of Yin/Yang, that requires internal equilibrium for radiant health, and the theory of the Five Elements, which independently matches each of the five elements with a particular organ that, in its turn, is responsible for giving a precise sense of that organ's natural energy flow.

Long ago, the Taoist monks understood how certain

**19**

CHINESE HERBAL MEDICINE
IN THE TAOIST TRADITION

herbs balance organ energy and restore health. The monks also observed that the healing power of herbs are maximized when combined with the correctly chosen properties of other herbs.

Using the same herbal formulas and combinations taught to him by the Taoist masters, Dr. James Zhou has skillfully developed our herbal formulas to nurture and support the body. Each of Heba® Laboratories' herbal combinations and corresponding health programs are intended to restore the body's natural healing and regenerative powers.

Our herbs and green tea leaves are grown in the pollution-free mountains of southwest China. Meticulous care is used in harvesting, and advanced technology is utilized to package and ship our herbs to the United States without pesticide exposure or irradiation. At our laboratory in Connecticut, we work in pristine conditions, using purified

**(A) Liver/Gall Bladder - WOOD**
Cassia tora, Dong Quai, Siberian Ginseng, He Sho Wu, Chinese Schisandra, Lycium barbarum, Scutelleria, Horny Goat Weed (Epimedium), Chinese Blackberry, Lingzhi, St. John's Wort

**(B) Heart/Small Intestine - FIRE**
American Ginseng, Ginger (Zingiber officinale), Ginkgo biloba, Green Tea (Camellia Sinesis), Chinese Licorice, Soy (Glycine max), Kudu (Pueraria lobata), Dong Quai (Angelica sinesis), Dan Shen (Salvia miltiorrhiza)

**(C) Spleen/Stomach - EARTH**
Panax Ginseng, Fruit of Paradise™ (Momordica grosvenori), Bitter Orange (Cirtus aurantium), Chinese Astragalus, Ginger, Chinese Licorice, Green Tea, Lingzhi (Ganoderma)

**(D) Lung/Large Intestine - METAL**
Panax Ginseng, Fruit of Paradise™, Chinese Schisandra, Ginger, Scutelleria, Chinese Licorice, Green Tea, Kudzu, Giinkgo biloba

**(E) Kidney/Bladder - WATER**
Chinese Knotweed (Polygonum cuspidatum), Siberian Ginseng (Eleutherococcus), Chinese Schisandra, Ginger, Lycium barbarum, Cordyceps, Cassia tora, Cnidium Fruit (Cnidium monnieri), Horny Goat Weed (Epimedium), Chinese Blackberry (Rubus suavissimus), He Sho Wu (Polygoni multiflorum), Lingzhi, St. John's Wort



# Frequently Asked Questions

**Q. Why Take Chinese Herbal Formulas?**
A. More than 90% of the world's population consumes some form of herbal therapy. The FDA has ruled that herbs are food supplements and cannot be portrayed as curing, diagnosing, or preventing disease. However, Chinese herbs have helped millions to maintain good health. It is thought that ancient herbal combinations, originating over 5,000 years ago, and passed down from generation to generation, actually enhance the body's self-healing abilities. Chinese herbs, when combined by an experienced and knowledgeable herbologist, bring the imbalanced body to balance.

**Q. How Can I Reach You?**
A. To ask a question, or to place an order, you may call 1-800-965-1408 to speak with one of our sales representatives. Or, visit our user friendly website: www.hebamedicine.com, and ask the Herb Master for help in selecting the correct herbal formulas for your health needs.

**Q. Why Do I Need the Herb Master?**
A. It's challenging for consumers to accurately choose an appropriate herbal therapy. Over the centuries, the properties of hundreds of herbs have been documented and they, in turn, have given rise to hundreds of herbal combinations. In order to accurately address your health needs, we encourage the use of the Herb Master when choosing among the many and varied herbal combinations.

**Q. What are the Advantages of Herbal Medicine?**
A. Experience. Based on historical use, herbs actually promote health, have fewer side effects, and have actually been proven safer.

**Q. At Heba® Laboratories, How Has Herbal Medicine Been Transitioned from the Ancient to Modern Method of Formulation?**
A. In the past, due to insufficient technology, it was not possible to accurately evaluate the multiple components in herbal formulas. Here at Heba® Laboratories we use the most sophisticated technology in the industry to standardize and guarantee that each tea serving contains consistent and measurable health benefits. Now, when we draw upon the philosophy of Yin/Yang and the Five Elements, each of our herbal formulas can be designed with an eye to the precise relationship of body function and structure. Lastly, we can use the statistics found in contemporary clinical trials to help provide the most recently found scientific benefits of Chinese herbs.

