# Exhibit B

## Christina London - Heba Promotional Brochure

**From:** John Horvack <jhorvack@carmodylaw.com>
**To:** "Carrie Webb Olson (E-mail)" <colson@cl-law.com>
**Date:** 10/30/2002 10:29 AM
**Subject:** Heba Promotional Brochure
**CC:** "Barry Kramer (E-mail)" <bkramer@cl-law.com>

Carrie,

I received the most recent version of Heba's brochure.
Thank you for electing to use a different Lo Han picture.
I'm sending it to our clients for final approval.

Preliminarily, however, I note that the product pictures still appear to have a label background that is not light blue. They actually look like the background on Heba's current labels. We discussed how this may be a printing issue; however, before we approve the brochure, I'd like to see what the brochures will actually look like.

With respect to your voice message, I'm available to meet on Nov. 7th to discuss the outstanding issues. The morning is preferable, and New Haven may be the most convenient location for all involved.

John

This electronic message contains information from Carmody & Torrance LLP, or its attorneys which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at (203) 573-1200 or at the reply email address.
For more information about Carmody & Torrance, please go to:
http://www.carmodylaw.com