UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES, LLC, | ) |
| HERBAMEDICINE, LLC, and | ) |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) FEBRUARY 22, 2004 |

### Affidavit of Gina Bremer

I, Gina Bremer, being over the age of 18 and believing in the obligations of an oath hereby depose and say:

1. I am the Office Manager of Heba Laboratories LLC.

2. On February 2, 2005 I received a memorandum from Wendy Zhou directing me to seize all printed materials containing a particular photograph of Dr. Zhou and to direct the Web master of Heba's website to change the current photograph of Dr. Zhou as soon as possible.

3. That day, I seized all printed materials with the picture of Dr. Zhou and no further copies of printed materials containing this photograph are being distributed or will be distributed.

4. Dr. Zhou had a new picture taken and this picture replaced his old picture on the www.hebamedicine.com website by February 4, 2005.

STATE OF CONNECTICUT )
                     ) ss: MIDDLETOWN
COUNTY OF MIDDLESEX  )

_/s/ Gina Bremer_    Dated February 22, 2005
Gina Bremer

STATE OF CONNECTICUT)
                    ) ss: Cromwell
COUNTY OF Middlesex )

The foregoing instrument was subscribed and sworn to before me this 22 day of February, 2005.

*Herb Norwise*
Notary Public
~~Commissioner of the Superior Court~~
My commission expires: 11/30/2006