# Exhibit 1



- HOME
- PRODUCTS
- SEARCH
- WHAT'S NEW
- ABOUT US
- ABOUT DR. ZHOU
- LEARN MORE
- NEWSLETTER
- TESTIMONIALS
- BUSINESS OPPORTUNITY
- OEM/PRIVATE LABELING
- CONTACT US



Heba™ Laboratories LLC
At Industrial Park
460 Smith Street, B2
Middletown CT 06457 USA

Main: 1.860.635.6200
Toll free: 1.800.965.1408

herbs@hebamedicine.com

**Heba Laboratories delivers your choice of liquid vitamins, herbal tea concentrates and combinations of the highest organic potency.**

Whether you're shopping for a new herbal tea to drink or researching the many benefits of green tea or Traditional Chinese Medicine, HebaMedicine.com is your one-stop source for unleashing your own body's natural ability to heal and protect itself! To discover more about the power of CONCENTRATED herbal teas and health formulas click here...



Heba only selects well documented and historically proven herbs and nutrients for your daily health needs:

- **Increased Energy & Vitality**
- **Weight Loss**
- **Reduces risk of: Cancer, Heart Attack, Stroke, Diabetes, Heavy Metal Toxicity & more**
- **Boost Immune Functions to better combat Infections & Flus**
- **Help fight Aging, Dental decay, and more**
- **Ailment Specific herbal formulas**
- **Enhance, Protect, and Restore Vital functions of the body**
- **Preventative maintenace for Health and Longevity**

The Herb Master™
Select a Product:
Alleraza™  [Go]

Select ailment:
"Sugar" Management  [Go]

Send this link to a friend

>>> GO TO CHECKOUT

Dr. James Zhou, Ph.D.
Yale University Scientist (90 - 97)
Master Herbal Pharmacologist
Chairman of Scientific Advisory Board Heba Laboratories, LLC
drzhou@hebamedicine.com

**Heba™ Laboratories LLC**
At Industrial Park
460 Smith Street, B2
Middletown CT 06457 USA





Toll free: 1.800.965.1408
herbs@hebamedicine.com



Home | Disclaimer | Sitemap
Frequently Asked Questions | General Instructions | Money Back Guarantee

All content © 2005 Heba Laboratories LLC

### Selected list of US patents awarded to Dr. Zhou:
# 5939072, 1999 Herbal Composition and Method of Treating Viral Infection of Liver
# 5997875, 1999 Herbal Composition and Treatment Methods
# 6124442, 2000 Process for Extracting Lo Han Fruit (Magic Fruit) Sweetening Principles

# 6123947, 2000 Herbal Composition and Treatment Methods for Psoriasis

### Featured Products developed by Dr. Zhou:
Spring Green Tea™ Strawberry Flavor
Green Tea ORAC™ Strawberry Flavor
Hoodia Slim Tea™
HEBA-CAL™ Calcium Citrate Extra™
HEBA-CAL™ Magnesium Extra™
HebaDaily™
HEBA-CAL™ Coral Calcium Extra™
JOINTea™
HebaSoy™
Echinacea (Dr. Zhou's Formula)
Mood-Balancer™
Spring™ Green Tea
GinsengPlus Tea™
DentaSweet™
Cureal™
Metagiza™
GingerPlus Tea™
VitaLusta™
CardioMax™
HornyCafé™
Green Tea ORAC™
VitaCafé™
LiverEnergy™
Alleraza™