FILED

2005 JAN 31 P 12: 14

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))

Alan H. Nevas, USDJ

FILED 2005 FEB 25 P 3: 38
U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1382 (AHN) |
| v. | : | |
| HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE AND TECHNOLOGIES, LLC | : | |
| Defendants. | : | JANUARY 28, 2005 |

## MOTION FOR LEAVE TO AMEND

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff, **HerbaSway Laboratories, LLC**, respectfully moves for leave to file an Amended Complaint in the above-captioned matter. In accordance with Local Rule 9, a Memorandum of Law in support of this Motion is attached hereto as <u>Exhibit A</u>.

Wherefore, the plaintiff respectfully requests that the Court grant this Motion.

{W1342585}
CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200