LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopy is a true representation of the work entitled **PHOTOGRAPHS OF DR JAMES ZHOU** deposited in the Copyright Office with claim of copyright registered under **VA 1-285-956**.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited, the attached photocopy is the best possible electrostatic positive print available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 24, 2005.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
  Section
Information and Reference
  Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



VA 1-285-956

LIBRARY OF CONGRESS
JAN 0 7 2005
COPYRIGHT OFFICE



  

  
  
 
  

Case 3:02-cv-01382-AHN    Document 63-2    Filed 03/08/2005    Page 5 of 6

  
  
  
  

  
  
  
