








- HOME
- PRODUCTS
- SEARCH
- WHAT'S NEW
- ABOUT US
- ABOUT DR. ZHOU
- LEARN MORE
- NEWSLETTER
- TESTIMONIALS
- BUSINESS OPPORTUNITY
- OEM/PRIVATE LABELING
- CONTACT US



Heba™ Laboratories LLC
At Industrial Park
460 Smith Street, B2
Middletown CT 06457 USA

Main: 1.860.635.6200
Toll free: 1.800.965.1408

herbs@hebamedicine.com

| First Name: | | Last: | |
| Company: | | | |
| Address: | | | |
| City: | | State: | Zip: |
| Telephone: | | Fax: | |
| E-mail: | | | |
| Comments or Questions | | | |

Send    Clear

## About Dr. Zhou:



Yale University Scientist (90 - 97)
Master Herbal Pharmacologist
Chairman of Scientific Advisory
Board Heba Laboratories, LLC
drzhou@hebamedicine.com

Dr. James Zhou was born in China During Revolution, his father, who was a court ju murdered by the Red Guard. He and his t were smuggled out of the city and into th where he was raised being a little boy by Masters. From the first day in the mounta exposed to herbs and methods for combir the same time his training began in Kung Acupuncture and Acupressure. Finally he Qi Gong. Traditional Chinese Herbal Medic part of his training throughout his life.

At the age of 10 he began to receive, on a basis, a "normal" education. While attend was required to work in the fields, which I age of 15. At that time he was given the r running an entire farming community, rai rice, and various herbs. At 18, he earned opportunity to take a competitive examin college entrance. He passed, entered colle received a B.S. degree in Agriculture. He continued on and earned an M. Genetics. After receiving his Masters degree, he became director of a lab genetic research at Beijing University of Agriculture, a position he held fc

Circumventing the system in China, Dr. Zhou wrote directly to a number universities. He was accepted and given financial aid by Iowa State Univ be received a Ph.D. in Genetics and Biochemistry. After graduation, Dr. 2



**HealthEzines.com**
*Your Electronic Health Magazine*

A Monthly newsletter from HebaMedicine.com

Vol. 1, No. 1-2, June 2002

**W**elcome to our very first issue of HealthyEzines.com! For thousands of years, Herbal Medicine has enhanced people's lives. Herbs have helped literally billions of people to live longer, happier and healthier lives. Before there was *allopathic medicine, use of herbs was passed down from generation to generation, from masters to students. It taught not to cure, but to use the Taoist way of life. To utilize nature's own power of healing through balancing one's Yin and Yang. At the center of this self-healing...all-natural, organic herbs.

It is estimated that 70 % of the U.S. adult population uses dietary supplements including herbs (Chemical Market Report, August, 2001). However, there are still skeptics who do not believe in herbs because of "not understanding". HealthEzines.com has been created to educate consumers to understand the many benefits and properties of herbs, active ingredients and mode of actions.

I look forward to enlightening you about the healing power of Herbal Medicine and assisting you in helping to spread the word about this centuries old form of restoring one's health. Thank you.



Sincerely,

Dr James Zhou,
Yale University Scientist (90-97), Master Herbal Pharmacologist, Chairman of Scientific Advisory Board Heba Labs, LLC
drzhou@hebamedicine.com

*allopathic - A method of treating disease with remedies that produce effects different from those caused by the disease itself.

## Profile of the Month

Each month, HealthEzines.com will profile an herb that is featured in our product line. Usually, herbs are classified with a common name, Chinese Name, and latin name. We'll show you the relation between the names so you'll be as informed as possible about our life-saving herbal formulas. Look for our first herb profile next month!

**Profile of Dr. James Zhou**
Ever wondered just what are the credentials of Dr. Zhou? Take a fascinating look at the biography of America's foremost expert on Chinese Herbal Medicine! Log on to  HYPERLINK "http://www.hebamedicine.com/asps/biography.asp"
http://www.hebamedicine.com/asps/biography.asp (or type directly into your browser) to view Dr Zhou's Biography!

