## ASSIGNMENT OF COPYRIGHTS

This is an ASSIGNMENT, effective as of the 27th day of September, 2004, by and between Al Ferreira Photography, Ltd. having a place of business at 237 Naubuc Avenue, East Hartford, Connecticut 06118-3139 ("Assignor") and HerbaSway Laboratories, LLC, having a place of business at 101 North Plains Rd., Wallingford, Connecticut 06492 ("Assignee").

WHEREAS, Assignor is the owner of all rights, title and interest in and to the photographs attached on the accompanying Exhibit A (the "Works"), including but not limited to, all copyrights therein;

WHEREAS, Assignor represents and warrants that it has never transferred or licensed any rights in or to the Works to any party other than to Assignee, and Assignee has relied upon Assignor's representations and warrants as a condition to entering this Agreement; and

WHEREAS, Assignor wishes to assign to Assignee its entire right, title and interest in and to the Works, including but not limited to, all copyrights therein and any and all rights to sue and recover for past damages and infringements thereof.

NOW THEREFORE, for good and valuable consideration, the adequacy of which is hereby acknowledged, Assignor and Assignee hereby agree as follows:

1. Assignor hereby irrevocably sells, grants, conveys, assigns and sets over unto Assignee and its successors and assigns, for its own use and benefit, all of Assignor's rights, title and interest in and to the Works (as defined above), including any and all copyrights therein, including in and to any and all original terms, renewal terms and extensions thereof now or hereinafter in force and effect in the United States and any other countries, as well as any and all renewals and/or extensions of said copyrights that may be secured under the laws now or hereinafter in effect, including any and all rights including copyrights that may be hereinafter secured anywhere in the world, together with all claims of past infringement and actions related to the foregoing, including the right to sue for and collect all damages, profits, and other recoveries related thereto.

2. That Assignor will execute and deliver without further consideration any further assignments and documents, and to perform such other acts that Assignor may reasonably request to secure Assignor's interest as aforesaid and to obtain or maintain the rights being assigned herein in any and all countries.

3. In exchange, the Assignee shall pay $500.00 to the Assignee if the Assignee successfully recovers damages from Heba Laboratories, LLC for its infringement of the copyrights assigned herein.

{W1312231}                                                    1

IN WITNESS HEREOF Assignor does hereby execute this Assignment of Copyright on this 27th day of ~~August~~ September 2004.

Assignor: Al Ferreira Photography, Ltd.
By: _/s/ Joanne Ferreira_
Print Name: Joanne Ferreira
Title: President
Date: ~~9/24/04~~ 9/27/04

## NOTARY AFFIDAVIT FOR SIGNATURE OF ASSIGNOR

State of Connecticut )
                     ) ss: East Hartford
City/County of Hartford )

On this 27th day of ~~August~~ September 2004, personally appeared Joanne Ferreira, _____ of Al Ferreira Photography, Ltd., an individual to me known (or satisfactory identified), and acknowledged that (she)/he executed the foregoing Assignment of Copyright.

_/s/ Patricia Consalvo_
Notary Public

My Commission Expires:
2-28-06

PATRICIA CONSALVO
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2006

IN WITNESS HEREOF Assignee does hereby execute this Assignment of Copyright on this ___ day of November 2004.

Assignee:    HerbaSway Laboratories, LLC
By: _L.E. St. John_ (signature)
Print Name: Lorraine E. St. John
Title: Ex. V.P.
Date: 11/12/04

### NOTARY AFFIDAVIT FOR SIGNATURE OF ASSIGNEE

State of CT )
                ) ss: 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
City/County of New Haven )

On this 8 day of November 2004, personally appeared Lorraine E. St. John of HerbaSway Laboratories, LLC, an individual to me known (or satisfactory identified), and acknowledged that she/he executed the foregoing Assignment of Copyright.

                      _Barbara Butler Jakiela_ (signature)
                      Notary Public

My Commission Expires:

BARBARA BUTLER JAKIELA
Notary Public
My Commission Expires 3/31/2005

{W1312231}             3

## CERTIFICATE OF ACKNOWLEDGMENT

Pursuant to Title 17 of the United States Code, I, *Lorraine E. St. John*, of *Ex. V.P.* HerbaSway Laboratories, LLC, do hereby acknowledge acceptance of the above-conveyed copyrights on behalf of HerbaSway Laboratories, LLC, this __8__ day of November 2004.

By: *L.E.St.John*
Print Name: *Lorraine E. St. John*
Title: *Executive V.P.*
Date: *11/8/04*

## NOTARY AFFIDAVIT FOR CERTIFICATE OF ACKNOWLEDGMENT

State of  *CT*  )
                 )  ss: *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*
City/County of *New Haven* )

On this __8__ day of *November* 2004, personally appeared *Lorraine E. St. John*, to me known (or satisfactorily identified) to be the *Executive V.P.* of HerbaSway Laboratories, LLC, and acknowledged that he/she executed the foregoing Certificate of Acknowledgement on behalf of Assignee and pursuant to authority duly received.

[SEAL]                          *Barbara Butler Jakiela*
                                      Notary Public

My Commission Expires:


BARBARA BUTLER JAKIELA
Notary Public
My Commission Expires 3/31/2005

{W1312231}                                    4