## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1382 (AHN) |
| | : | |
| v. | : | |
| | : | |
| HEBA LABORATORIES, LLC | : | |
| HERBAMEDICINE, LLC, and | : | |
| HERBASCIENCE AND | : | |
| TECHNOLOGIES, LLC, | : | |
| | : | |
| Defendant. | : | March 9, 2005 |

## **APPEARANCE**

Please enter the appearance of the undersigned on behalf of

Herbasway Laboratories, LLC in the above-captioned matter.

>Respectfully submitted,
>
>THE PLAINTIFF,
>HERBASWAY LABORATORIES, LLC
>
>
>BY_____
>Giovanna Tiberii Weller
>Federal Bar No. ct11187
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT 06721-1110
>Phone: 203 573-1200
>Fax: 203 575-2600
>Email: gweller@carmodylaw.com

{W1289013;2}

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
Seth M. Wilson, Esq.
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT  06103-3495
Phone:  860 275-6700
Fax:  860 724-3397

Alexandra B. Stevens, Esq.
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
Phone: 203 324-1800
Fax: 203 323-6513

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
Phone: 203-407-4200
Fax: 203-407-4210

                        Giovanna Tiberii Weller
                        Carmody & Torrance LLP
                        50 Leavenworth Street
                        P.O. Box 1110
                        Waterbury, CT 06721-1110

3