UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 302CV1382 (AHN) |
| v. | : |
| HEBA LABORATORIES, LLC,<br>HERBAMEDICINE, LLC, and<br>HERBASCIENCE AND<br>TECHNOLOGIES, LLC | : |
| Defendants. : | MARCH 9, 2005 |

## CORRECTION TO PLAINTIFF'S
## REPLY BRIEF DATED MARCH 7, 2005

The plaintiff hereby files this document to correct one sentence in its Reply Brief dated March 7, 2005. Specifically, the first sentence in the first full paragraph found on page 8 of the Reply Brief should state:

> "The defendants have failed to put forth any such evidence, and upon information and belief, the defendants cannot put forth any such evidence because Ferreira was not aware of the defendants' illegal use of the Zhou photographs until May/June of 2004."

{W1352544}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY: _____
John R. Horvack, Jr.
Federal Bar No. ct12926
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: jhorvack@carmodylaw.com

{W1352544}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495
Phone: 860 275-6700
Fax: 860 724-3397

Alexandra B. Stevens, Esq.
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Phone: 203 324-1800
Fax: 203 323-6513

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200
Fax: 203-407-4210

_____
John R. Horvack, Jr.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

{W1352544}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200