UNITED STATES DISTRICT COURT         FILED

DISTRICT OF CONNECTICUT      2005 MAR 17  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v.  ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | March 16, 2005 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a thirty (30) day extension of time of the parties' discovery schedule as set forth in Plaintiff's Motion for Extension of Time dated February 10, 2005 [Entry # 56] and so ordered by this Court on February 15, 2005 [Entry # 57].

Defendants seek this extension, in which Plaintiff HerbaSway Laboratories, LLC ("Plaintiff") consents, for the following reasons:

1.  The need for additional time for discovery has become apparent through recent depositions taken by Defendants' counsel.

2.  Plaintiff intends to introduce a large number of witnesses purporting to allege confusion, some of which have not yet been identified and will require additional depositions.

3.  In addition, just within the last two weeks Plaintiff has disclosed several hundred more documents that also purport to support its claims of alleged confusion.

4.       The plaintiff has also recently moved to amend its complaint to add a new copyright claim which will require additional discovery if the motion to amend is granted. The parties continue to diligently pursue both fact and expert discovery in this matter.

This is the fourth request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: April 29, 2005 (current deadline is March 30, 2005);
- Dispositive Motions: May 30, 2005 (current deadline April 30, 2005).

WHEREFORE, Defendants respectfully requests that this Court grant this Consented to Motion for Extension of Time.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
SETH M. WILSON (CT 22171)
MARK D. GIARRATANA (CT 10410)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
smwilson@mccarter.com

SO ORDERED:

_____          _____
Date                                                             District Court Judge / Clerk of Court

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 16th day of March, 2005, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. DOTSON, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
SETH M. WILSON

HARTFORD: 635313.01