# United States District Court

## DISTRICT OF CONNECTICUT

HERBASWAY LABORATORIES, LLC
        Plaintiff

**APPEARANCE**

v.

HEBA LABORATORIES, LLC
HERBAMEDICINE, LLC, and
HERBASCIENCE and TECHNOLOGIES, LLC
        Defendants

CASE NUMBER: 3:02-CV-1382 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    HEBA LABORATORIES, LLC
    HERBAMEDICINE, LLC, and
    HERBASCIENCE and TECHNOLOGIES, LLC

March 21, 2005
*Date*

*Signature*

Eric W. Wiechmann
*Print Name*

CT 04331
*Bar number*

MCCARTER & ENGLISH, LLP
*Address*
CityPlace I
185 Asylum Street

(860) 724-3397
*Fax Number*

| City | State | Zip Code |
|---|---|---|
| Hartford | CT | 06103 |

ewiechmann@mccarter.com
*E-mail Address*

(860) 275-6700
*Phone Number*

-2-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE was sent via regular mail, postage prepaid, on this 21st day of March, 2005 to:

>JOHN R. HORVACK, JR., ESQ.
>FATIMA LAHNIN, ESQ.
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT  06721-1110
>
>KRISTA DOTSON O'BRIEN, ESQ.
>SHEILA J. HALL, ESQ.
>Gesmonde, Pietrosimone & Sgrignari, LLC
>3127 Whitney Avenue
>Hamden, CT  06518-2344

_____
Seth M. Wilson

HARTFORD: 635720.01