# Exhibit 1

biography                                                                                    Page 1 of 2

| Home | About Us | Order Now | Products | What's New | Contact Us | FAQ |

Dr. Zhou's Upgraded Concentrated Green Tea - GREENPLUS TEA™

**BUY 2 GET 1 FREE Special extended to February 15, 2002, due to overwhelming demand!!**
Click here to take advantage.

**Your Herb Master**

Search by ailment name A-Z
-- select an ailment for help --

Search by product
-- select a product to order --

Health Promotion &
Prevention Programs
Anti Aging Program
General Health
Man's Health
Woman's Health
Children' Health

**Shipping Rates**
$1 to $50 .........$5.90
$51to $199 ......$7.90
$200 and up .....FREE

Express Shipping
UPS Next Day ..$22.95

**Usage Instructions**
**30 DAY SATISFACTION GUARANTEE**
Disclaimer



**Dr. James H. Zhou, Ph.D.**
(President/CEO)
Heba Laboratories LLC
At Industrial Park
460 Smith Street, B2
Middletown, Connecticut, USA [1-800-965-1408]

Founder, formulator of HerbaSway & Heba™ Laboratories, LLC

Dr Zhou was born in China During the Cultural Revolution, his father, who was a court judge, was murdered by the Red Guard. He and his two brothers were smuggled out of the city and into the mountains, where he was raised being a little boy by Chinese Taoist Masters. From the first day in the mountains, he was exposed to herbs and methods for combining herbs. At the same time his training began in Kung Fu, Tai Qi, Acupuncture and Acupressure. Finally he was trained in Qi Gong. Traditional Chinese Herbal Medicine has been a part of his training throughout his life.

At the age of 10 he began to receive, on a part-time basis, a "normal" education. While attending school, he was required to work in the fields, which he did until the age of 15. At that time he was given the responsibility of running an entire farming community, raising grains, rice, and various herbs. At 18, he earned the opportunity to take a competitive examination for college entrance. He passed, entered college and received a B.S. degree in Agriculture. He continued on and earned an M.S in Plant Genetics. After receiving his Masters degree, he became director of a laboratory in genetic research at Beijing University of Agriculture, a position he held for two years.

Circumventing the system in China, Dr. Zhou wrote directly to a number of American universities. He was accepted and given financial aid by Iowa State University, where he received a Ph.D. in Genetics and Biochemistry. After graduation, Dr. Zhou accepted a position as a National Institute of Health Fellow at Yale University; a position he held for two years. He was then appointed to a position as faculty member in the Pharmacology Department at the Yale University School of Medicine. His Yale research resulted in important advancements in cancer treatment and antiviral drug development.

Dr Zhou has lectured on various aspects of Traditional Chinese Medicine throughout the United States and European countries. He is a monthly contributor for Health Supplement Retailer Magazine, frequently interviewed by major

http://www.hebamedicine.com/asps/biography.asp                                                  1/23/2002

# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-285-956**

**JAN 07 2005**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼

Photographs of Dr. James Zhou

NATURE OF THIS WORK ▼ See instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Photographs of Dr. James Zhou

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Al Ferreira Photography, Ltd

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed   1997   Year   In all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.   Month 8   Day 11   Year 1997
USA   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Herbasway Laboratories, LLC
101 North Plains Road
Wallingford, CT 06492

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of Copyright

APPLICATION RECEIVED
JAN 07 2005
ONE DEPOSIT RECEIVED
JAN 07 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

"Amended by C O , on authority of Arthur Schaier, per phone call on 1/12/05

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Arthur G  Schaier
Carmody & Torrance LLP
50 Leavenworth Street - P O  Box 1110
Waterbury, CT  06721-1110

Area code and daytime telephone number  (203) 575-2629    Fax number  (203) 575-2600
Email

b

**CERTIFICATION**  I the undersigned hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Herbasway Laboratories, LLC
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Arthur Schaier    Date  1/5/05

Handwritten signature (X) ▼
X _____

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Arthur G  Schaier, Carmody & Torrance LLP |
|---|---|
| | Number/Street/Apt ▼ 50 Leavenworth Street - P O  Box 1110 |
| | City/State/ZIP ▼ Waterbury, CT  06721-1110 |

**9**

17 U.S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper    U.S Government Printing Office 2003-496-605/60 029

# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*

FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REC -

VA 1-285-956



EFFECTIVE DATE OF REGISTRATION

JAN 07 2005

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __8__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707 3000

**DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY**

## A   IDENTIFICATION OF AUTHOR AND CLAIMANT
Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author __Al Ferreira__

Name of Copyright Claimant __Herbasway Laboratories, LLC__

## B   COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS
To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

**1** Title of Photograph __Photograph of Dr James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
Description of Photograph _____

**2** Title of Photograph __Photograph of Dr James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U S A__
Description of Photograph _____

**3** Title of Photograph __Photograph of Dr James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
Description of Photograph _____

**4** Title of Photograph __Photograph of Dr James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
Description of Photograph _____

**5** Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U S A__
Description of Photograph _____

**B**

**Number 6**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 7**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 8**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 9**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 10**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 11**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 12**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 13**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 14**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __U.S.A.__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 15**
Title of Photograph __Photograph of Dr. James Zhou__
Date of First Publication __8__ __11__ __1997__ Nation of First Publication __USA__
   (Month) (Day) (Year)
Description of Photograph _____ (Optional)

**C**

Certificate will be mailed in window envelope to this address:
Name ▼ _____
Number/Street/Apt ▼ _____
City/State/Zip ▼ _____

