UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HERBASWAY LABORATORIES, LLC,       :
                                                        :    CIVIL ACTION NO.
             Plaintiff,        :    302CV1382 (AHN)

v.

HEBA LABORATORIES, LLC
HERBAMEDICINE, LLC, and
HERBASCIENCE AND
  TECHNOLOGIES, LLC,

            Defendant.   :    March 25, 2005

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Herbasway Laboratories, LLC in the above-captioned matter.

        Respectfully submitted,

        THE PLAINTIFF,
        HERBASWAY LABORATORIES, LLC

BY _/s/ John F. Papandrea_
        John F. Papandrea, Jr.
        Federal Bar No. ct25623
        Carmody & Torrance LLP
        50 Leavenworth Street
        P.O. Box 1110
        Waterbury, CT 06721-1110
        Phone: 203 573-1200
        Fax: 203 575-2600
        Email: jpapandrea@carmodylaw.com

{W1354907}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
    Waterbury, CT 06721-1110
    Telephone: 203 573-1200

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
Seth M. Wilson, Esq.
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495
Phone: 860 275-6700
Fax: 860 724-3397

Alexandra B. Stevens, Esq.
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Phone: 203 324-1800
Fax: 203 323-6513

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
Phone: 203-407-4200
Fax: 203-407-4210

_____
John F. Papandrea, Jr.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110