UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES, LLC, | ) |
| HERBAMEDICINE, LLC, and | ) |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) APRIL 21, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a two month extension of time of the parties' discovery schedule as set forth in the Consented Motion for Extension of Time dated March 16, 2005 [Dkt. # 66] and so ordered by this Court on March 23, 2005.

Defendants seek this extension for the following reasons:

1.  The need for additional time for discovery has become apparent through recent depositions taken by Defendants' counsel and discussions between counsel for Plaintiff and Defendants.

2. Plaintiff has introduced a number of new witnesses purporting to allege confusion, some of which have not yet been fully identified pursuant to Federal Rule 26(a)(1)(A) and will require depositions.

3. Counsel for Plaintiff and Defendants have recently conferred pursuant to Local Rule 37(a)(2) concerning outstanding discovery disputes. Although the parties' counsel appear to have reached agreement on certain disputed discovery, they were unable to come to agreement on other disputes, thus necessitating that Defendants file a Motion to Compel with the Court. Defendants intend to file this Motion before the end of this month, and if the Motion is granted, further discovery and depositions may be necessary.

4. Plaintiff moved to amend its complaint on February 1, 2005 to add a new copyright claim [Dkt. # 55], to which Defendants' objected [Dkt. # 59]. Plaintiff's motion has not yet been ruled upon but if granted, will require additional discovery by the parties. The parties continue to diligently pursue both fact and expert discovery in this matter.

This is the fifth request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: June 30, 2005 (current deadline is April 29, 2005); and
- Dispositive Motions: July 31, 2005 (current deadline is May 30, 2005).

If the Court grants Defendants' request for an extension of time, Defendants respectfully suggest that the pretrial conference currently scheduled for April 28, 2005 before Judge Nevas [Dkt. #73] be postponed until after the close of discovery.

Plaintiff's counsel has been contacted regarding Defendants' request for an extension of time and does not consent.

WHEREFORE, Defendants respectfully request that this Court grant this Motion for Extension of Time.

                        THE DEFENDANTS,
                        HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
                        BY MCCARTER & ENGLISH, LLP
                        THEIR ATTORNEYS

By _/s/ Alexandra B. Stevens_____
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)
astevens@mccarter.com
        -and-
MARK D. GIARRATANA (CT 10410)
SETH M. WILSON (CT 22171)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

SO ORDERED:

_____                       _____
Date                                                District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 21st day of April, 2005, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. DOTSON O'BRIEN, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*Alexandra B. Stevens*
ALEXANDRA B. STEVENS

HARTFORD: 638225.01