UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC,<br><br>                              Plaintiff,<br>v.<br><br>HEBA LABORATORIES, LLC,<br>HERBAMEDICINE, LLC, and<br>HERBASCIENCE and TECHNOLOGIES, LLC,<br><br>                              Defendants. | )<br>)<br>) CIVIL ACTION NO. 3:02-CV-1382 (AHN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MAY 13, 2005 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 26, 34 and 37 and Local Rule 37, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") hereby move for an order (1) overruling Plaintiff's objections to the Defendants' First Set of Interrogatories and First Request for Production of Documents served by hand on November 18, 2003 ("Defendants' discovery requests); and (2) compelling complete identification and/or production of the documents responsive to Defendants' discovery requests.

Pursuant to Local Rule 37(a)(2), the undersigned certifies that he has conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court and has been unable to reach agreement.

Defendants submit the attached memorandum of law in support of their motion in accordance with Local Rules 7 and 37(a)(3). As further addressed in the accompanying memorandum of law, Defendants request that the Court order Plaintiff to undertake the following:

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

- Produce any responsive documents, including those kept in any type of electronic format, that relate to Plaintiff's customer-by-customer purchases from 1998 to the present; and

- Produce any responsive documents, including those kept in any type of electronic format, relating to all calculations of the average cost of a HerbaSway customer and average sales per customer from 1998 to the present.

WHEREFORE, Defendants respectfully request that this Court grant its Motion to Compel Discovery and compel Plaintiff to identify or produce all responsive documents in connection with Defendants' First Set of Interrogatories and First Request for the Production of Documents and Things.

THE DEFENDANTS,
HEBA LABORATORIES, LLC,
HERBAMEDICINE, LLC, and HERBASCIENCE
and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____[signature]_____
MARK D. GIARRATANA (CT 10410)
SETH M. WILSON (CT 22171)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
smwilson@mccarter.com
    -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)

-3-

ORDERED:

_____     _____
Date                                                           District Court Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' MOTION TO COMPEL DISCOVERY has been mailed, postage prepaid, this 13th day of May, 2005 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. DOTSON O'BRIEN, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
SETH M. WILSON

HARTFORD: 638388.01