UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| v. | : | 3:02-CV-1382 (AHN) |
| HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC, | : | |
| Defendants. | : | JANUARY 13, 2004 |

### PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, HerbaSway Laboratories, LLC ("HerbaSway") hereby responds to the following Definitions, Instructions, and Interrogatories contained in the Defendants' First Set of Interrogatories dated November 24, 2003, as follows:

### Definitions

1. In these interrogatories, the terms "document" and "documents" are used in the broadest extent permitted by Fed. R. Civ. P. 33, and shall include by way of illustration, but not by way of limitation, all forms of written, recorded, videotaped, computerized, or photographed

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

"EXHIBIT-B"

information, including reports, compilations, data, notebooks, letters, agreements, communications, including internal company communications, notes, correspondence, telegrams, memoranda, translations, summaries or records of telephone conversations, routing slips or memoranda, audibly reproducible recordings on tape, disks or the like, summaries or records of personal interviews and conversations, diaries, statistical notebooks of any character, ledgers, journals, invoices, shipping papers, purchase orders, specifications, instructions, manuals, motion or still pictures, minutes or records of conferences and meetings, lists of persons attending meetings or conferences, expressions or statements of policy, reports or summaries of interviews, reports or summaries of investigations, opinions or reports of consultants, reports of market surveys, opinions of counsel, records or summaries of negotiations, contracts and agreements including all modifications, drafts, memoranda, brochures, pamphlets, correspondence and any other documents relating to said contracts, advertisements, circulars, trade letters, press releases, drafts of any documents, revisions of drafts of any documents, and compilations of computer generated data, including any ancillary programming material.

"Document" or "documents" also include all nonidentical copies, such as those bearing marginal comments or other marks, postscripts, changes, amendments, addenda or other notations not present on the original

CARMODY & TORRANCE LLP
Attorneys at Law
{W1280973}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

2

document as initially written, typed, or otherwise prepared. Each such non-identical copy is to be considered and identified as a separate document. To the extent any "communication" as defined below was reduced to writing or other recordation, it is expressly included in the term "document." "Document" or "documents" also include all English translations of any responsive documents or portions thereof.

2. The term "person" or "persons" includes not only natural persons, but also, without limitation, firms, partnerships, associations, corporations, and other legal entities, and divisions, departments or other units thereof, and his, its, or their directors, officers, employees, and agents.

3. The term "communication" or "communications" shall include any document and any exchange or transfer of information between two or more persons, or between one or more persons and a file, whether written, oral, or in any other form, including communications by a meeting, conversation, conference, or telephone conversation.

4. When a document or thing which "refers" or "relates" to any given matter is requested, the request encompasses any document or thing, as the case may be, that discusses, embodies, contains, reflects, identifies, states, or concerns that matter, or that is in any way pertinent to that matter.

5. As used herein, "Plaintiff", "you". "yours", and "HerbaSway", or "HerbaSway Laboratories, LLC" means Plaintiff HerbaSway

Laboratories, LLC, any predecessor or successor in interest, and anyone acting or purporting to act on its behalf.

6. When used in reference to a person, the term "identify" means to state the person's full name and present or last known address, the profession or business in which the person is engaged, and, if applicable, each of the person's employers and title with respect to the period covered by the interrogatory and the dates of each such employment.

7. When used in reference to a document, "identify" means to state the title of each document with sufficient particularity to enable it to be identified; the date each document hears, or if undated, the date it was written; the date each document was executed, if different from the date it bears; the name of each person to whom the document is addressed, of each person who signed the document, and of each person who is a recipient of the document.

## Instructions

1. If any document identified in an answer to an interrogatory was, but is no longer, in your possession, custody or control, or was known to you but is no longer in existence, state what disposition was made of it or what became of it. No document requested to be produced herein should be destroyed or disposed of by virtue of a record retention program or for any

CARMODY & TORRANCE LLP
(W1280073)Law
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110     4
Waterbury, CT 06721-1110
Telephone: 203 573-1200

other reason.

