UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 21 P 3: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

HERBASWAY LABS., LLC             :

  v.                             :   CASE NO 3:02CV1382(AHN)

HEBA LABS., LLC, ET AL.          :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

___ All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.).

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv).

_X_ A ruling on the following motions which are currently pending (orefm.): <u>Plaintiff's Motion to Compel Discovery [Doc. # 76]</u>

___ A settlement conference (orefmisc./cnf):

___ A conference to discuss the following (orefmisc./cnf):

___ Other (orefmisc./misc):

SO ORDERED this 20th day of June, 2005, at Bridgeport, Connecticut.

                                    _____
                                    Alan H. Nevas
                                    United States District Judge