UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | July 21, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a further extension of time of the parties' discovery schedule as set forth in the Motion for Extension of Time dated June 21, 2005 [Dkt. # 79] and so ordered by this Court on June 23, 2005 [Dkt. #82]. Plaintiff's counsel has consented to his motion.

Defendants seek this extension for the following reasons:

1. The need for additional time for discovery has become apparent through recent depositions taken by Defendants' counsel and discussions between counsel for Plaintiff and Defendants.

2.      Plaintiff has introduced a number of new witnesses purporting to allege confusion, some of which have not yet been fully identified pursuant to Federal Rule 26(a)(1)(A) and will require depositions.

3.      Counsel for Plaintiff and Defendants have recently conferred pursuant to Local Rule 37(a)(2) concerning outstanding discovery disputes. Although the parties' counsel appear to have reached agreement on certain disputed discovery, they were unable to come to agreement on other disputes, thus necessitating that Defendants file a Motion to Compel with the Court which is currently pending. If the Motion is granted, further discovery and depositions may be necessary.

4.      Plaintiff moved to amend its complaint on February 1, 2005 to add a new copyright claim [Dkt. # 55], to which Defendants' objected [Dkt. # 59]. Plaintiff's motion if granted, will require additional discovery by the parties. The parties continue to diligently pursue both fact and expert discovery in this matter.

This is the sixth request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: September 16, 2005 (current deadline is July 31, 2005); and
- Dispositive Motions: October 17, 2005 (current deadline is August 31, 2005).

Plaintiff's counsel has been contacted regarding Defendants' request for an extension of time and has consented.

WHEREFORE, Defendants respectfully request that this Court grant this Consented To Motion for Extension of Time.

>THE DEFENDANTS,
>HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
>BY MCCARTER & ENGLISH, LLP
>THEIR ATTORNEYS
>
>By _____
>MARK D. GIARRATANA (CT 10410)
>SETH M. WILSON (CT 22171)
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103
>(860) 275-6700
>(860) 724-3397 (fax)
>
>-and-
>ALEXANDRA B. STEVENS (CT 20300)
>Four Stamford Plaza
>107 Elm Street
>Stamford, CT 06902
>(203) 324-1800
>(203) 323-6513 (fax)
>astevens@mccarter.com

SO ORDERED:

_____        _____
Date                                                                 District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 21st day of July, 2005, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
JOHN F. PAPANDREA, ESQ.
GIOVANNA T. WELLER, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. DOTSON O'BRIEN, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
SETH M. WILSON, ESQ.

HARTFORD: 644863.01

4