# F

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**

Photograph of Dr. James Zhou

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

---

## 2
**NAME OF AUTHOR ▼**

**a** Al Ferreifa Photography, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for
hire" check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

## 3
**a** Year in Which Creation of This Work Was Completed
1997
Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  8   Day  11   Year  1997
_____ U.S.A. _____
Nation

---

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Herbasway Laboratories, LLC
101 North Plains Road
Wallingford, CT  06492

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of Copyright

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Arthur G. Schaier
Carmody & Torrance LLP
50 Leavenworth Street – P.O. Box 1110
Waterbury, CT  06721-1110

Area code and daytime telephone number   (203)575-2629          Fax number   (203) 575-2600

Email

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Herbasway Laboratories, LLC
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ARTHUR SCHAIER                                          Date  1/5/05

Handwritten signature (X) ▼

x  Arth. Schaier

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Arthur G. Schaier, Carmody & Torrance LLP | **9** |
|---|---|---|
| | Number/Street/Apt ▼<br>50 Leavenworth Street – P.O. Box 1110 | |
| | City/State/ZIP ▼<br>Waterbury, CT  06721-1110 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                                          U.S. Government Printing Office: 2003-496-605/60,029







THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**LAW OFFICES**
CARMODY & TORRANCE LLP
50 LEAVENWORTH ST
WATERBURY, CT 06708

166772

DATE
January 04, 2005

PAY     **Thirty & 00/100**

AMOUNT
**30.00**

REGISTER OF COPYRIGHTS

TO THE
ORDER
OF:

VOID IF NOT CASHED WITHIN 1 YEAR
TWO SIGNATURES REQUIRED FOR AMOUNTS
EXCEEDING $5,000.00

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈166772⑈ ⑆211170101⑆10 00088 16496⑈

**LAW OFFICES**
01/04/2005 Check Number 166772 Check Amount **30.00**
REGISTER OF COPYRIGHTS

166772

| Voucher Date | Vendor ID | Voucher# | Voucher Description | Voucher Amt |
|---|---|---|---|---|
| 1/4/2005 | | | COPYRIGHT APPLICATIONS | |

# G

| **Home** | **About Us** | **Order Now** | **Products** | **What's New** | **Contact Us** | **FAQ** |
|---|---|---|---|---|---|---|

**Heba Medicine**
THE HERB MASTER

Protect & Restore your liver with patented Liver Energy™!

**BUY 2 GET 1 FREE Special extended to July 31, 2002, due to overwhelming demand!!**
**Order below to take advantage.**

**Product Detail**

🛒 CART/CHECKOUT

**Sign up for FREE Green Tea Research Literature**

**As Seen in TIME Magazine!**
Green Tea is one of the 10 Best Foods for Your Health! See for yourself at
http://www.time.com/cover/greentea

*HebaGreen*™ **Tea** - All the benefits of our *GreenPlus*™ *Tea* enriched with **L-theanine**: a powerful, rejuvenating, and health-promoting amino acid for fighting Stress, Anxiety, Panic Attacks, Depression and High Blood Pressure (hypertension)!

**Features:**
15 X more potent strength than a regular tea bag
5,000 ORAC+ guaranteed for DNA and cell protection
Enriched with 80% Catechins and 20% Theanine™
Better Taste



**Order now!**
**60 servings per bottle.**

Your Herb Master
Search by ailment name A-Z
-- select an ailment for help -- ▾
Search by product
-- select a product to order--- ▾

Health Promotion & Prevention Programs
Anti Aging Program
General Health
Man's Health
Woman's Health
Children' Health

**Benefits of Concentrated Green Tea:**

- Weight Loss
- Boost Immune Function
- Fight Infections & Flu
- Reduces risk of Cancer, Heart Attack, Stroke, Diabetes, and Heavy Metal Toxicity
- Fights Aging including skin ailments and dental decay
- Most Powerful Anti-Oxidant on the market at 5000 ORAC daily value
- Cleanses arteries by preventing fat and cholesterol buildup.

**Benefits of *HebaGreen*™ Tea enhanced with L-theanine:**

All of the above health benefits PLUS...

