FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 OCT 17 P 2: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 302CV1382 (AHN) |
| v. | : |
| HEBA LABORATORIES, LLC,<br>HERBAMEDICINE, LLC, and<br>HERBASCIENCE AND<br>TECHNOLOGIES, LLC | : |
| Defendants. | : OCTOBER 14, 2005 |

### JURY DEMAND

The plaintiff, HerbaSway Laboratories, LLC, requests a trial by jury of any issue so triable as of right pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY _____
FATIMA LAHNIN
Federal Bar No. ct24096
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                        Post Office Box 1110
                                                  Waterbury, CT 06721-1110
                                                  Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Seth M. Wilson
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

Fatima Lahnin