UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | OCTOBER 24, 2005 |

## JURY DEMAND

Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience & Technologies, LLC request a trial by jury of any issue so triable as of right pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC,
        HERBAMEDICINE, LLC, and HERBASCIENCE
        and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By /s/ Alexandra B. Stevens
        ALEXANDRA B. STEVENS (CT 20300)
        Four Stamford Plaza
        107 Elm Street
        Stamford, CT 06902
        (203) 324-1800
        (203) 323-6513 (fax)
        astevens@mccarter.com
        -and-

-2-

>MARK D. GIARRATANA (CT 10410)
>SETH M. WILSON (CT 22171)
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103
>(860) 275-6700
>(860) 724-3397 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing JURY DEMAND has been mailed, postage prepaid, this 24th day of October, 2005 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
GIOVANNA T. WELLER, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. DOTSON O'BRIEN, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

/s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS