FILED

2005 NOV -8  P 12: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02CV1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, HERBASCIENCE | ) | |
| AND TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 4, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Seth M. Wilson, hereby moves to withdraw his appearance filed on behalf of Defendants Heba Laboratories, LLC, Herbamedicine, LLC, Herbascience and Technologies, LLC ("Defendants"), in the above-captioned matter. Effective as of the close of business on Friday, November 4, 2005, the undersigned will be separating from McCarter & English, LLP, which law firm will continue to represent Defendants, through Attorney Mark D. Giarratana, a principal of that firm, and Attorney Alexandra B. Stevens, an associate of that firm who have entered appearances in this matter. As indicated in the attached certification, the undersigned has sent a copy of this motion to Defendants.

WHEREFORE, the undersigned moves that his Appearance be withdrawn.

        Respectfully submitted,

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC, HERBAMEDICINE,
        LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By _____
    SETH M. WILSON
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103
    (860) 275-7008
    (860) 249-2542 (fax)
    swilson@mccarter.com
        -and-
    MARK D. GIARRATANA (CT 10410)
    SETH M. WILSON (CT 22171)
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103
    (860) 275-6700
    (860) 724-3397 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was mailed, postage prepaid, this 4th day of November 2005 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. DOTSON O'BRIEN, ESQ.
SHEILA J. HANLEY, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
SETH M. WILSON

ME1\5325557