FILED

2005 NOV 14 P 12: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | NOVEMBER 10, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a five (5) week extension of time of the parties' discovery schedule as set forth in Defendants' Consented Motion for Extension of Time dated September 20, 2005 [Dkt. #92] and so ordered by this Court on September 22, 2005.

Defendants seek this extension for the following reasons:

1. The Court granted Plaintiff HerbaSway Laboratories, LLC's ("HerbaSway") Motion to Amend the Complaint, dated January 31, 2005 [Dkt. # 55], on September 28, 2005 [Dkt. #94], necessitating additional discovery concerning HerbaSway's new copyright claim.

2. The Court granted Defendants' Motion to Compel, dated May 16, 2005 [Dkt. 76], on November 7, 2005, requiring HerbaSway to produce additional documents.

3. Attorney Seth Wilson of McCarter & English LLP and Attorney John Papandrea of Carmody & Torrance both recently resigned from their respective firms, necessitating that new attorneys complete the remaining discovery.

4. It has been difficult to schedule the remaining depositions due to the schedules of counsel and the remaining witnesses. The parties took a deposition on November 9, are scheduled to take another deposition on November 17, and are in the process of scheduling the remaining four depositions.

The parties continue to diligently pursue both fact and expert discovery in this matter. This is the seventh request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: December 23, 2005 (current deadline is November 18, 2005);
- Dispositive Motions: January 23, 2006 (current deadline December 17, 2005).

Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel indicated that he did not have client authorization to consent to another extension.

2

WHEREFORE, Defendants respectfully request that this Court grant this Motion for Extension of Time.

>THE DEFENDANTS,
>HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
>BY MCCARTER & ENGLISH, LLP
>THEIR ATTORNEYS
>
>By /s/ Alexandra B. Stevens
>MARK D. GIARRATANA (CT 10410)
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103
>(860) 275-6700
>(860) 724-3397 (fax)
>          -and-
>ALEXANDRA B. STEVENS (CT 20300)
>Four Stamford Plaza
>107 Elm Street
>Stamford, CT 06902
>(203) 324-1800
>(203) 323-6513 (fax)
>astevens@mccarter.com

SO ORDERED:

_____        _____
Date                                                                      District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 10th day of November, 2005, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*Alexandra B. Stevens*
ALEXANDRA B. STEVENS

ME1\5328483.1