UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | DECEMBER 22, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1,

Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and

Technologies, LLC ("Defendants") respectfully request an extension of time of the parties'

discovery schedule as set forth in Defendants' Consented Motion for Extension of Time dated

November 10, 2005 [Dkt. # 103] and so ordered by this Court on November 21, 2005.

Defendants seek this extension for the following reasons:

1.     The Court granted Defendants' Motion to Compel, dated May 16, 2005

[Dkt. # 76], on November 7, 2005, requiring HerbaSway to produce additional documents.

Counsel for HerbaSway indicated that he is mailing these documents to counsel for Defendants

today and Defendants will need time to review these documents and determine whether they

comply with Magistrate Judge Fitzsimmons' November 7, 2005 Order.

2.      Due to witness schedules, the parties have been unable to finish depositions. There are two remaining depositions. One is scheduled for January 5, 2005. The other is not yet scheduled, although Plaintiff's counsel just today provided Defendants' counsel with the witness' available dates in January.

Defendants continue to diligently pursue both fact and expert discovery in this matter. This is the eighth request for an extension of the discovery deadlines filed by Defendants. The requested extensions and current deadlines are set forth below:

- Discovery: January 31, 2006 (current deadline is December 23, 2005);
- Dispositive Motions: February 28, 2006 (current deadline January 23, 2006).

Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel has indicated that Plaintiff will only agree to Defendants' request so long as it is limited to the following discovery: the depositions of the remaining two witnesses, responding to Defendants' pending Fifth Sets of Interrogatories and Document Requests, and any issues involving Magistrate Judge Fitzsimmons' November 7, 2005 Order.

Defendants request no limitation on discovery in connection with the requested extension of time because they have not yet seen the documents Plaintiff is producing today and cannot anticipate what discovery may be necessitated by those documents or the two remaining depositions scheduled for January.

WHEREFORE, Defendants respectfully request that this Court grant this Motion

for Extension of Time.


THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS


By _____
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 324-1800
(203) 323-6513 (fax)
astevens@mccarter.com
       -and-
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)


SO ORDERED:

_____          _____


3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF

TIME has been mailed, postage prepaid, this 22nd day of December, 2005, to:


JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344


ALEXANDRA B. STEVENS

ME1\5394395.1