UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC,           ) | |
|                                        ) | |
|                            Plaintiff,  ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v.                                     ) | |
|                                        ) | |
| HEBA LABORATORIES, LLC,                ) | |
| HERBAMEDICINE, LLC, and                ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, )   | |
|                                        ) | |
|                           Defendants.  ) | FEBRUARY 13, 2006 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request an extension of time of fifteen (15) days in connection with the parties' dispositive motion schedule as set forth in Defendants' Consented Motion for Extension of Time dated December 22, 2005 [Dkt. # 106] and so ordered by this Court on January 4, 2006 [Dkt. # 107]. Defendants seek this extension of time due to pre-existing commitments of Defendants' counsel which cannot be extended or rescheduled.

This is the first request for an extension of the dispositive motion deadlines filed by Defendants. The requested extension and current deadline is set forth below:

- Dispositive Motions: March 15, 2006 (current deadline February 28, 2006).

Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel has indicated that Plaintiff consents to Defendants' request.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Extension of Time.

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC, HERBAMEDICINE,
        LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By _____
    ALEXANDRA B. STEVENS (CT 20300)
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT  06902
    (203) 324-1800
    (203) 323-6513 (fax)
    astevens@mccarter.com
        -and-
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)

SO ORDERED:

_____          _____
Date                                                         District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 13th day of February, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*/s/ Alexandra B. Stevens*
ALEXANDRA B. STEVENS