# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| HerbaSway Laboratories, LLC<br>*Plaintiff* | : : : : | |
| v. | : | Case No. 3:02-cv-1382 (AHN) |
| Heba Laboratories, LLC<br>*Defendant* | : : : | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☐ A ruling on the following motions which are currently pending:
Doc#

☒ A settlement conference

☐ A conference to discuss the following:

☐ Other:

SO ORDERED this 1st day of March, 2006 at Bridgeport, Connecticut.

_____/s/_____
Alan H. Nevas
United States District Court Judge