UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HEBA LABORATORIES, LLC, )<br>HERBAMEDICINE, LLC, and )<br>HERBASCIENCE and TECHNOLOGIES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN)<br><br><br><br><br><br><br><br>MARCH 2, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request an extension of time of three (3) weeks after the termination of settlement discussions to file dispositive motions.

As set forth in the Court's Order of February 17, 2006 [Dkt. # 111], dispositive motions are currently due on March 15, 2006. In response to the letter to the Court from Defendants' Counsel dated February 28, 2006, the Court contacted Defendants' Counsel and stated that this matter would be referred to Magistrate Judge Fitzsimmons for a settlement conference. Defendants therefore request an extension of time for the filing of dispositive motions until after the settlement conference is held in order to give the parties time to explore settlement before incurring the significant expense of filing and responding to dispositive motions. Defendants request an extension of time until three weeks after the termination of the referral for the parties to file their dispositive motions.

This is the second request for an extension of the dispositive motion deadlines filed by Defendants.

      Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel has indicated that Plaintiff does not consent to Defendants' request for an extension of time because Plaintiff does not consent to the Court's referral.

      WHEREFORE, Defendants respectfully request that this Court grant their Motion for Extension of Time and permit the parties to file dispositive motions within three weeks after the termination of the referral for settlement discussions.

                THE DEFENDANTS,
                HEBA LABORATORIES, LLC, HERBAMEDICINE,
                LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
                BY MCCARTER & ENGLISH, LLP
                THEIR ATTORNEYS

                By _____
                ALEXANDRA B. STEVENS (CT 20300)
                Four Stamford Plaza
                107 Elm Street
                Stamford, CT 06902
                (203) 324-1800
                (203) 323-6513 (fax)
                astevens@mccarter.com
                    -and-
                MARK D. GIARRATANA (CT 10410)
                ERIC E. GRONDAHL (CT 08988)
                CityPlace I
                185 Asylum Street
                Hartford, CT 06103
                (860) 275-6700
                (860) 724-3397 (fax)

SO ORDERED:

_____        _____

Date                              District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 2nd day of March, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*Alexandra B. Stevens*
ALEXANDRA B. STEVENS