UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES, LLC, | ) |
| HERBAMEDICINE, LLC, and | ) |
| HERBASCIENCE and THNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) APRIL 20, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request to an extension of time up to and until August 1, 2006 to file dispositive motions.

As set forth in the Court's Order of March 9, 2006 [Dkt. # 114], dispositive motions are currently due on June 1, 2006 or three weeks after the termination of settlement discussions, whichever is sooner. On March 1, 2006, the Court referred this case to Magistrate Judge Fitzsimmons for a settlement conference [Dkt. # 112]. Magistrate Judge Fitzsimmons issued an order scheduling the settlement conference for April 3, 2006 [Dkt. # 115]. However, Plaintiff's representatives were unavailable to attend a conference on that date. After

consultation with counsel for the parties, the settlement conference was rescheduled for June 21, 2006 [Dkt. # 116]. Defendants therefore request an extension of time until August 1, 2006 for the filing of dispositive motions until after the settlement conference is held on June 21, 2006 in order to give the parties time to explore settlement before incurring the significant expense of filing and responding to dispositive motions.

This is the third request for an extension of the dispositive motion deadlines filed by Defendants.

Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel has indicated that Plaintiff does not consent to Defendants' request. Plaintiff's counsel stated that Plaintiff only consents to an extension of time to July 1, 2006 to file dispositive motions.

However, Plaintiff's position would provide the parties with approximately one week to prepare and file their dispositive motions if the settlement conference is not successful. This short time period would leave Defendants with no choice but to undertake a substantial amount of this work and incur significant expense in advance of participating in the settlement conference. Defendant therefore believes that an extension of time to August 1, 2006 to file dispositive motions is appropriate in light of the June 21 date for the settlement conference.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Extension of Time and provide the parties with an extension of time to file dispositive motions up to and until August 1, 2006.

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS (CT 20300)
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
(203) 399-5900
(203) 399-5800 (fax)
astevens@mccarter.com
    -and-
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

SO ORDERED:

_____       _____
Date                                          District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 20th day of April, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

ME1\5573340.1