UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES, LLC, | ) |
| HERBAMEDICINE, LLC, and | ) |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) JULY 25, 2006 |

### MOTION FOR STAY OF PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 7 and Connecticut Local Rule 7, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request a stay of proceedings be entered in the above-captioned case.

Defendants seek a stay due to Defendant Heba Laboratories, LLC's June 5, 2006 filing of a petition for bankruptcy under Chapter 7 of the Bankruptcy Code in New Haven, Connecticut (Case Number 3-06-BK-30809-ASD). Although discovery is closed in the above-captioned case, dispositive motions are due on August 1, 2006 pursuant to an order issued by this Court on April 26, 2006 [Dkt. # 118]. In light of the pending bankruptcy case, Defendants request that the instant action be stayed. In the event that this Court grants Defendants' request

**ORAL ARGUMENT NOT REQUESTED**

for a stay and the stay is subsequently lifted, Defendants request that dispositive motions be due six weeks from the date the stay is lifted.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Stay of Proceedings and stay the proceedings in this case based on Defendant Heba Laboratories' bankruptcy petition.

>THE DEFENDANTS,
>HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
>BY MCCARTER & ENGLISH, LLP
>THEIR ATTORNEYS
>
>By /s/ Alexandra B. Stevens
>ALEXANDRA B. STEVENS (CT 20300)
>Financial Centre, Suite A304
>695 East Main Street
>Stamford, CT  06901-2138
>(203) 399-5900
>(203) 399-5800 (fax)
>astevens@mccarter.com
>        -and-
>MARK D. GIARRATANA (CT 10410)
>ERIC E. GRONDAHL (CT 08988)
>CityPlace I
>185 Asylum Street
>Hartford, CT  06103
>(860) 275-6700
>(860) 724-3397 (fax)

SO ORDERED:

_____          _____
Date                                District Court Judge / Clerk of Court

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR STAY OF PROCEEDINGS has been mailed, postage prepaid, this 25th day of July, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS