UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 302CV1382 (AHN) |
| | : |
| v. | : |
| | : |
| HEBA LABORATORIES, LLC, | : |
| HERBAMEDICINE, LLC, and | : |
| HERBASCIENCE AND | : |
| TECHNOLOGIES, LLC | : |
| | : |
| Defendants. | : September 21, 2006 |

### NOTICE OF ORDER GRANTING
### MOTION FOR RELIEF FROM STAY

The plaintiff, HerbaSway Laboratories, LLC ("HerbaSway"), hereby provides notice that on September 20, 2006, the United States Bankruptcy Court for the District of Connecticut granted HerbaSway relief from the stay imposed by Section 362(a) of the Bankruptcy Code, for the purpose of seeking recovery against the debtor, Heba Laboratories, LLC, to the extent that any insurance proceeds are available for the losses claimed by HerbaSway.

HerbaSway further provides notice that The Hartford Fire Insurance Company intervened in the bankruptcy proceeding, opposed HerbaSway's Motion for Relief from Stay, and further that the Court (Dabrowski, J.) granted HerbaSway's Motion for Relief from Stay after consideration of the intervenor's

opposition. A copy of the Court's Order is attached hereto and incorporated herein.

                            THE PLAINTIFF,
                            HERBASWAY LABORATORIES, LLC

BY_____
                            JOHN R. HORVACK, JR. (ct12926)
                            FATIMA LAHNIN (ct24096)
                            Carmody & Torrance LLP
                            50 Leavenworth Street
                            P.O. Box 1110
                            Waterbury, CT 06721-1110
                            Phone: 203 573-1200
                            Fax: 203 575-2600
                            Email: jhorvack@carmodylaw.com
                            Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

{W1456063}2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

John R. Horvack, Jr.

{W1456063}3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

------------------------------------------------------------x
IN RE:                                          :      Chapter 7
                                                :      Case No. 06-30809 (ASD)
HEBA LABORATORIES, LLC                          :
                                                :
   Debtor                                       :
                                                :      Re Doc. I.D. No. 11
------------------------------------------------------------x

### ORDER GRANTING MOTION FOR RELIEF
### FROM STAY, FILED BY HERBASWAY LABORATORIES, LLC

WHEREAS, the movant, Herbasway Laboratories, LLC has, pursuant to Bankruptcy Rules 4001 and 9013, moved for an Order that the stay imposed by Section 362(a) of the Bankruptcy Code be modified to permit the movant to continue its prosecution of certain actions that it has filed against the Debtor in both the Federal District Court for the District of Connecticut, titled Herbasway Laboratories, LLC v. Heba Laboratories, LLC, et al, bearing Civil Action Number 3:02-CV-1382 (AHN) ("the Federal Court Action") and on the Complex Litigation Docket of the Superior Court for the Judicial District of Hartford at Hartford, consisting of two consolidated cases titled Herbasway Laboratories, LLC v. Zhou, et al, bearing Docket Number X 03 CV 01-4022119 S, and Zhou v. Herbasway Laboratories, LLC, et al, bearing Docket Number X 03 CV 01-4022128 S (known collectively as "the State Court Action"), for the purpose of seeking recovery against the Debtor to the extent that insurance proceeds, if any, are available for the losses alleged by the movant; and

WHEREAS, the Court, having found that notice of such motion was duly provided to all parties entitled to such notice; and

WHEREAS, following a hearing on such motion at which all parties in interest were given the opportunity to appear and be heard thereon.

IT IS HEREBY ORDERED:

The movant's motion is granted, and the automatic stay of Section 362(a) is modified to permit the movant to continue its prosecution of both the Federal Court Action and the State Court Action, provided that, until further Order of this Court, the movant's recovery against the Debtor, to the extent that recovery may be had, be restricted to proceeds of certain insurance policies of the Debtor, that are available for the types of losses alleged by the movant in said actions, if any.[1]

Dated: September 20, 2006

BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge

---

[1] The order granting the lifting of the automatic stay for the purposes described above shall have no preclusive effect on the right of any of the debtor's insurers to assert the non-applicability of insurance coverage for the types of losses alleged by the movant. Specifically, Hartford Fire Insurance Company's reservation of rights with respect to the availability of insurance coverage for the claims asserted by the movant against the debtor, to the extent that such a reservation has been asserted, shall remain intact, and the movant's ability to seek satisfaction of any claims from Hartford Fire Insurance Company shall be contingent upon the movant and/or the debtor's first establishing that coverage for any such claims exists.

2