UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES, LLC, | ) | |
| HERBAMEDICINE, LLC, and | ) | |
| HERBASCIENCE and THNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | OCTOBER 23, 2006 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1,
Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and
Technologies, LLC ("Defendants") respectfully request to an extension of time of one week, up
to and until November 8, 2006, to file dispositive motions.

As set forth in the Court's Order of July 27, 2006 [Dkt. # 121], dispositive
motions are currently due six weeks after the stay in this case is lifted.  On September 20, 2006,
the Bankruptcy Court lifted the stay [Dkt. # 122, Ex. 1].  Therefore, dispositive motions are
currently due on November 1, 2006.

Defendants request the extension due to a conflict with a hearing in another
federal court case in California which was recently rescheduled by the court to take place on
October 30, 2006, and in order to have enough time to properly prepare dispositive motions in

this case.  This is the fourth request for an extension of the dispositive motion deadlines filed by Defendants.

Counsel for Defendants contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff's counsel consented to the extension of time.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Consented to Motion for Extension of Time and provide the parties with an extension of time of one week to file dispositive motions, up to and until November 8, 2006.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
ALEXANDRA B. STEVENS (CT 20300)
Financial Centre, Suite A304
695 East Main Street
Stamford, CT  06901-2138
(203) 399-5900
(203) 399-5800 (fax)
astevens@mccarter.com
        -and-
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)

SO ORDERED:

_____          _____
Date                               District Court Judge / Clerk of Court

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR

EXTENSION OF TIME has been mailed, postage prepaid, this 23rd day of October, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

4                                              MEI\5918290.1