UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| | ) |
| HEBA LABORATORIES, LLC, | ) |
| HERBAMEDICINE, LLC, and | ) |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) NOVEMBER 8, 2006 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b) and Connecticut Local Rule 56, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") hereby file this Motion for Summary Judgment as to Counts I, II, III, IV, and V of Plaintiff HerbaSway Laboratories, LLC's Amended Complaint [Dkt. # 95].

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Summary Judgment.

        THE DEFENDANTS,
        HEBA LABORATORIES, LLC, HERBAMEDICINE,
        LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
        BY MCCARTER & ENGLISH, LLP
        THEIR ATTORNEYS

        By _/s/_____
        MARK D. GIARRATANA (CT 10410)
        ERIC E. GRONDAHL (CT 08988)
        CityPlace I
        185 Asylum Street
        Hartford, CT 06103
        (860) 275-6700
        (860) 724-3397 (fax)
        -and-

**ORAL ARGUMENT REQUESTED**

                                ALEXANDRA B. STEVENS (CT 20300)
                                Financial Centre, Suite A304
                                695 East Main Street
                                Stamford, CT  06901-2138
                                (203) 399-5900
                                (203) 399-5800 (fax)
                                astevens@mccarter.com

SO ORDERED:

_____                _____
Date                                                    District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT has been mailed, postage prepaid, this 8th day of November, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*Alexandra B. Stevens*
ALEXANDRA B. STEVENS