UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES, LLC, | ) | |
| HERBAMEDICINE, LLC, and | ) | |
| HERBASCIENCE and THNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 8, 2006 |

## DECLARATION OF JOY WHITNEY PURSUANT TO F.R.C.P. § 6(e)

JOY WHITNEY hereby declares as follows:

1.      I am a Paralegal at the law firm of McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, 06103.

2.      I am over the age of eighteen, believe in the obligations of an oath, and have personal knowledge of the facts stated herein.

*3.*      I have been assisting in the defense and prosecution of the following case on behalf of Heba Laboratories: *HerbaSway Laboratories, LLC v. Heba Laboratories, LLC, et al. 3:02-CV-1382 (D. Conn. 2002).*

4.      In connection with this case, I conducted a search on the internet for the following terms and phrases: "herbal", "herba", "green", "dietary", "nutritional", "supplement", "tea", "green". In connection with my search on the internet, I found a number of products using these terms and phrases in the fields of nutritional supplements and teas.



2006 NOV -8 P 5: 05

5.      Attached to this Declaration as **Ex. 1** are true and accurate copies of information regarding third party products containing the word "green" in connection with green tea or green tea extract products, which I found in my internet search, including the following products: Tegreen 97, Green Tea-Go, Green Tea Max, Instagreen Tea, Liquid Green Tea Herbal Energy Concentrate, Chi Green Tea liquid concentrate extract, GreenTx, Pure Inventions Green Tea, and Traditional Medicinals Organic Green Tea with Ginger.

6.      Attached to this Declaration as **Ex. 2** are true and accurate copies of information regarding third party products containing the terms "herb", "herba", or "herbal" in connection with dietary and nutritional supplements and tea, which I found in my internet search, including the following products:  Herba-Heal, Herba-Lax, USA Herba, Herba Raja, HerbaFem, HerbaVite, Herbamax, HerbaVite-X, HerbaFem 50+, HerbaTein, HerbaLife, HerbaFlex, Herba Tussin, Herb Cal, Herbasaurs, Active Herbal, Herba-Jizer, Herba-Lymph, Herbal Actives, and Herbal Slumber.

7.      Attached to this Declaration as **Ex. 3** is a true and accurate copy of U.S. Trademark Registration No. 2667326 for HEBA, as obtained from the electronic records of the U.S. patent and Trademark Office.

8.      Attached to this Declaration as **Ex. 4** is a true and accurate copy of U.S. Trademark Registration No. 2376958 for HERBAGREEN, as obtained from the electronic records of the U.S. patent and Trademark Office.

9.      Attached to this Declaration as **Ex. 5** is a true and accurate copy of the product literature regarding HerbaSway's green tea extract product as available on HerbaSway's web site at http://www.herbasway.com/product_info.php?cPath=21&products_id=34.

10.     Attached to this Declaration as **Ex. 6** is a true and accurate copy of the dictionary definition of the word "herb" as accessed through the web site www.miriamwebster.com.

11.     Attached to this Declaration as **Ex. 7** is a true and accurate copy of the dictionary definition of the word "herbal" as accessed through the web site www.miriamwebster.com.

12.     Attached to this Declaration as **Ex. 8** is a true and accurate copy of the dictionary definition of the word "green" as accessed through the web site www.miriamwebster.com.

13.     Attached to this Declaration as **Ex. 9** is a true and accurate copy of the dictionary definition of the word "green tea" as accessed through the web site www.miriamwebster.com.

14.     Attached to this Declaration as **Ex. 10** is a true and accurate copy of selected excerpts from the January 8, 2004, Deposition of Dr. James Zhou.  **(CONFIDENTIAL)**

15.     Attached to this Declaration as **Ex. 11** is a true and accurate copy of selected excerpts from the June 25, 2004, Deposition of  Franklin St. John.  **(CONFIDENTIAL)**

16.     Attached to this Declaration as **Ex. 12** is a true and accurate copy of selected excerpts from the November 29, 2004, Deposition of Jonathan Selzer, Ph.D.
**(CONFIDENTIAL)**

17.     Attached to this Declaration as **Ex. 13** is a true and accurate copy of selected excerpts from the February 5 , 2004, Deposition of Calvin Liu.

18.    Attached to this Declaration as **Ex. 14** is a true and accurate copy of selected excerpts from the December 15, 2004, Deposition of Rhode Van Gessel.  **(CONFIDENTIAL)**

19.    Attached to this Declaration as **Ex. 15** is a true and accurate copy of the Declaration of Dr. James Zhou dated, November 7, 2006.

20.    Attached to this Declaration as **Ex. 16** is a true and accurate copy of the Operating Agreement of Herbswy Laboratories, LLC., dated, June 10, 1996.

21.    Attached to this Declaration as **Ex. 17** is a true and accurate copy of the December 30, 1996 Agreement between Dr. James Zhou, Franklin St. John and Lorraine St. John.

22.    Attached to this Declaration as **Ex. 18** is a true and accurate copy of a document produced by Defendants, bearing Bates No. Heba Labs-843. **(CONFIDENTIAL)**

23.    Attached to this Declaration as **Ex. 19** is a true and accurate copy of a document produced by Defendants, bearing Bates No. Heba Labs-816. **(CONFIDENTIAL)**

24.    Attached to this Declaration as **Ex. 20** is a true and accurate copy of Exhibit 18 produced in connection with the 30(b)(6) Deposition dated, June 25, 2004. **(CONFIDENTIAL)**

25.    Attached to this Declaration as **Ex. 21** is a true and accurate copy of Exhibit 2 produced in connection with the Deposition of Patrick Bremmer dated, December 30, 2003.

26.    Attached to this Declaration as **Ex. 22** is a true and accurate copy of documents produced by Defendants, bearing Bates Nos. Heba Labs-1387 to Heba Labs-1460. **(CONFIDENTIAL)**

27.     Attached to this Declaration as **Ex. 23** is a true and accurate copy of a picture of a HerbaSway product label.

28.     Attached to this Declaration as **Ex. 24** is a true and accurate copy of various pictures of Heba Laboratories product labels.

29.     Attached to this Declaration as **Ex. 25** is a true and accurate copy of Exhibit 6 produced in connection with the 30(b)(6) Deposition dated, June 25, 2004.

30.     Attached to this Declaration as **Ex. 26** is a true and accurate copy of Exhibit 2, 8 and 14 produced in connection with the 30(b)(6) Deposition dated, June 25, 2004.

**(CONFIDENTIAL)**

31.     Attached to this Declaration as **Ex. 27** is a true and accurate copy of Exhibit 1 produced in connection with the 30(b)(6) Deposition dated, June 25, 2004.

32.     Attached to this Declaration as **Ex. 28** is a true and accurate copy of the Copyright Certificate of Registration, Exhibit 21, produced in connection with the Deposition of Lorraine St. John dated, March 11, 2005.

33.     Attached to this Declaration as **Ex. 29** is a true and accurate copy of the Educational Brochure, Exhibit 12, produced in connection with the the 30(b)(6) Deposition dated, June 25, 2004.

34.     Attached to this Declaration as **Ex. 30** are a true and accurate copies of product literature showing the product labels of nutritional products made by Oleda.

I declare that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and, further, that these statements were made with the knowledge that willful false statements and the like are punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

_11-5-06_
Date

_Joy Whitney_
Joy Whitney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DECLARATION OF JOY

WHITNEY PURSUANT TO F.R.C.P. § 6(e) has been mailed, postage prepaid, this 8th day of

November, 2006 to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS