UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) |
| HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC, | ) |
| Defendants. | ) NOVEMBER 14, 2006 |

## MOTION FOR LEAVE TO FILE CORRECTED SUMMARY JUDGMENT PAPERS

Defendants Heba Laboratories, LLC, Herbamedicine, LLC and Herbascience and Technologies, LLC (collectively, "the Defendants") submit this Motion for Leave to File the Corrected Summary Judgment Papers submitted herewith. Defendants submitted their summary judgment papers on November 8, 2006, the deadline for submission of summary judgment motions in this case. In the course of reviewing the papers following their submission, counsel found some citations to evidence were incorrect or inadvertently omitted from the papers. Counsel also determined that some of the cases in the Table of Authorities were listed incorrectly. The corrected Memorandum of Law has been revised only to correct these errors or omissions. The case citations and text of the arguments in the Memorandum of Law are unchanged.

A Supplemental Declaration of Joy Whitney has been filed herewith to provide pages of deposition transcript which were cited in the original Memorandum of Law but had not been included with the exhibits as filed and to correctly identify confidential and non-confidential information. A corrected Statement of Material Facts with the correct evidentiary

cites is also submitted herewith. Finally, a revised Notice of Documents Filed under seal is enclosed to reflect the correct confidentiality designations.

WHEREFORE, Defendants Heba Laboratories, LLC, Herbamedicine, LLC and Herbascience and Technologies, LLC hereby request that the Court grant their Motion for Leave to File the Corrected Summary Judgment Papers.

> THE DEFENDANTS,
> HEBA LABORATORIES, LLC, HERBAMEDICINE,
> LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
> BY MCCARTER & ENGLISH, LLP
> THEIR ATTORNEYS
>
> By _/s/ Alexandra B. Stevens_
> MARK D. GIARRATANA (CT 10410)
> ERIC E. GRONDAHL (CT 08988)
> CityPlace I
> 185 Asylum Street
> Hartford, CT 06103
> (860) 275-6700
> (860) 724-3397 (fax)
>         -and-
> ALEXANDRA B. STEVENS (CT 20300)
> Financial Centre, Suite A304
> 695 East Main Street
> Stamford, CT 06901-2138
> (203) 399-5900
> (203) 399-5800 (fax)
> astevens@mccarter.com

SO ORDERED:

_____        _____
Date                                District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR LEAVE TO FILE CORRECTED SUMMARY JUDGMENT PAPERS has been mailed, postage prepaid, this 14th day of November, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

_____
ALEXANDRA B. STEVENS