UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. ) | |
| ) | |
| HEBA LABORATORIES, LLC, ) | |
| HERBAMEDICINE, LLC, and ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | NOVEMBER 14, 2006 |

## DEFENDANTS' REVISED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b) and Connecticut Local Rule 56, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") hereby file this Motion for Summary Judgment as to Counts I, II, III, IV, and V of Plaintiff HerbaSway Laboratories, LLC's Amended Complaint [Dkt. # 95].

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Summary Judgment.

<div style="margin-left: 40%;">
THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By /s/ 
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
-and-
</div>

**ORAL ARGUMENT REQUESTED**

<div style="text-align: right">
ALEXANDRA B. STEVENS (CT 20300)  
Financial Centre, Suite A304  
695 East Main Street  
Stamford, CT 06901-2138  
(203) 399-5900  
(203) 399-5800 (fax)  
astevens@mccarter.com
</div>

SO ORDERED:

_____    _____
Date                              District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' REVISED MOTION FOR SUMMARY JUDGMENT has been mailed, postage prepaid, this 14th day of November, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

/s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS