UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEBA LABORATORIES, LLC, )<br>HERBAMEDICINE, LLC, and )<br>HERBASCIENCE and TECHNOLOGIES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN)<br><br><br><br><br><br><br><br><br>NOVEMBER 14, 2006 |

**REVISED NOTICE OF DOCUMENTS FILED UNDER SEAL**

Pursuant to Local Rule 5(d)(2) and Paragraph 6 of the Protective Order in the above-captioned case, and in connection with the Motion for Summary Judgment filed herewith, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") hereby provide notice that the documents attached hereto are filed under seal because they have been marked CONFIDENTIAL pursuant to the Protective Order. Defendants also hereby provide notice that certain pages of the memorandum of law in support of Defendants' Motion for Summary Judgment that contain confidential information are also attached hereto and filed under seal.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE,
LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _/s/ Alexandra B. Stevens_
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

-and-
ALEXANDRA B. STEVENS (CT 20300)
Financial Centre, Suite A304
695 East Main Street
Stamford, CT  06901-2138
(203) 399-5900
(203) 399-5800 (fax)
astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing REVISED NOTICE OF DOCUMENTS FILED UNDER SEAL has been mailed, postage prepaid, this 14th day of November, 2006, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

*Alexandra B. Stevens*
ALEXANDRA B. STEVENS