UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| | ) | |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | JANUARY 5, 2007 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, the plaintiff, HerbaSway Laboratories, Inc., respectfully requests an extension of time until January 12, 2007, to file its response to defendants' Motion for Summary Judgment.

1. According to the court's docket, plaintiff's response is currently due on January 8, 2007.

2. Additional time is needed to properly prepare a response to defendants' Motion for Summary Judgment.

3.  This is plaintiff's second request for an extension of time to respond to defendants' Motion for Summary Judgment.

4.  The undersigned has consulted with defendants' counsel who has consented to this request.

WHEREFORE, the plaintiff respectfully requests that this Court grant this Motion for Extension of Time.

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY *[signature]*
FATIMA LAHNIN
Federal Bar No. ct24096
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

CARMODY & TORRANCE LLP
{W1048095ldt}Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on January 5, 2007, to:

Alexandra B. Stevens
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
203-324-1800

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

Fatima Lahnin

CARMODY & TORRANCE LLP
Attorneys at Law
{W1468081}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200