UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | JANUARY 15, 2007 |

## MOTION FOR LEAVE TO FILE CORRECTED RESPONSIVE PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Herbasway Laboratories, LLC submit this Motion for Leave to File Corrected Responsive Papers to Defendants' Motion for Summary Judgment submitted herewith. Plaintiff submitted its responsive papers on January 12, 2007. In the course of reviewing the documents following its submission, counsel found that relevant exhibits were inadvertently omitted. Further, certain confidential exhibits that were included were not identified as such nor filed under seal. A Notice of Documents Filed under seal is enclosed to reflect the correct confidentiality designation. Also, enclosed is a Notice of Manual Filing.

{W1482850}

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

WHEREFORE, Plaintiff Herbasway Laboratories, LLC hereby requests that the Court grant its Motion for Leave to File corrected responsive papers.

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY *[signature]*
FATIMA LAHNIN
Federal Bar No. ct24096
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

**SO ORDERED:**

_____  _____
Date                                                              District Court Judge/Clerk of Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on January 15, 2007, to:

Alexandra B. Stevens
McCarter & English, LLP
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
203-399-5900

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

_____
Fatima Lahnin

{W1482650} CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200