UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | JANUARY 15, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiff Herbasway Laboratories, LLC has manually filed exhibits 1 through 18 attached to its Opposition to Defendants' Motion for Summary Judgment. These documents have not been filed electronically for the following reasons:

1. The electronic file size of the exhibits exceeds 1.5 mb; and

2. Some of the exhibits are filed under seal pursuant to Local Rule of Civil Procedure 5(d).

The exhibits have been manually served on all parties.

Respectfully submitted,

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY _____
FATIMA LAHNIN (ct24096)
Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

{W1483095}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on January 15, 2007, to:

Alexandra B. Stevens
McCarter & English, LLP
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
203-399-5900

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

Fatima Lahnin

{W1483095}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200