UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1382(AHN) |
| | ) | |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES LLC, | ) | |
| HERBAMEDICINE, LLC, | ) | |
| HERBASCIENCE AND | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants | ) | JANUARY 24, 2007 |

## REVISED NOTICE OF DOCUMENTS FILED UNDER SEAL

Pursuant to Local Rule 5(d)(2) and Paragraph 6 of the Protective Order in the above-captioned matter, Plaintiff Herbasway Laboratories, LLC hereby gives notice that documents designated as Exhibit 10, Exhibit 11, Exhibit 14, and Exhibit 15 attached hereto are filed under seal as they have been marked CONFIDENTIAL pursuant to the Protective Order.

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC

BY _/s/ Fatima Lahnin_
FATIMA LAHNIN (ct24096)
Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: flahnin@carmodylaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent regular mail, postage prepaid, on January 24, 2007, to:

Alexandra B. Stevens
McCarter & English, LLP
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
203-399-5900

Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
203-275-6700

Krista Dotson, Esq.
Sheila J. Hanley, Esq.
Lawrence C. Sgrignari, Esq.
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
203-407-4200

Fatima Lahnin