UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 JAN 25 P 12: 04

U.S. DISTRICT COURT

| | | |
|---|---|---|
| HERBASWAY LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) |
| v. | ) | |
| | ) | |
| HEBA LABORATORIES, LLC, | ) | |
| HERBAMEDICINE, LLC, and | ) | |
| HERBASCIENCE and TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | JANUARY 24, 2007 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6 and Connecticut Local Rule 7(b)1, Defendants Heba Laboratories, LLC, HerbaMedicine, LLC, and HerbaScience and Technologies, LLC ("Defendants") respectfully request an extension of time of one month, up to and until March 26, 2007, to file their Reply Brief in further support of Defendants' Motion for Summary Judgment [Dkt. # 126]. As Plaintiff HerbaSway Laboratories, LLC ["HerbaSway"] filed its Opposition [Dkt. # 134] to Defendants' Motion for Summary Judgment on January 12, 2007, Defendants' Reply Brief is currently due on January 29, 2007.

Defendants request an extension of time to file their Reply Brief as the parties are in the process of settling both this case and the companion State Court Actions. A global settlement conference was held before Judge Samuel Teller at the Connecticut Superior Court in Rockville, Connecticut on January 16, 2007. At the settlement conference, the parties agreed in principal to a global settlement of the state and federal actions and are working on preparing the formal settlement agreement and stipulations of dismissal. Therefore, Defendants seek an extension of time in order for the parties to have sufficient time to complete the settlement and

file all corresponding paperwork with the Court so that the parties do not have to engage in any further briefing with respect to Defendant's Motion for Summary Judgment.

This is the first request for an extension of the Reply Brief deadline filed by Defendants. Counsel for Defendants contacted Plaintiff's counsel regarding Defendants request for an extension of time and Plaintiff's counsel consents to this request for an extension of time.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Consented to Motion for Extension of Time and permit Defendants an additional month, up to and including March 26, 2007, to file their Reply Brief.

THE DEFENDANTS,
HEBA LABORATORIES, LLC, HERBAMEDICINE, LLC, and HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
ALEXANDRA B. STEVENS (CT 20300)
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
(203) 399-5900
(203) 399-5800 (fax)
astevens@mccarter.com
    -and-
MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

SO ORDERED:

_____    _____
Date                                          District Court Judge / Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 24th day of January, 2007, to:

JOHN R. HORVACK, JR., ESQ.
FATIMA LAHNIN, ESQ.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

KRISTA A. O'BRIEN, ESQ.
SHEILA J. HALL, ESQ.
Gesmonde Pietrosimone & Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518-2344

ALEXANDRA B. STEVENS

ME1\6122268.1