UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERBASWAY LABORATORIES, LLC,           ) <br> ) <br> Plaintiff, ) <br> v.                                                                    ) <br> ) <br> HEBA LABORATORIES, LLC,                      ) <br> HERBAMEDICINE, LLC, and                        ) <br> HERBASCIENCE and TECHNOLOGIES, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:02-CV-1382 (AHN) <br><br><br><br><br><br><br><br> MARCH 30 2007 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their undersigned counsel, hereby stipulate to dismiss this action with prejudice, including without limitation any Complaint and Counterclaim filed therein, in accordance with the terms of a Settlement Agreement dated February 26, 2007 between them. Each party shall bear its own costs, disbursements and attorneys' fees

Dated: March 30 2007

THE PLAINTIFF,
HERBASWAY LABORATORIES, LLC,
BY CARMODY & TORRANCE LLP
THEIR ATTORNEYS

By _____
JOHN R. HORVACK, JR. (CT 12926)
FATIMA LAHNIN (CT 24096)
50 Leavenworth Street
Waterbury, CT 06721-1110
203.573.1200
203.575.2600 (fax)
jhorvack@carmodylaw.com
flahnin@carmodylaw.com

Dated: March 21, 2007

HEBA LABORATORIES, LLC, HERBAMEDICINE,
HERBASCIENCE and TECHNOLOGIES, LLC
BY MCCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By _____
ALEXANDRA B. STEVENS (CT 20300)
Financial Centre, Suite A304
695 East Main Street
Stamford, CT 06901-2138
203.399.5900
203.2399.5930 (fax)
astevens@mccarter.com
                -and-

ME1 6133880v.2

MARK D. GIARRATANA (CT 10410)
ERIC E. GRONDAHL (CT 08988)
CityPlace I
185 Asylum Street
Harford, CT 06103
860.275.6700
860.274.3397 (fax)
mgiarratana@mccarter.com
egrondahl@mccarter.com

HEBA LABORATORIES, LLC
BY THE LAW OFFICE OF BONNIE C.
MANGAN, P.C., BANKRUPTCY TRUSTEE
ITS ATTORNEY

By _____
BONNIE C. MANGAN (CT 03759)
Westview Office Park
1050 Sullivan Avenue, Suite A3
South Windsor, CT 06074
860.644.4204
860.644.4937 (fax)
bonnie.mangan@snet.net

SO ORDERED:

_____          _____
Date                          District Court Judge / Clerk of Court