**Q. How Do You Put Heba's Product Line Together?**
A. We choose organically grown herbs, concentrate them to the highest potency, and then standardize each liquid concentrate while assuring you the highest quality and taste. Though organically grown in the mountains of

**21**

China, our herbs are formulated, bottled and shipped to you from our laboratory in Middletown, Connecticut.

**Q. Are Liquid Concentrates More Effective than Capsules or Tablets?**
A. The body assimilates liquids more easily and efficiently than capsules and tablets. By using liquid herbal concentrates, you relieve the body of the stress required to break down solid supplements. Drinking herbs as tea therapy is more enjoyable, too!

**Q. Are There any Known Contraindications to Conventional Drugs or Any Unwanted Side Effects?**
A. Unlike using a single herb or chemical drugs, skillfully prepared herbal formulas do not have unwanted side effects. It is ideal to take herbal formulas 2 hours apart from prescribed medications, so they do not interfere with the other's absorption.

**Q. Can I Use Your Products Together with Other Herbs or Herbal Formulas?**
A. Yes, you may combine and use up to four of our herbal formulas at one time. Due to busy schedules, many of our customers place their herbal concentrates in sport bottles and drink the combined therapeutic benefits throughout the day. Our herbal formulas, when combined and taken together or with other herbs, actually give increased health benefits.

**Q. Can I Use Your Formulas with Vitamins?**
A. Absolutely, in fact our herbal formulas give double benefit to the value of your vitamin supplements.

**Q. Should I Take Additional Antioxidants While Taking Your Teas?**
A. No, there is sufficient antioxidant power in 2-3 cups of GreenPlus™ Tea, Spring™ Green Tea, GingerPlus™ Tea, Cureal™, VitaCafe™ and HornyCafe™ to meet your daily needs.

**Q. What Makes Your Products Taste So Good?**
A. Fruit of Paradise™ is extracted from the Luo Han Kuo fruit, giving our herbal concentrates a fine, light and sweet taste. The extraction method is a proprietary, patented process.

**Q. Is It Possible to Take Too Much of Your Product?**
A. It is recommended that you follow the suggested servings on the label of each herbal formula. However, teas such as GreenPlus™ Tea, GingerPlus™ Tea and DentaSweet™ can be used as often as desired.

**Q. Can Children Use Your Products?**
A. Yes! Children love the taste. Be sure to read about age-adjusted dosages in the General Instructions.

**Q. Will Fruit of Paradise™ or DentaSweet™ Elevate Blood Sugar Levels in Diabetics?**
A. No. As a sugar alternative, it is very beneficial for persons with diabetes. The body cannot breakdown Fruit of Paradise™, or its concentrated counterpart, DentaSweet™. Consequently, these fruit sweeteners are



## Selected Ingredient Information

1. Cordyceps sinensis
This is one of the most popular and precious longevity-promoting herbs because of anti-tumor activity, strengthening the adrenal glands, increasing sexual vitality, relieving bronchitis and emphysema, lowering blood fats and sugars, lowering blood pressure and improving blood circulation [Am J Chin Med, 24(2), 1996; Jpn J Pharmacol 70(1), 1996; Chung Kuo Chung Yao Tsa Chih 20(12), Dec. 1995].

2. Dan Shen (Salvia miltiorrhiza)
Dan Shen has been used for treating cardiovascular/cerebrovascular, atherosclerosis-related diseases. Other benefits are anti-inflammatory, inhibition of alcohol absorption, cataracts/glaucoma, liver cancer/damage. [Arterioscler Thromb Vasc Biol. 1998, Mar. 18(3); Alcohol. 1999, May 18(1); Cancer Lett. 2000, May 29; Altern Med Rev. 2001, Apr.)

3. Dong Quai (Angelica sinensis)
An excellent female hormone balancer. [Jiangsu New Medical College, Zhongyao Dachidian (Encyclopedia of Traditional Chinese Medicine), People's Publishing Company, Shanghai, pp876-879 (1986); The Alternative Health and Medical Encyclopedia, Visible Ink Press, Detroit MI, pp. 84 (1995)].

4. Green Tea (Camellia sinesis)
A potent antioxidant and cancer preventer. [The Alternative Health and Medical Encyclopedia, Visible Ink Press, Detroit MI, pp. 87 (1995)].