### eHerbal News

**Green Tea named Top 10 Foods in TIME!**

Did you see Green Tea in Time Magazine? Yup. Green tea was recently profiled as one of the top 10 best foods for your health!

Along with tomatoes, blueberries and salmon, green tea has been confirmed by "Western Medicine" to be chock-full of beneficial compounds, especially anti-oxidants called polyphenols. You can try finding the article yourself at Time.com or you can go directly to HYPERLINK "http://www.greenplustea.com/" www.GreenPlusTea.com and follow the link to the article.

Remember, what makes our GreenPlus Tea so unique is that it's a liquid concentrate...up to 15X the beneficial strength of green tea steeped in tea bags!

### Tea Therapy

**Drink Tea to Fight Disease**

Did you know that drinking a cup of tea may help you to battle cancer, heart diseases, stroke, weight problem, heavy metal problem, dental diseases, cholesterol, diabetes and more? However, you do need to drink a therapeutic dose in order to reach a therapeutic effect. Would you rather drink 10-15 cups of tea from tea bags or drink a concentrated herbal tea that has a guaranteed measurement of Oxidant Radical Absorption Capacity (ORAC unit) to assure 5,000 ORAC unit is delivered in the body for total protection? For more information on ORAC, click on to www.GreenPlusTea.com and click on the word " ORAC.

### Medicine Wisdom

**Prescription Drug Warning**

If you read a prescription, you may find many side effect warnings. As a matter of fact, you may not know the majority of prescribed medications may stress out your liver and kidneys. Longterm use of prescribed medications may cause irreversible side effects including liver damage or kidney damage. What should we do?

Choice #1: Take some preventative approaches to reduce the risk of diseases, therefore avoid taking prescribed medications.

Choice #2: Take liver cell-enhancing, and kidney-enhancing supplements, including herbs and herbal formulas.

Actually Choice 1 and 2 are essentially the same! Herbs and herbal formulas such as GreenPlus Tea and Liver Energy are both excellent preventative measures as well as cell-enhancing/re-energizing liver and kidney supplements. To learn more about these two products go to www.HebaMedicine.com and click on products.

## Online Courses

### Tea Therapy and Herbal Pharmacology

Have you ever wanted to know more about herbal medicine? Do you know that you can become a Certified Herbal Pharmacologist right from the comfort of your own home? Dr Zhou is now accepting applications for his PhD and Diploma courses in Herbal Pharmacology.

Amaze your friends and families with your mastery of the dynamic interaction between the combination of both Western Medical Practices and Eastern Medicine Philosophies. Upon completion of this home study course you'll be able to treat a myriad of ailments and help people safely and naturally through the principles of Herbal Medicine.

Keep checking HebaMedicine.com, as we will be posting more information in the coming days. If you would like more info immediately send an email to herbs@hebamedicine.com with subject: Online Course info. Look for sample course material each month right here at HealthEzines.com, your Electronic Health Newsletter!

## Business Opportunity

Looking for that perfect work-at-home career? Heba Labs has an exciting opportunity to earn a full-time income with part-time hours. We offer a Distributor program equaled by no other! High commissions, your own hours, free set-up of your Heba home office, and the satisfaction of spreading the word about Heba Labs' breakthrough herbal products are just some of the benefits awaiting you when you sign up! Depending on your own pace, you can work towards the following commission plans

**SD – Sales Director**
  Recruiting Commission: 5%
  Direct Sale Commission: 30%

**RD – Regional Director***
  Additional 3% bonus on all sales volume
  30% tuition support for Dr. Zhou's Herbal Pharmacology Course

**MD – Managing Director***
  Additional 5% bonus on all sales volume
  50% tuition support for Dr. Zhou's Herbal Pharmacology Course

  *Required sales volume applies

All Distributors receive 30% off retail and can resell at your own home Heba office!

Log on to http://www.healthezines.com/signup.php?list=bizopp to learn more about how you can start your own business with us! or call 800-965-1408 ask for Gina Bremer.