June 2002 — 20,000   Web June 2002   ● Printed on recycled paper

| Number | | |
|---|---|---|
| 16 | Title of Photograph: Photograph of Dr. James Zhou | B |
| | Date of First Publication: 8 (Month) 11 (Day) 1997 (Year)   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 17 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 18 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 19 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 20 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 21 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 22 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 23 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |
| 24 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: U.S.A. | |
| | Description of Photograph: | |
| 25 | Title of Photograph: Photograph of Dr. James Zhou | |
| | Date of First Publication: 8 / 11 / 1997   Nation of First Publication: USA | |
| | Description of Photograph: | |

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

C

| Number | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Title of Photograph | Photograph of Dr James Zhou | | | | **B** |
| | Date of First Publication | 8 (Month) | 11 (Day) | 1997 (Year) | Nation of First Publication USA | |
| | Description of Photograph | (Optional) | | | | |
| 27 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 28 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 29 | Title of Photograph | Photograph of Dr. James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 30 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 31 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 32 | Title of Photograph | Photograph of Dr. James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 33 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 34 | Title of Photograph | Photograph of Dr James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |
| 35 | Title of Photograph | Photograph of Dr. James Zhou | | | | |
| | Date of First Publication | 8 | 11 | 1997 | Nation of First Publication USA | |
| | Description of Photograph | | | | | |

Certificate will be mailed in window envelope to this address

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

**C**

| Number | | |
|---|---|---|
| 36 | Title of Photograph | Photograph of Dr. James Zhou |
| | Date of First Publication | 8 (Month) 11 (Day) 1997 (Year)  Nation of First Publication USA |
| | Description of Photograph (Optional) | |

| 37 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 38 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 39 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 40 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 41 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 42 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 43 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 44 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

| 45 | Title of Photograph | Photograph of Dr. James Zhou |
|---|---|---|
| | Date of First Publication | 8  11  1997  Nation of First Publication USA |
| | Description of Photograph | |

**B**

**C**

Certificate will be mailed in window envelope to this address

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

| Number | | | B |
|---|---|---|---|
| 46 | Title of Photograph | Photograph of Dr James Zhou | |
| | Date of First Publication | 8 (Month) 11 (Day) 1997 (Year) | Nation of First Publication USA |
| | Description of Photograph (Optional) | | |
| 47 | Title of Photograph | Photograph of Dr James Zhou | |
| | Date of First Publication | 8 11 1997 | Nation of First Publication USA |
| | Description of Photograph | | |
| 48 | Title of Photograph | Photograph of Dr James Zhou | |
| | Date of First Publication | 8 11 1997 | Nation of First Publication USA |
| | Description of Photograph | | |

[Remaining photograph entries (numbers, titles, dates, nations, descriptions) are blank.]

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Arthur G Schaier, Carmody & Torrance LLP

Number/Street/Apt ▼
50 Leavenworth Street - P O Box 1110

City/State/Zip ▼
Waterbury, CT 06721-1110

June 2002—20,000   Web June 2002   ⊕ Printed on recycled paper

# Whitney, Joy

**From:** Whitney, Joy
**Sent:** Monday, March 21, 2005 4:19 PM
**To:** 'Orstad, Scott'
**Subject:** RE: Trademark: DARIEN MEDICAL CENTER Reg. No. 2,237,184

excellent. Thank you!

*Joy Whitney*
*Paralegal*
*McCarter & English, LLP*
*CityPlace I*
*185 Asylum Street*
*Hartford, CT  06103*

*860.275.7020 (Phone)*
*860.560.5998 (Fax)*

>   -----Original Message-----
>   **From:** Orstad, Scott [mailto:SOrstad@stamhealth.org]
>   **Sent:** Monday, March 21, 2005 4:15 PM
>   **To:** Whitney, Joy
>   **Subject:** RE: Trademark: DARIEN MEDICAL CENTER Reg. No. 2,237,184
>
>   Joy,
>
>   I forwarded your request to our director of risk management to determine who the best contact is for you.
>
>>   -----Original Message-----
>>   **From:** Whitney, Joy [mailto:JWhitney@McCarter.com]
>>   **Sent:** Monday, March 21, 2005 3:25 PM
>>   **To:** sorstad@stamhealth.org
>>   **Subject:** Trademark: DARIEN MEDICAL CENTER Reg. No. 2,237,184
>>
>>   Hello Scott:
>>
>>   Per our telephone conversation earlier today, I am trying to locate the appropriate person at Stamford Health Resources, Inc., who would handle the legal affairs for the trademark, DARIEN MEDICAL CENTER (registered on 4/6/99) which has an affidavit of use coming due on April 6, 2005.
>>
>>   It appears from the file that the contacts we had at Stamford Health Resources, was either Janet Sledge Hawkins, Maura Carley or Patrick A. Colangelo.  Any help would be greatly appreciated.
>>
>>   Thank you,
>>
>>   *Joy Whitney*
>>   *Paralegal*

*McCarter & English, LLP*
*CityPlace I*
*185 Asylum Street*
*Hartford, CT 06103*

*860.275.7020 (Phone)*
*860.560.5998 (Fax)*

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

The information contained in this electronic mail transmittal is protected by law and is intended only for the use of the designated recipient(s) named above. If the reader of this transmission is not the intended recipient(s), you are notified that any disclosure, dissemination, distribution or duplication of its contents is strictly prohibited. If you have received this transmittal in error, please notify the sender by return e-mail and delete the transmittal immediately. Thank you.