2. If responsive information is not provided in response to an interrogatory, state the specific grounds for not responding in full, state the extent to which the interrogatory is being responded to, and respond to said interrogatory to the extent to which there is no objection.

3. If objection is taken to any of the following interrogatories, state the specific grounds for the objection and provide an answer to the extent there is no objection. If privilege is alleged as to information or materials, state the specific grounds for claiming privilege and respond to said request to the extent to which it is not objected, including the identification of all information or materials for which privilege is claimed.

4. In your response to these interrogatories, please restate the text of each interrogatory preceding your response thereto.

5. Each interrogatory is continuing in nature. Please supply timely answers or documents that are necessary to ensure the truthfulness and completeness of all of your answers.

6. Unless otherwise indicated, each interrogatory relates to the period from January of 1996 through the present date.

## GENERAL OBJECTIONS

1. HerbaSway objects to the "Definitions", "Instructions" and to these Interrogatories to the extent that they purport to impose upon HerbaSway any obligation beyond that required by the Federal Rules of Civil Procedure or the Local Rules for the District of Connecticut.

2. HerbaSway objects to the Defendants' Interrogatories to the extent that the Defendants seek information that is protected from disclosure by the attorney-client privilege and/or the work product doctrine.

3. HerbaSway objects to Defendants' Interrogatories to the extent that: (a) the Defendants seek to require HerbaSway to disclose documents and things beyond what is available to HerbaSway at present after conducting a reasonable search of its files; and/or (b) Defendants seek to impose on HerbaSway obligations beyond those set forth in the Federal Rules of Civil Procedure.

4. HerbaSway objects to these Interrogatories to the extent they seek the identification or production of "all" information or the like on grounds that such an Interrogatory is unduly burdensome and overly broad. Unless otherwise indicated, HerbaSway will produce relevant responsive documents or otherwise identify the responsive information which they are able to locate as a result of a reasonable search of HerbaSway's business records.

CARMODY & TORRANCE LLP
{W1280972}Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

6

5. HerbaSway objects to these Interrogatories to the extent that they seek information which is irrelevant to the subject matter of this proceeding and which is not reasonably calculated to lead to the discovery of admissible evidence.

6. To the extent that HerbaSway responds to these Interrogatories, such responses should not be construed as a representation or admission that the information provided in the response is relevant or admissible at trial.

7. HerbaSway objects to Defendants' Interrogatories to the extent they seek the disclosure of information, documents and things not in the possession, custody or control of HerbaSway, including but not limited to, parties not subject to this action.

8. HerbaSway objects to these Interrogatories to the extent they seek documents which are already within the possession and control of the Defendants.

9. The Responses contained herein reflect HerbaSway's present knowledge, information and belief, and may be subject to change or modification based on HerbaSway's further discovery, or on facts or circumstances that may come to HerbaSway's knowledge.

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
7

## Interrogatories

INTERROGATORY NO. 1:

Identify each instance or occasion of customer confusion or mistake involving the source, origin or sponsorship of goods sold by HerbaSway or Defendants of which HerbaSway is aware.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Subject to and without waiving these objections, HerbaSway will produce all non-privileged, responsive documents.

INTERROGATORY NO. 2:

Identify all lists of customers who have purchased HerbaSway's products.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Notwithstanding these objections, HerbaSway will fully comply with this Request subject to its general objections within a reasonable time following the Defendants' full compliance with the document requests served upon it.

INTERROGATORY NO. 3:

Identify all lists used by or on behalf of HerbaSway to solicit customers.

Response: HerbaSway incorporates its general Objections set forth

above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome.