- Fights stress
- Lowers blood pressure (hypertension)
- Promotes relaxation, mental clarity
- Diminishes anxiety

**Shipping Rates**

$1 to $50 .........$5.90
$51to $199 .......$7.90
$200 and up ......FREE

Express Shipping
UPS Next Day ...$22.95

**Usage Instructions**
**30 DAY SATISFACTION GUARANTEE**
**Disclaimer**

- Improves sleep
- Eliminates symptoms of PMS
- Increases learning ability, concentration, & performance
- Improves chemo efficacy while protecting healthy cells
    - Enhances therapeutic efficacy of chemo agent (doxorubicin)
    - Decreases bone marrow toxicity caused by chemo agent (idarubicin)
- Takes effect within 30 minutes after consumption
- No known cautions or drug interactions

**More about *HebaGreen*™ Tea:**

People have been drinking green tea for more than 10,000 years. Caffeine free, *HebaGreen*™ Tea is concentrated using early-spring organic tea leaves from a monastery in the mystic West Mountain in Southern China. *HebaGreen*™ Tea has enriched catechins (80%) and L-theanine (20%), which is 15X more than the contents of a regular tealeaf.

**Consumer Alert!! Green tea differs in various brands and quality!!** A low grade of green tea can be as cheap as a dollar per pound, while precious green tea can cost as much as a few hundred dollars per pound. It is difficult for consumers to identify a good cup of green tea. *HebaGreen*™ Tea stands out from the crowd by assuring you of the highest quality tealeaves anywhere!

**The POWER of Green Tea Anti-Oxidants combined with L-theanine:**

Scientific evidence supports the finding that the benefits of green tea depend on the right amount of catechins and the balance of L-theanine with caffeine. Most tea bags found in supermarkets are low priced and use low-grade tealeaves that contain a very little amount of L-theanine (less than 1%) and a high amount of caffeine (more than 3%). L-theanine is a unique free form amino acid that is found only in tea plants and certain mushrooms. It perfectly compliments green tea's many health benefits by increasing your alpha waves...the mechanism, which produces mental and physical relaxation to decrease stress and anxiety.

For free information on scientific **studies** about green tea, catechins, and L-theanine, send an Email to



Heba™ liquid herbal concentrates use only organic, handpicked herbs from the mountains of China.

Right now you can get a **60 serving** bottle for as low as $~~29.95~~ **$24.95**. That's less than **.42** cents per cup!

Take advantage of our **BUY 2 GET 1 FREE** Special and Save up to $35.

That's less than .42 cents a serving to ensure your body's optimal health and longevity!! **HebaGreen**™ Tea is health insurance the way nature intended!

**Throw Away Those Tea Bags!**

Just 1 serving of *HebaGreen*™ Tea is up to 15X stronger than green tea brewed using tea bags!

**And without the caffeine!**

It has been scientifically documented that much of the benefits of green tea are lost when leaves or tea bags are used to brew a regular cup of green tea. In addition, bleached tea bags, which are more widely used in the US, may actually have dioxin contamination. Dioxins are known to be cancer causing. *HebaGreen*™ Tea has made the use of tea bags obsolete!

***HebaGreen*™ Tea**

herbs@hebamedicine.com or call Toll Free 800-965-1408.

**Natures own Health Insurance!**

The powerful combination of L-theanine with concentrated polyphel-catechin has resulted in a health product designed to truly maximize your health and longevity naturally and safely:

## *HebaGreen*™ Tea!

Order Now!

Enjoy it hot or cold, "on the rocks" or from the stove!

30 day Risk Free Money Back Guarantee!

Limited Time Offer Extended: **BUY 2 GET 1 FREE!!**

Multiple quantities accepted!

## Maximize Your Health and Longevity with Great Tasting *HebaGreen*™ Tea!

| Product Name | Size | Quantity | Price |
|---|---|---|---|
| HebaGreen Tea™ | 2 oz. bottle (60 servings) | 1 | 24.95 |

Add to Basket

To take advantage of our Buy 2 get 1 Free special, type 3 in the quantity field.
Multiple specials may be purchased by typing in the total number of bottles you
wish to receive, i.e., type 9 in the quantity field to take advantage of a Buy 6 get 3
Free special

*These statements have not been evaluated by the FDA. These products
are not intended to diagnose, treat,
cure or prevent any disease.

  

Home | About Us | Order | Products | News | Contact Us | Faq

Copyright © 2001. HebaMedicine, LLC.

# H