5. Kudzu (Puerarin lobata)
Controls alcohol craving, helps cardiovascular system operate effectively. [Jiangsu New Medical College, Zhongyao Dachidian (Encyclopedia of Traditional Chinese Medicine), People's Publishing Company, Shanghai, pp. 2307-2310
Daidzin in kudzu blocks a key enzyme that makes alcohol toxic to the human body. [proc. Natl. Acad. Sci. USA, vol. 90: 1247-1251 (1993); 90:10012 (1993)] Puerarin in kudzu relaxes arteries and veins, treats glaucoma and protects cardiovascular muscle injury

6. Lo Han Kuo (Cucurbitaceae Fruit)
Used in China for thousands of years for digestive distress, blood purification, cough, sore throat and for other ailments. [Jiangsu New Medical College, Zhongyao Dachidian (Encyclopedia of Traditional Chinese Medicine), People's Publishing Company, Shanghai, pp. 1356-1357 (1986); Journal of the Arboretum 22, 197-505 (1941)]

## Glossary

1. Chi - The Chinese word for vital energy.
2. Standardization - Processing herbs to assure the percentage of the active ingredient that guarantees that each herbal combination will have the same potency from batch to batch.
3. Synergistic Formulation - Combine an herb with other specific herbs in such a way that the combined formula is more potent than the sum of the individual herbs.
4. Yin-Yang Theory - Philosophy taught in China for thousands



## User Guide

Each 2-oz. bottle contains approximately 60 servings.

### Dosage

1. Adults:  30 drops is equal to one serving (one dropper is
   30 drops; 1½ droppers is 45 drops and recommended
   for persons weighing 165 lbs. or over).

2. Children:  1 to 5 drops below age 5 years; 10 drops for
   ages 5 to 10 years; 20 drops for ages 10 to 18 years.

### Instructions

1. Therapeutic dosage may be taken up to 3-4 times a
   day.                    Maintenance/preventative dosage may
   be taken 1-2                      times a day.

2. It is suggested that formulas are taken between meals
         for quicker absorption.  Potency will be main-
   tained, how                ever, if taken with food.

3. You may combine up to four formulas in one cup.  If
   you have questions concerning your particular health
   concerns, or you wish assistance in developing an
   individualized health plan, please call our toll-free
   number:  1-800-965-1408, or visit our website:
   www.hebamedicine.com.

4. Well-balanced Chinese herbal formulas help and
   enhance the total function of nutrients and do not
   have
   contraindications to other supplements such as vita-
   mins.
       Herbal formulas should be taken 2 hours apart from
   medications to avoid interfering with the other's
   absorption.

5. Discontinue use of GreenPlus™ Tea, Spring™ Green
   Tea, CardioMax™ and Cureal™ 10 days prior to sur-
   gery.
       You may resume use 10 days after surgery.

### Shelf Life

   Opened - 1 year       Unopened - 3 years





We deliver individualized health programs, herbal concentrates and combinations in the highest organic potency.

VALUE US$3.50

Heba® Laboratories, LLC
www.hebalab.com

HEBA® LABORATORIES PRODUCT GUIDE

### HERBAL TEA CONCENTRATES

DentaSweet™ ......................................................... 8
• Non-glycemic, dental beneficial, sugar replacement*

GreenPlus™ Tea ..................................................... 8
• Antioxidants, concentrated catechins™, caffeine-free

Spring™ Green Tea ................................................. 9
• Enriched catechins and Theanine

GingerPlus™ Tea ................................................... 11
• Fights arthritis, warms extremities*

GinsengPlus™ Tea ................................................. 11
• Energizing ginseng combination tea, metabolizes blood sugar

### THERAPEUTIC HERBAL CONCENTRATES

**Alleraza™ Formula** ............................................. 12
• Quick-acting allergy formula*

**CardioMax™ Formula** .......................................... 12
• Supports cardiovascular system*

**Cureal™ Formula** .............................................. 13
• Controls Candida, parasites, inflammation, viruses and infections*

**LiverEnergy™ Formula** ........................................ 14
• Cleanses and protects liver cells*

**MetaGiza™ Formula** ........................................... 15
• Enhances cellular energy and digestive system

**VitaLusta™ Formula** .......................................... 15
• Improves kidney/vital energy*

**HebaSoy™ Formula** ............................................ 16
• Soy drink for men and women

**Echinacea (Dr. Zhou's Formula)** ............................. 16
• Immune booster with catechins

**MoodBalancer™ Formula** ...................................... 17
• Mood-enhancing formula

### COFFEE REPLACEMENT DRINKS

VitaCafe™ Concentrate ........................................... 17
• Brain protection, memory-boosting,* caffeine-free, coffee replacement

HornyCafe™ Concentrate ......................................... 18
• Libido-boosting, caffeine-free, coffee taste

User Guide ....................................................... 24

INDIVIDUALIZED HEALTH PROGRAMS
Contact Us



HEBA® LABORATORIES, LLC
At Industrial Park
460 Smith Street, Suite B2
Middletown, CT 06457
www.hebalab.com

Heba® Laboratories Delivers

Individualized Health Programs

Using a

Great-Tasting Line of

Herbal Concentrates

and Combinations

in The Highest Organic Potency



U.S. POSTAGE
PAID
EAST BERLIN,
CT
PERMIT NO. 85



HEBA® LABORATORIES, LLC
At Industrial Park
460 Smith Street, Suite B2
Middletown, CT 06457
www.hebalab.com