## eHerbal News

### Dr. Zhou's Health Radio

Dr. Zhou has been heard on various live radio programs and has made many recordings. Sign up for access to Dr Zhou's radio archive and listen to his recordings any time, day or night. (Note the archive is not open yet as Dr Zhou is just starting his new recordings.) In one of his first radio programs, he discussed a specially concentrated green tea that may help you fight stress, insomnia, depression, panic attacks, anxiety as well as the many other benefits of the most powerful antioxidant discovered in green tea leaves. Call or email herbs@hebamedicine.com if you would like to hear this new recording.

## Product Reviews

### Herbal and Other Health Products

Each month we will profile an herbal product new to the market. Some weeks they may be my own products from HebaMedicine.com or another herbal product from one of the many herbal companies out there. This week's profile is HebaGreen Tea from Dr. Zhou's Heba Labs. This is a concentrated liquid green tea extract that is very similar to GreenPlus Tea only with some additional ingredients to enhance the potency and strength. Just as GreenPlus Tea is pure green tea extract with incredible health properties, HebaGreen Tea has been enhanced with L-theanine that increases alpha-waves, which produce mental and physical relaxation to decrease stress and anxiety with positive alertness. HebaGreen Tea promotes relaxation, sound sleep, mental clarity and total body protection, and fights stress, insomnia, depression, panic attacks and anxiety.

- 15 X more potent than a regular tea bag
- 5,000+ ORAC guaranteed for DNA and cell protection
- Enriched Catechin and Theanine"!
- Better Taste

### Benefits of HebaGreen Tea"!

- Fights stress, insomnia, depression /panic attacks/anxiety.
- Promotes mental clarity and relaxation
- Reduces risk of cancer, heart attack, hypertension, stroke, and diabetes.
- Improves bone density
- Improves chemo efficacy while protecting healthy cells.
- Others: weight control, heavy metal toxicity, dental, infections, flu and more…
- 5,000+ ORAC daily guaranteed (1,000 ORAC per ropper/ serving).

Due to HebaGreen Tea's upgraded qualities you can purchase a 60-serving bottle for just $24.95. For more information, please visit www.hebagreentea.com.

• • • • • • • • • • • • • • • • • • • • • • • •

Welcome to our second newsletter! Last month we celebrated our inaugural Healthezine newsletter with great success! Our response was overwhelmingly positive as we embark on what we intend to be a one-stop newsletter for improving your health and even your wealth through the use of Traditional Chinese Herbs. We can't wait to see how this newsletter evolves with each passing month!

This month we are expanding our reach to the mass population with the beginning of several marketing pushes designed to get the word out about our incredible revolutionary herbal tea products. If knowledge truly is power, than knowing all you can about how to effectively maximize your health and longevity through the therapeutic usage of herbal tea combinations will pay many health dividends today, tomorrow, and many years from now!

Please visit www.hebamedicine.com to take advantage of our monthly specials, or call 800-965-1408 for promotional specials.

## Profile of the Month

This month's herb profile is: **Cordyceps sinensis**

Description - one of the most popular and precious longevity-promoting herbs due to its benefits such as adrenal gland strengthening, increase of sexual vitality, relief of bronchitis and emphysema, lowers blood pressure and improves blood circulation. Also beneficial for arthritis, lupus, and cancer sufferers.

HebaMedicine.com products that contain this herb are:
**Liver Energy**

## eHerbal News

### Green Tea named Top 10 Foods in TIME!

Regular green tea can't lower blood pressure because of its high content of caffeine and low content of L-theanine. A caffeine-free green tea may not aggregate high blood pressure but may not help with hypertension. How do we explain the historical claim that green tea lowers high blood pressure? Properties of green tea can vary if it is grown in various environments or is harvested at various times. Early spring tea is calm since it contains less caffeine and more L-theanine. A study published in Biosci Biotechnology and Biochem shows that L-theanine decreases high blood pressure. This study helps explain why early spring tea can help with high blood pressure, and summer tea or fall tea may not. Based on scientific discoveries and thousands of years green tea experience, Dr. Zhou has successfully formulated a special green tea concentrate, called **HebaGreen Tea**, that is made of the 1st tea leaves of the spring, grown in pollution-free mystic mountains where he grew up in China. **HebaGreen Tea** contains enriched L-theanine and highly concentrated anti-oxidants called polyphenol-catechins, and is caffeine-free. By the way, there is no such comparable green tea on the market.