INTERROGATORY NO. 4:

Identify all persons and entities who created, designed, worked on, or were consulted regarding the website www.herbasway.com.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Nothwithstanding these objections HerbaSway answers as follows:

1.  Joe Graley
    CyberUSA Network
    www.Cyberusa.net

2.  Sherpa Technologies, LLC
    312 Park Road
    Suite 206
    West Hartford, CT 06492

3.  TypeHouse Group
    65 N. Plains Industrial Rd. Unit 14
    Wallingford, CT 06492

INTERROGATORY NO. 5:

Identify all persons and entities who have been or now are responsible for marketing, advertising and promotion of HerbaSway's medicinal herbal products, including any copywriters who worked on such marketing, advertising, and promotional materials.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome.

Nothwithstanding these objections HerbaSway answers as follows:

1.  Dr. Franklin St. John
    HerbaSway Laboratories, LLC
    101 North Plains Industrial Rd. #3
    Wallingford, CT 06492-5835

2.  Lorraine St. John
    HerbaSway Laboratories, LLC
    101 North Plains Industrial Rd. #3
    Wallingford, CT 06492-5835

3.  Rhode van Gessel
    20 Main St.
    Essex, CT 06462

INTERROGATORY NO. 6:

Identify all instances in which HerbaSway utilized, utilizes, or plans to utilize any image or likeness of Dr. James Zhou.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Nothwithstanding these objections HerbaSway has produced non-privileged documents responsive to this document request.

INTERROGATORY NO. 7:

Identify each instance or occasion in which HerbaSway discussed Defendants, Defendants' products, and/or Dr. James Zhou with a customer or potential customer since February 2001.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1280973}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
10

INTERROGATORY NO. 8:

Identify by date and description any written materials used by HerbaSway or in its possession or control to which Dr. James Zhou contributed.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Nothwithstanding these objections HerbaSway has produced non-privileged documents responsive to this document request.

INTERROGATORY NO. 9:

Identify all patents by title and application or registration number to which HerbaSway claims it has any rights whatsoever, and for each such patent, state with specificity the nature of the rights and the basis for asserting such rights.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this interrogatory on the grounds that it is vague, unduly broad and burdensome. Subject to and without waiving these objections, HerbaSway will produce all non-privileged, responsive documents that have not already been produced in discovery in this case.

INTERROGATORY NO. 10:

Set forth HerbaSway's annual sales of "HerbaGreen" on a month-to-month basis, in terms of both dollar volume (specifying whether the figure is based on retail or wholesale prices) and in terms of number of units sold.

CARMODY & TORRANCE LLP
{W1280972}Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
11

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. HerbaSway further objects to this Interrogatory on the grounds that it is vague, unduly broad and burdensome. Subject to and without waiving these objections, HerbaSway will produce all non-privileged, responsive documents that have not already been produced in discovery in this case.

INTERROGATORY NO. 11:

Identify all persons who provided information and documents responsive to DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF HERBASWAYS LABORATORIES, LLC and DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF HERBASWAY LABORATORIES, both dated November 18, 2003.

Response: HerbaSway incorporates its general Objections set forth above as though fully set forth herein. Nothwithstanding these objections HerbaSway answers as follows:

1. Lorraine St. John
   HerbaSway Laboratories, LLC
   101 North Plains Industrial Rd. #3
   Wallingford, CT 06492-5835

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY _____
FATIMA LAHNIN
Federal Bar No. ct24096
JOHN R. HORVACK, JR.
Federal Bar No. ct12926
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
{W1280973}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

13

## VERIFICATION

This will certify that I have read the foregoing questions and responses, that I understand the same, and state that the responses are true and correct to the best of my knowledge and belief.

*L.E. St John* (signature)

HerbaSway Laboratories, LLC

By____Lorraine St. John____

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Mark D. Giarratana, Esq.
Cummings & Lockwood LLC
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495
Phone: 860 275-6700
Fax: 860 724-3397

Alexandra B. Stevens, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Phone: 203 327-1700
Fax: 203 351-4535

*Fatima L.*
Fatima Lahnin
John R. Horvack, Jr.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

CARMODY & TORRANCE LLP
{W1280972} Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
14