**HebaGreen Tea** is the best choice for those suffering from hypertension. Here is a recent testimonial:

*Dear Dr. Zhou:*
*My mother has hypertension. She was taking fifteen milligrams of Plendil, a drug for high blood pressure. After using HebaGreen Tea three times a day for a week, her blood pressure dropped and she reduced her medication to seven and one half milligrams. Her blood pressure dropped again the second week, and she reduced her medication to two and one half milligrams.*

*Best of health,*

*Marcus from Pennsylvania*

## Tea Therapy

### A Muted Gene (DNA) May Double Your Chance of Getting Breast Cancer/CNN Health Report

According to a recent CNN.com Health report on Breast Cancer and other forms of Cancer, a mutated gene known as BRCA2 may play a role in elevating risks of cancer, especially Breast Cancer. See the article for yourself at:
www.cnn.com/HEALTH/cancer/9908/03/cancer.gene.risk/index.html

As a reminder of the importance of drinking anti-oxidant rich herbal tea (green tea), here is a reprint from last month's newsletter on the use of herbal tea combinations for therapeutic purposes.

Did you know that drinking a cup of tea may help you to battle cancer, heart diseases, stroke, weight problem, heavy metal problem, dental diseases, cholesterol, diabetes, and more? However, you do need to drink a therapeutic dose in order to reach a therapeutic effect. Would you rather drink 10-15 cups of tea from tea bags or drink a concentrated herbal tea that has a guaranteed measurement of Oxidant Radical Absorption Capacity (ORAC unit) to assure 5,000 ORAC units are delivered for total body protection? For more information on ORAC

## Online Courses

### Tea Therapy and Herbal Pharmacology

We have posted more detailed information about the Online Course registration at HealthEzines.com
at http://www.healthezines.com/signup.php?list=student

Keep checking HebaMedicine.com or HealthEzine.com, as we will be posting more information in the coming days. If you would like more info immediately, send an email to herbs@hebamedicine.com with the subject line: Online Course info.

Look for sample course material each month right here at HealthEzines.com, your Electronic Health Newsletter!

## Product Reviews

### HebaGreen Tea vs. GreenPlus Tea

Heba Labs offers you the choice of two concentrated green teas...GreenPlus Tea and HebaGreen Tea. Both liquid concentrates have many therapeutic benefits and are excellent for promoting overall health and longevity. However, in an effort to distinguish the main difference between the two—the L-theanine addition to HebaGreen Tea—we have designed a new web page for HebaGreen Tea to better educate you on the benefit of L-theanine. See for yourself at **www.HebaGreenTea.com**. Here's a preview of what the main differences are:

HebaGreen Tea is a concentrated liquid green tea extract that is very similar to GreenPlus Tea only with some additional ingredients to enhance the potency and strength. Just as GreenPlus Tea is pure green tea extract with incredible health properties, HebaGreen Tea has been enhanced with L-theanine to increase alpha-waves, which produce mental and physical relaxation to decrease stress and anxiety with positive alertness.

HebaGreen Tea promotes total DNA body protection in addition to relaxation, sound sleep, mental clarity, and fights stress, insomnia, depression, panic attacks and anxiety.

- 15X more potent than a regular tea bag
- 5,000+ ORAC guaranteed for DNA and cell protection
- Enriched Catechin and Theanine"!
- Better taste

PRSRT STD
U.S. POSTAGE
PAID
EAST BERLIN, CT
PERMIT NO. 85

HEBA LABORATORIES, LLC



At Industrial Park
460 Smith Street, Suite B2
Middletown, CT 06457
www.hebamedicine.com

## Medicine Wisdom

### Can a prescription drug cure a chronic disease?

**Some suggestions for those who are taking prescription drugs:**

Prescription drugs normally only cover the symptom of a disease. That is why you may need to take your medication forever. We are seeking healing, but not a "cure." There is no "cure" if your healing power has been destroyed. For example, if you rely on medication for your high blood pressure, you will have to take hypertension medication all the time. But, if you are working with your body balance and diet you may be able to reverse your rigid blood vessels, cleanse your arteries, and flow your blood easily without the symptoms of high blood pressure.

Introducing Dr. Zhou's Herbal Cardio Program that will help you to manage your heart function, cleanse your arteries, and reverse the elasticity of your blood vessels to battle high blood pressure naturally. This program consists of the following 3 proprietary herbal formulas:

**HebaGreen Tea    CardioMax    HebaSoy**

To learn more about these 3 products and the Hypertension Program log on to:

http://www.hebamedicine.com/asps/ailment.asp?ail=112

***Save additional 15% when you purchase the Hypertension Program, instead of buying products separately!***

## Business Opportunity

Looking for that perfect work-at-home career? Heba Labs has an exciting opportunity to earn a full-time income with part-time hours. We offer a Distributor program equaled by no other! High commissions, your own hours, free set-up of your Heba home office, and the satisfaction of spreading the word about Heba Labs' breakthrough herbal products are just some of the benefits awaiting you when you sign up! Distributors receive 30% off retail and can resell at your own home Heba office!

## Dr. Zhou's Health Ridao

Dr. Zhou has been heard on various live radio programs and has made many recordings. Sign up for access to Dr Zhou's radio archive and listen to his recordings any time, day or night. (Note: the archive is about to open.) In Dr Zhou's first radio program, he discussed a specially concentrated green tea that may help you fight high blood pressure stress, insomnia, depression, panic attacks, anxiety and ADD/ADHD, as well as providing the many other benefits of the most powerful antioxidant discovered in green tea leaves. Call or email herbs@hebamedicine.com if you would like to hear this new recording.

# Dr. Zhou's Upgraded Concentrated Green Tea

## GREENPLUS™ TEA



GREENPLUS™ TEA is the only caffeine-free, concentrated green tea on the market that provides you with measurable effects for total body protection; synergistically formulated by Dr. James Zhou, Yale University Scientist (1990-1997), based on ORAC value and the Principles of Chinese Medicine.

**New, Improved benefits of Dr. Zhou's Concentrated Green Tea:**

- GREENPLUS™ TEA is not only standardized by content of concentrated catechins, but also by assurance of ORAC.
- Concentrated Catechins™ (90%) and 5,000 ORAC+ Guaranteed for Total Body Protection!
- U.S. Government Patented Potency!
- Better Taste!
- Better Value!



**Benefits of GREENPLUS™ TEA:**

- Weight Loss
- Each 30 drop serving contains 1000 ORAC units*
- Reduces risk of cancer, heart attack, stroke, and diabetes.
- Helps with Aging, Heavy Metal Toxicity, Dental Decay, Infections, Flu, and more...
- Improves look of skin, hair, eyes
- Most powerful antioxidant

**ORAC** value is the most recent measurement for potency of antioxidants. ORAC stands for Oxygen Radical Absorption Capacity, which measures the power of an antioxidant in the human body. For instance, the average daily recommended (ADR) dosage of vitamin C offers only 20 ORAC units, while the ADR dosage of vitamin E offers only 40 ORAC units. GREENPLUS™ TEA can deliver more than 5,000 ORAC units daily and easily, which is 250X more than vitamin C and 125X more than vitamin E. It is scientifically reported that on average, each person needs 3,000 to 5,000 ORAC units for sufficient protection to reduce risk of cancer, heart attack, stroke, diabetes, high cholesterol, obesity, aging, and more...

Disclaimer: This information is provided for educational use only for our customers and is not to be reproduced or distributed to third parties. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.   *Independent laboratory test available upon specific request.

| Home | About Us | Order Now | Products | What's New | Contact Us | FAQ |

Dr. Zhou's Upgraded Concentrated Green Tea - GREENPLUS TEA™

**BUY 2 GET 1 FREE Special extended to February 15, 2002, due to overwhelming demand!! Click here to take advantage.**



**Dr. James H. Zhou, Ph.D.**
(President/CEO)
Heba Laboratories LLC
At Industrial Park
460 Smith Street, B2
Middletown, Connecticut, USA [1-800-965-1408]

Founder, formulator of HerbaSway & Heba™ Laboratories, LLC

**Your Herb Master**
Search by ailment name A-Z
-- select an ailment for help --

Search by product
-- select a product to order --

**Health Promotion & Prevention Programs**
Anti Aging Program
General Health
Man's Health
Woman's Health
Children' Health

**Shipping Rates**
$1 to $50 .........$5.90
$51 to $199 ......$7.90
$200 and up ......FREE

Express Shipping
UPS Next Day ...$22.95

**Usage Instructions**
**30 DAY SATISFACTION GUARANTEE**
Disclaimer

Dr Zhou was born in China During the Cultural Revolution, his father, who was a court judge, was murdered by the Red Guard. He and his two brothers were smuggled out of the city and into the mountains, where he was raised being a little boy by Chinese Taoist Masters. From the first day in the mountains, he was exposed to herbs and methods for combining herbs. At the same time his training began in Kung Fu, Tai Qi, Acupuncture and Acupressure. Finally he was trained in Qi Gong. Traditional Chinese Herbal Medicine has been a part of his training throughout his life.

At the age of 10 he began to receive, on a part-time basis, a "normal" education. While attending school, he was required to work in the fields, which he did until the age of 15. At that time he was given the responsibility of running an entire farming community, raising grains, rice, and various herbs. At 18, he earned the opportunity to take a competitive examination for college entrance. He passed, entered college and received a B.S. degree in Agriculture. He continued on and earned an M.S in Plant Genetics. After receiving his Masters degree, he became director of a laboratory in genetic research at Beijing University of Agriculture, a position he held for two years.

Circumventing the system in China, Dr. Zhou wrote directly to a number of American universities. He was accepted and given financial aid by Iowa State University, where he received a Ph.D. in Genetics and Biochemistry. After graduation, Dr. Zhou accepted a position as a National Institute of Health Fellow at Yale University; a position he held for two years. He was then appointed to a position as faculty member in the Pharmacology Department at the Yale University School of Medicine. His Yale research resulted in important advancements in cancer treatment and antiviral drug development.

Dr Zhou has lectured on various aspects of Traditional Chinese Medicine throughout the United States and European countries. He is a monthly contributor for Health Supplement Retailer Magazine, frequently interviewed by major

Heba Laboratories, LLC

At Industrial Park, 460 Smith Street, B2, Middletown, CT  06457



December, 2001

Dear Valued Customer:

Thank you for your order from Heba™ Laboratories. We deliver individualized health programs using herbal concentrates and combinations in the highest organic potency.

Dr. Zhou works on a daily basis to help you choose the right herbal combinations for your specific health needs and to assure you of the high quality of Heba™ Laboratories product line.

If you have any questions or concerns, you may contact Dr. Zhou directly by calling 1-800-965-1408 or visit our website at www.herbamedicine.com.

Dr. Zhou also lectures throughout the country. If you are interested in attending one of his lectures, you may call or email us at herbs@herbamedicine.com to add your name to the list.

We hope you take advantage of all our products and individualized services to naturally heal and protect your health, so you may live a healthier and happier life.

Sincerely,

*Heba Laboratories*


*Please call for details about our Preferred Customer Program.

Tel:  800-965-1408  Fax:  860-632-9503
www.herbamedicine.com   herbs@hebamedicine.com